IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES, a Nevada nonprofit foundation<br>8379 West Sunset Road, Suite 210<br>Las Vegas, Nevada 89113<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201,<br><br>and<br><br>CAROLE JOHNSON, in her official capacity,<br><br>and<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>　　　　　Defendant. | Civil Action No. |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

　　　Plaintiff Sagebrush Health Services ("Sagebrush"), through counsel, hereby moves for a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil rules 7 and 65.1. In support of this Motion, Sagebrush has concurrently filed its Verified Complaint for Injunctive and Other Relief, as well as its

Memorandum of Points and Authorities in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction and Declaration of Guru Charan in Support of a Temporary Restraining Order and Preliminary Injunction.

As described in the Verified Complaint and Memorandum, Defendants have failed to follow statutorily required procedures in reaching their determination to terminate Sagebrush contracted sites from the 340B Program. In doing so, Defendants have violated Plaintiff's right to Due Process under the Fifth Amendment of the Constitution. By making such a decision in violation of their own regulations, Defendants' decision is also arbitrary and capricious, thereby violating 5 U.S.C. Section 706.

In accord with Local Civil Rule 65.1(c), Sagebrush has filed a Verified Complaint contemporaneously with this request for injunctive relief. Verified factual allegations in a verified complaint are the legal equivalent of an affidavit. *See* Local Civil Rule 5.1(f). *See also Neal v. Kelly*, 963 F.2d 453, 457 (D.C. Cir. 1992) ("[T]he complaint was verified and [thus] constituted an affidavit."); *Mallick v. Int'l Broth. of Elec. Workers*, 814 F.2d 674, 680 (D.C. Cir. 1987).

The evidence establishes Sagebrush's likelihood of success on the merits, irreparable harm, that the balancing of hardships weighs in Sagebrush's favor, and that the public interest favors entry of a temporary restraining order. Sagebrush therefore seeks a temporary restraining order and preliminary injunction to preserve the status quo ante pending a final resolution on the merits. A proposed order is attached hereto.

Pursuant to LCvR 7(f), Sagebrush respectfully requests an oral hearing on this Motion at the Court's earliest convenience. Pursuant to LCvR 65.1(a), the undersigned counsel certifies that actual notice of the time of making this Motion, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been sent to the Defendants.

| | |
|---|---|
| Dated: January 16, 2025 | ARENTFOX SCHIFF LLP<br><br>By: /s/ James H. Hulme<br>James H. Hulme (Bar No. 323014)<br>Douglas A. Grimm (Bar No. 495805)<br>ArentFox Schiff LLP<br>1717 K Street, NW<br>Washington, DC 20006-5344<br>Ph: 202.857.6000<br>Fax: 202.857.6395<br>james.hulme@afslaw.com<br>douglas.grimm@afslaw.com<br>*Counsel for Plaintiff Sagebrush Health Services* |