IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAGEBRUSH HEALTH SERVICES, a
Nevada nonprofit foundation
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

          Plaintiff,

v.

XAVIER BECERRA, in his official capacity,
and U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES
200 Independence Avenue, S.W.
Washington, DC 20201

and

CAROLE JOHNSON, in her official capacity,
and HEALTH RESOURCES AND SERVICES
ADMINISTRATION
5600 Fishers Lane
Rockville, MD 20857

          Defendants.

Civil Action No.

## DECLARATION OF GURU CHARAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

I, Guru Charan, declare as follows:

1.      I am the Chief Executive Officer and Co-Founder of Sagebrush Health Services. Unless stated on information and belief, I have personal knowledge of the facts set forth herein, and if called upon and sworn as a witness, I could and would testify competently thereto. This declaration is submitted in support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Orders, as well as to Verify Plaintiff's Complaint for Injunctive Relief.

2.      The 340B Program is a federal drug discount program that enables certain types

of health care providers and organizations, referred to as "covered entities," to obtain outpatient drugs from participating manufacturers at substantially reduced prices. An entity may participate in the 340B Program if it receives Section 318 funds through a State or local government. Such an entity is referred to as "a Section 318 Subawardee".

3.    Sagebrush Health Services ("Sagebrush") is a nonprofit corporation which operates in Nevada and Connecticut. Sagebrush relies on the funding it receives through grants and the 340B Program to operate. As a nonprofit, a significant amount of Sagebrush's funding is invested in the community – with little savings left over from month to month.

4.    In 2022 Sagebrush completed the required certification process to qualify under the 340B Program as a Section 318 Subawardee. In the following years, Sagebrush registered fifty-three contracted sites under the 340B Program. These sites have been routinely reviewed by the Office of Pharmacy Affairs ("POAIS") and their eligibility for the program verified.

5.    On February 2, 2024, Sagebrush received a letter from the Health Resources and Service Administration ("HRSA") notifying it that the agency was "conducting a review" of fifty-three Sagebrush Sites listed in OPAIS for "compliance with 340B Program requirements with a focus on the site's receipt of grant funding from the Centers for Disease Control and Prevention (CDC), and determinations of patient eligibility." The letter contained eleven inquiries and document requests for which HRSA requested responses by Saturday, March 2, 2024 (subsequently extended to Monday, March 4, 2024). A true and correct copy of this letter is attached hereto as **Exhibit A**.

6.    On March 4, 2024, Jami Dybik, Sagebrush's Authorizing Official and an employee of the company, responded to HRSA's request by letter, including 8,135 pages of responsive documents. I was involved in the development of the response and reviewed and

approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit B**.

7.     On July 3, 2024, Sagebrush received a second letter from HRSA. This letter contained eight additional questions and document requests. A true and correct copy of this letter is attached hereto as **Exhibit C**.

8.     On August 2, 2024, Sagebrush responded by letter and attached ten responsive documents. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit D**.

9.     On September 19, 2024, Sagebrush received a third letter from HRSA, asserting that three Sagebrush Sites were not "currently eligible to participate in the 340B Program as an STD covered entity under Section 340B(a)(4)(K) of the PHSA" because the Connecticut Department of Public Health's (CDPH) Subaward allegedly expired on July 31, 2024. HRSA claimed that it "will terminate these sites from the 340B Program on September 27, 2024, if Sagebrush is unable to demonstrate its current eligibility, including the submission of documentation to show compliance." A true and correct copy of this letter is attached hereto as **Exhibit E**.

10.     On September 25, 2024, Sagebrush responded by letter on September 25, 2024, enclosing documents from CDPH demonstrating that CDPH continued the CDPH Subaward past July 31, 2024, and that the three sites at issue remained eligible to participate in the 340B Program. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit F**.

11.    On December 20, 2024, Sagebrush received a fourth letter from HRSA, informing us that HRSA would be terminating twenty sites active in OPAIS by December 30, 2024 (unless Sagebrush terminated them voluntarily by December 27, 2024). The letter justified this decision based on HRSA's determination that fifty-five sites that were currently or previously registered in OPAIS "have not been eligible to participate in the 340B Program as STD covered entities under Section 340B(a)(4)(K) of the PHSA." Notwithstanding that OPAIS had previously reviewed and approved the OPAIS registration information for each of the sites and had issued individual 340B identification numbers, HRSA concluded that the sites "failed to comply with this statutory eligibility requirement and failed to provide documentation to demonstrate receipt of Section 318 funding or support . . . ." A true and correct copy of this letter is attached hereto as **Exhibit G**.

12.    On the same day, Sagebrush responded to HRSA and emphasized our disagreement with the HRSA's determination. We requested that HRSA withdraw its demand that Sagebrush terminate twenty sites from the 340B Program and included documents demonstrating the current status of the relevant grant monies. We further requested an additional thirty days to demonstrate the 340B eligibility of the Sites. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit H**.

13.    On the same day, I caused an additional email to HRSA via Sagebrush's legal counsel, requesting that HRSA extend its deadline to terminate the Sites to January 31, 2025. A true and correct copy of this email is attached hereto as **Exhibit I**.

14.    On the same day, Sagebrush received an e-mail from HRSA stating that HRSA would agree to "pause the date that we requested Sagebrush terminate its sites in our letter dated

Dec. 20, 2024, until we have had chance to review this information." A true and correct copy of this email is attached hereto as **Exhibit J**.

15.     On January 9, 2025, I caused a letter to be sent by legal counsel to HRSA expressing concern that HRSA's findings as stated in its December 20, 2024, letter were "not in compliance with HRSA's own policies and procedures as stated in its Program Integrity Materials (the "Policy")." Thus, it was unclear if HRSA's letter "triggers the dispute resolution process as provided in the Policy," including the potential submission of a corrective action plan for HRSA's approval. A true and correct copy of this email is attached hereto as **Exhibit K**.

16.     On January 13, 2025, at approximately 4:28 a.m., Sagebrush received an e-mail from HRSA in response to the January 9, 2025 letter. HRSA clarified that this review was, in fact, not an audit. Rather this was "part of an ongoing program integrity initiative." The e-mail further stated that HRSA was "close to finalizing [its] review of the additional documentation submitted by Sagebrush on December 20, 2024" and that it would respond to that correspondence soon.  A true and correct copy of this email is attached hereto as **Exhibit L**.

17.     On that same day, a few hours later, Sagebrush received a final letter from HRSA, stating that it had reviewed the additional materials provided by Sagebrush on December 20, 2024, and reiterated its determination that each of the sites identified in HRSA's December 20, 2024 letter be terminated. According to HRSA, the additional materials failed to show Sagebrush's receipt of Section 318 funding. HRSA also determined that "there are a number of other deficiencies in much of the documentation, such as, not being specific to the sites being terminated and not being specific to the time periods covered." For these reasons, the letter stated that HRSA would terminate the sites by close of business on January 13, 2025. A true and correct copy of this email is attached hereto as **Exhibit M**.

2024 letter are ineligible to participate in the 340B Program will force Sagebrush to close. The termination of the twenty actively registered sites precludes Sagebrush from purchasing 340B drugs for patients receiving care at those sites. As a result, the Program will abruptly cease, along with the Subaward services to patients, impairing their access to health care services, including pre-exposure prophylaxis and post-exposure prophylaxis treatment that Sagebrush provides to patients to prevent HIV infection, and Sagebrush's ability to fulfill its obligations under the relevant grants.

19.    I have reviewed the Verified Complaint in this matter and I confirm that the facts set forth in the Verified Complaint are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2025, at Las Vegas, Nevada

_____
Guru Charan
Chief Executive Officer and Co-Founder
Sagebrush Health Services

# EXHIBIT A



**Health Resources & Services Administration**
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



February 2, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road Suite 210
Las Vegas, NV 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) is committed to ensuring the 340B Drug Pricing Program (340B Program) advances access to care for underserved communities, including by ensuring that 340B covered entities are compliant with 340B Program requirements.

Sagebrush Health Services (Sagebrush) currently has 53 actively listed sexually transmitted disease (STD) sites in the 340B Office of Pharmacy Affairs Information System (OPAIS). These 53 sites are listed in the attached spreadsheet. The HRSA Office of Pharmacy Affairs (OPA) has data that shows the majority of these sites have had a significant increase in 340B purchases, which is a risk-based criteria identified for the evaluation of 340B Program compliance. As such, HRSA is conducting a review of each site's compliance with 340B Program requirements with a focus on the site's receipt of grant funding from the Centers for Disease Control and Prevention (CDC), and determinations of patient eligibility.

**As part of this review, please submit responses for the following inquiries and document requests to <u>340bcompliance@hrsa.gov</u> by March 2, 2024.**

1) Please provide a copy of current Notice of Award (NoA) <u>issued to the grantee by the CDC</u> related to treatment of STD under section 318 of the Public Health Service Act that qualifies Sagebrush as a 340B covered entity.
   a. Indicate the CDC Notice of Funding Opportunity number associated with the NoA.
2) Please provide the written agreement (e.g., contract, or memorandum of understanding) <u>between the grantee and Sagebrush</u> that lists the grant number, amount of federal funds authorized, Sagebrush recipient site(s) by name and address, as well as the nature, and terms and conditions of the support.
   a. Describe how Sagebrush's activities are within the scope of the CDC grant.
   b. Describe which sites Sagebrush owns in whole or part, and which are owned/managed by other organizations.

3) Please provide all written agreements (e.g., contract or memorandum of understanding) <u>between Sagebrush and any site(s) not owned by Sagebrush</u> that list the grant number, amount of federal funds authorized, recipient site(s) by name and address, as well as the nature, and terms and conditions of support.
   a. Provide documentation to demonstrate how the support provided by Sagebrush to each of the sites is provided through the CDC grant.
   b. Describe how each site's activities are within the scope of the CDC grant.
4) Please provide a copy of Sagebrush's most recently filed IRS 990 form for Employer Identification Number (EIN) 872737450.
   a. If the IRS 990 form does not list each of the 53 sites registered in OPAIS, provide documentation to demonstrate the owner of each site and describe the for-profit or non-profit status of each site.
5) Please confirm that Jami Dybik, the authorizing official listed in OPAIS for each of the 53 sites, is authorized to legally enter into an agreement with the federal government on behalf of all 53 sites.
6) Please provide a copy of each of the 53 sites' 340B Program policies and procedures that describe processes for registration and recertification, procurement, inventory control, prevention of diversion and duplicate discounts, self-disclosure of non-compliance, and contract pharmacy oversight.
7) For each of the 53 sites, please explain how Sagebrush ensures that 340B drugs are dispensed only to individuals who satisfy the 340B patient definition at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf .
8) For each of the 53 sites, please provide a list (preferably in excel format) of the utilized contract pharmacies, including the name and address of each pharmacy.
   a. For each contract pharmacy, provide the current contract pharmacy agreement that includes the contract pharmacy and the site by name and address.
9) For each of the 53 sites, please provide a list (preferably in excel format) of pharmacies (retail/community, infusion, specialty, compounding, mixed-use, etc.) that are not registered as contract pharmacies and are dispensing the site's 340B drugs. For each pharmacy provide:
   a. The name and address of the pharmacy.
   b. The type of pharmacy (retail/community, infusion, specialty, compounding, mixed-use, etc.).
   c. Documentation to demonstrate ownership of the pharmacy (e.g., pharmacy license, business license, certificate of liability insurance).
10) Please explain how Sagebrush defines and tracks savings generated from the 340B program at each of the 53 sites.
11) Please explain how the savings generated from the 340B Program at each of the 53 sites is used to benefit the needs of the community.

Thank you in advance for your prompt response. Please contact Michelle Herzog at (301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs

Enclosure

Thank you in advance for your prompt response. Please contact Michelle Herzog at
(301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs

Enclosure

# EXHIBIT B



**SENT VIA EMAIL AND SECURE SERVER**

March 4, 2024

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

   **Re:**  **340B Program Compliance Letter**

Dear Ms. Britton:

Below please find Sagebrush Health Services' ("Sagebrush") response to the Health Resources & Services Administration's ("HRSA") inquiries and document requests as stated in its February 2, 2024 letter. Responsive documents have been Bates-numbered from SB00001-SB08135 and uploaded to the "Sagebrush Health Services Response" workspace on the National Institutes of Health Secure File Transfer platform on or before March 4, 2024.

## INTRODUCTION

Sagebrush is a nonprofit 501(c)(3) organization that is based in Las Vegas, Nevada. Since its inception, Sagebrush's mission has been to provide essential medical services to individuals with infectious diseases, particularly focusing on human immunodeficiency virus ("HIV"). Over the years, Sagebrush has evolved and expanded its services to reach rural and underserved populations.

Sagebrush is a subawardee of multiple grants authorized under Section 318 of the federal Public Health Services Act, including: (1) Award No. 6NH25PS005179-05-03 (NOFO No. CDC-RFA-PS19-1901), which was awarded to the Nevada Department of Health and Human Services ("NHHS") and pertains to the development and implementation of a national protocol for risk assessment for sexually transmitted infections ("STIs") and/or testing, prevention, and/or education (the "NHHS Subaward"); and (2) Award No. 6NU62PS924521-04-02 (NOFO No. CDC-RFA-PS18-1802), which was awarded to the Connecticut Department of Public Health ("CDPH") and pertains to the development and implementation of comprehensive "HIV" surveillance and prevention programs to prevent new HIV infections and achieve viral suppression for HIV-infected individuals (the "CDPH Subaward"). As a Section 318 subawardee, Sagebrush qualifies as a covered entity under the 340B Drug Pricing Program.

With the support derived from its Section 318 subawards, Sagebrush has developed a comprehensive sexual health care services delivery model. A key component of the model is care

1



collaboration with specialists, including oncology and rheumatology providers, for example (the "Providers"), many of whom treat patients who are immunocompromised or otherwise may be at increased risk of contracting STIs (the "Patients").[1] These care collaboration models involve the integration of STI education, screening, testing, and treatment services (the "STI Services") with the specialty medical services provided to the Patients and are within the scope of Sagebrush's subawards. The Patients receive the STI Services at the Providers' clinics or outpatient locations (the "Sites").

The STI Services are delivered under a contract between Sagebrush and the Provider (the "Provider Contract") that ensures compliance with the terms of Sagebrush's applicable subaward. While the specific terms of each Provider Contract vary, the agreements generally:

- Delineate the specific STI Services to be provided at the Provider's Sites, Sagebrush's responsibility and oversight of those services, the maintenance and access of patient medical records, and the types of data collected by Sagebrush to track the care of patients receiving STI Services;

- Set forth the terms by which: (1) Sagebrush makes available 340B drugs purchased and owned by Sagebrush to Patients receiving STI Services at the Provider Sites; and (2) the Provider's in-office administration or dispensing of those drugs, and performance of administrative services related to the management of Sagebrush's 340B drug inventory and to compliance with 340B program requirements;

- Authorize Sagebrush to add the Sites to the applicable subaward, register each Site on the 340B Office of Pharmacy Affairs Information System ("OPAIS"), appoint an authorizing official ("AO") to act on each registered Site's behalf, and perform other duties necessary to ensure compliance with 340B program requirements; and

- Set forth the compensation paid by Sagebrush to the Provider for provision of the STI Services (the "Provider Payment").

---

[1] Multiple peer-reviewed clinical research publications have established that immunocompromised patients receiving infusion therapy are at higher risk of contracting serious infections, including STIs. For example, an analysis of 71 clinical trials determined that statistically significant increases in the occurrence of any infections (20%), serious infections (40%), including STIs, and tuberculosis (250%) were present in the review of 22,741 patients. *See* Silvia Minozzi et al., *Risk of infections using anti-TNF agents in rheumatoid arthritis, psoriatic arthritis, and ankylosing spondylitis: a systematic review and meta-analysis*, EXPERT OPINION ON DRUG SAFETY, 15:sup1, 11-34, DOI: 10.1080/14740338.2016.1240783 (2016). *See also generally* Ogawa E, Wei and MT, Nguyen MH, *Hepatitis B Virus Reactivation Potentiated by Biologics*, INFECT. DIS. CLIN. NORTH AM. 2020 Jun;34(2):341-358. doi: 10.1016/j.idc.2020.02.009. Epub 2020 Apr 23. PMID: 32334985; Loomba R, Liang TJ, *Hepatitis B Reactivation Associated with Immune Suppressive and Biological Modifier Therapies: Current Concepts, Management Strategies, and Future Directions*, GASTROENTEROLOGY 2017 May;152(6):1297-1309. doi: 10.1053/j.gastro.2017.02.009. Epub 2017 Feb 20. PMID: 28219691; PMCID: PMC5501983.



Sagebrush utilizes the 340B drugs savings to reinvest in patient care and access. For example, Sagebrush funds the transportation expenses of Patients demonstrating financial need and enables drug co-payment waivers or reductions.

In conclusion, through its subaward-supported activities, Sagebrush: (1) promotes a coordinated, collaborative model of STI and specialty care to distinct patient populations who are or may be at a higher risk of contracting STIs based on disease state, geography, age cohort, and medication management; (2) works to reduce the stigma associated with receiving STI treatment by expanding access to STI Services at specialty provider locations; (3) furthers the collection of data essential to public health activities and the promotion of the Centers for Disease Control & Prevention's ("CDC") recommended education, awareness, screening, diagnosis, care coordination, and treatment for patient materials; (4) provides 340B drugs to patients in connection with the delivery of STI Services; and (5) utilizes the 340B program savings to subsidize the costs of STI Services delivery and provide other community benefits to Patients.

## RESPONSES TO HRSA'S FEBRUARY 2, 2024 REQUESTS

Sagebrush incorporates the above statement, including the defined terms, as part of its responses to HRSA's questions. For purposes of these responses, any reference to a "Site" or the "Sites" is limited to the 53 Sites identified in the spreadsheet attached to HRSA's February 2 letter.[2]

### REQUEST NO. 1

*Please provide a copy of current Notice of Award (NoA) issued to the grantee by the CDC related to treatment of STD under section 318 of the Public Health Service Act that qualifies Sagebrush as a 340B covered entity.*

### RESPONSE TO REQUEST NO. 1

As a subawardee, Sagebrush does not maintain documents related to the CDC's grants to its awardees. However, in a good-faith attempt to address HRSA's request, Sagebrush has requested the NoA for CDC's award to "NHHS" (Award No. 6NH25PS005179-05-03) and the NoA for CDC's grant to "CDPH" (Award No. 6NU62PS924521-04-02). Sagebrush will provide the NoAs to HRSA immediately upon receipt.

### REQUEST NO. 1(a)

*Indicate the CDC Notice of Funding Opportunity number associated with the NoA.*

---

[2] Two of the 53 Sites have pending termination requests in OPAIS: NV Family Care Center and A-P Medical Group. For more information about these two Sites, please see rows 17 and 31 of the spreadsheet located at SB08134.



### RESPONSE TO REQUEST NO. 1(a)

The Notice of Funding Opportunity ("NOFO") number associated with Award No. 6NH25PS005179-05-03 is NOFO No. CDC-RFA-PS19-1901.

The NOFO number associated with Award No. 6NU62PS924521-04-02 is NOFO No. CDC-RFA-PS18-1802.

### REQUEST NO. 2

*Please provide the written agreement (e.g., contract, or memorandum of understanding) between the grantee and Sagebrush that lists the grant number, amount of federal funds authorized, Sagebrush recipient site(s) by name and address, as well as the nature, and terms and conditions of the support.*

### RESPONSE TO REQUEST NO. 2

SB00003 through SB00024 addresses the Notice of Subaward (the "Subaward") from NHHS and Amendments #1 and #2 thereto. Sagebrush understands that NHHS has extended the subaward's term past December 30, 2023, and is awaiting written confirmation from NHHS. Upon receipt, Sagebrush will furnish the confirmation to HRSA. The document labeled SB00002 establishes that the current NHHS NoA is 6NH25PS005179-05-03.

SB00001 is correspondence from CDPH documenting that the CDPH Subaward constitutes in-kind contributions in the form of HIV test kits through a cooperative agreement with CDC under NOFO No. CDC-RFA-PS18-1802, Award No. 6 NU62PS924521-04-02, which expires July 31, 2024. Sagebrush has made good-faith efforts to memorialize the CDPH Subaward by written agreement. Sagebrush will furnish the agreement to HRSA once finalized.

### REQUEST NO. 2(a)

*Describe how Sagebrush's activities are within the scope of the CDC grant.*



**RESPONSE TO REQUEST NO. 2(a)**

NHHS Subaward

With respect to the Provider Sites that are registered in OPAIS under the NHHS Subaward, Sagebrush provides or arranges for STI Services that include screening, education, testing, and treatment services to Patients at those Provider Sites. These services are within the Scope of Work located at SB00022 through SB00024.

The NHHS Subaward's Scope of Work comprises of seven overarching goals pertinent to the needs of the CDC. Sagebrush has operationalized each goal as follows:

1.  Sagebrush provides screening and/or testing and reports to NHHS regarding all patients for STIs. Sagebrush provides data quarterly to the NHHS Division of Public and Behavioral Health to contribute to the publication of the Nevada STD Epidemiologic Profile.

2.  Sagebrush conducts a thorough sexual health risk assessment on all Patients and has created a policy to increase identification and reporting of syphilis cases.

3.  Sagebrush has developed and implemented a protocol for expedited partner therapy following Nevada law and CDC guidelines.

4.  Sagebrush educates providers in registered Sites and in the community regarding sexual health education and counseling, and provides continuing resources and education on risk assessment, testing, and treatment per CDC guidelines.

5.  Sagebrush established a policy that all young adult female patients are screened for STIs at their first visit each year.

6.  Sagebrush provides condoms at the Sites under the NHHS Subaward, to its partners, and within its community per its condom distribution policy and procedure.

7.  Sagebrush promotes screening to identify patients at risk for oral and rectal chlamydia and gonorrhea and HIV, and to increase accurate diagnosis and provide care coordination to ensure access to treatment, including preventative treatment such as pre-exposure prophylaxis (PrEP) and DoxyPEP.

After conducting outreach efforts, Sagebrush identified various obstacles that individuals face when trying to access sexual health services. Due to various reasons such as stigma, lack of transportation, financial hardships, and physical or mental barriers, there are fewer people in the communities that Sagebrush serves who are able or willing to visit a physical testing site or attend a testing event. Sagebrush also determined that up to 50% of men and 70% of women who are infected with an STI are asymptomatic, so it may not occur to them to seek testing. To ensure



the overall wellness of Patients, Sagebrush provides sexual health care services, such as risk assessment screenings, education, testing and treatment when indicated, and prevention, to every patient at their point-of-care locations. This is done in collaboration with Providers during their regular medical appointments, thus providing a comprehensive health care experience for the Patient.

CDPH Subaward

Following the CDC guidelines for integrated HIV surveillance and prevention under NOFO CDC-RFA-PS18-1802, Sagebrush implements a comprehensive HIV surveillance and prevention program to prevent new HIV infections and achieve viral suppression among persons living with HIV. Priority activities include but are not limited to: HIV testing; linkage to, reengagement in, and retention in care and support achieving viral suppression; pre-exposure prophylaxis (PrEP) related activities; community-level HIV prevention activities; and HIV transmission cluster investigations and outbreak response efforts. Per the CDC, the integration of these programs allows each jurisdiction to operate in unison and maximize the impact of federal HIV prevention funding.

CDPH has a collaborative agreement with Sagebrush to screen patients at each Site under the CDPH Subaward for HIV risk, to educate patients on HIV prevention, and to provide free HIV testing. One of the goals tasked to Sagebrush by CDPH is to complete a target number of HIV tests and to provide the appropriate reporting. CDPH furnishes physical HIV rapid test kits, but Sagebrush uses 340B Savings (defined below) to provide necessary services related to the use of test kits, such as patient education, risk assessment, testing services, care linkage, and PrEP preventative treatment.

Sagebrush's health care facilities have Patients who are undergoing drug therapy treatment, and unfortunately, some of them are at a higher risk of infection due to their weakened immune system. To ensure their safety, Sagebrush screens Patients for HIV and provides them with prevention education before initiating their drug therapies. Patients who test negative for HIV are offered PrEP for the prevention of HIV at no cost. Furthermore, Sagebrush's care coordinators remain vigilant throughout the Patient's entire treatment to monitor their progress and identify any potential risk.

**REQUEST NO. 2(b)**

*Describe which sites Sagebrush owns in whole or part, and which are owned/managed by other organizations.*

**RESPONSE TO REQUEST NO. 2(b)**

Of the 53 sites, 13 sites are owned or controlled by Sagebrush. Column Y in the spreadsheet set forth at SB08134 indicates for each of the 53 sites whether the site is owned or controlled by Sagebrush. The sites owned or controlled by Sagebrush offer STI Services and other medical


Sagebrush Health

services provided by Healthnomic Partners LLC. A copy of Sagebrush's agreement with Healthnomic Partners LLC is located at SB08136-SB08169.

### REQUEST NO. 3

*Please provide all written agreements (e.g., contract or memorandum of understanding) between Sagebrush and any site(s) not owned by Sagebrush that list the grant number, amount of federal funds authorized, recipient site(s) by name and address, as well as the nature, and terms and conditions of support.*

### RESPONSE TO REQUEST NO. 3

SB00025 through SB00090 encompasses the Provider Contracts that Sagebrush has identified as responsive to this request after a diligent, good-faith review. Sagebrush is actively working to update the standardized terms of its Provider Contracts. To the extent Sagebrush enters a new Provider Contract with an Unrelated Site that amends or supersedes the Provider Contract produced with this response, Sagebrush will furnish the new Provider Contract to HRSA.

### REQUEST NO. 3(a)

*Provide documentation to demonstrate how the support provided by Sagebrush to each of the sites is provided through the CDC grant.*

### RESPONSE TO REQUEST NO. 3(a)

Sagebrush regularly provides reports to NHHS and CDPH regarding its activities under the NHHS Subaward and CDPH Subaward, respectively, at the Sites. Regarding the NHHS Subaward, please see the column labeled "Documentation Needed" in the chart set forth at SB00022 through SB00024 for a description of the quarterly reports that Sagebrush is required to provide to NHHS. Please indicate if HRSA is requesting that the report documents themselves be provided.

### REQUEST NO. 3(b)

*Describe how each site's activities are within the scope of the CDC grant.*

### RESPONSE TO REQUEST NO. 3(b)

Sagebrush utilizes operating budget funds from Award No. 6NH25PS005179-05-03 to provide condoms to Sites under the NHHS Subaward. Those Sites coordinate with Sagebrush to distribute the condoms, STI educational content, STI risk assessment forms, and other items supported with in-cash or in-kind contributions from NHHS.



Sagebrush receives HIV tests under Award No. 6 NU62PS924521-04-02 and provides the tests to Sites under the CDPH Subaward. Those Sites coordinate with Sagebrush to conduct HIV testing utilizing the test kits.

Sagebrush's trainers and clinic staff provide each Site with education and protocols regarding CDC treatment guidelines as required under the NHHS Subaward and CDPH Subaward. Additionally, Sagebrush connects each Site to a Sagebrush care coordinator to ensure coordinated care and to collaborate on meeting grant reporting requirements. All Sagebrush care coordinators complete the Empower Change Testing and Counseling Training Program for Rapid HIV Testing Certification Course. See the following website: https://www.cygnismedia.com/case-studies/online-training-and-certification-app.html.

### REQUEST NO. 4

*Please provide a copy of Sagebrush's most recently filed IRS 990 form for Employer Identification Number (EIN) 872737450.*

### RESPONSE TO REQUEST NO. 4

SB00091 through SB00104 includes Sagebrush's filed 2021 Form 990-PF.

### REQUEST NO. 4(a)

*If the IRS 990 form does not list each of the 53 sites registered in OPAIS, provide documentation to demonstrate the owner of each site and describe the for-profit or non-profit status of each site.*

### RESPONSE TO REQUEST NO. 4(a)

The 2021 Form 990-PF does not list the 53 Sites. Sagebrush has identified the for-profit or non-profit status of each of the 53 Sites in column Z of the spreadsheet at SB08134. Sagebrush respectfully requests further clarification from HRSA regarding the types of documentation that will "demonstrate the owner of each site." With further clarification, Sagebrush will then make good-faith efforts to obtain and provide the documentation to HRSA.

### REQUEST NO. 5

*Please confirm that Jami Dybik, the authorizing official listed in OPAIS for each of the 53 sites, is authorized to legally enter into an agreement with the federal government on behalf of all 53 sites.*

### RESPONSE TO REQUEST NO. 5

Jami Dybik is the authorizing official for each of the 53 Sites. Sagebrush is making good-faith efforts to obtain documentation, including, as applicable, new Provider Contracts, that document



each of the 53 Sites' express authorization for Ms. Dybik or another designee of Sagebrush to act as the AO. Sagebrush will furnish the documentation to HRSA as soon as possible.

**REQUEST NO. 6**

*Please provide a copy of each of the 53 sites' 340B Program policies and procedures that describe processes for registration and recertification, procurement, inventory control, prevention of diversion and duplicate discounts, self-disclosure of non-compliance, and contract pharmacy oversight.*

**RESPONSE TO REQUEST NO. 6**

Sagebrush is committed to complying with 340B requirements and maintains comprehensive 340B Program policies located at SB00105 through SB00131 (the "Sagebrush P&Ps"). Sagebrush intends to modify and supplement the Sagebrush P&Ps document from time to time. Please refer to the following portions of the Sagebrush P&Ps:

- For registration and recertification, see SB00110 through SB00113.
- For procurement and inventory control, see SB00119 through SB00120.
- For prevention of diversion and duplicate discounts, see SB00114 through SB00118.
- For self-disclosure of non-compliance, see SB00127 through SB00128.
- For contract pharmacy oversight, see SB00121 through SB00123.

To the extent Sagebrush carries out a 340B Program compliance function on behalf of a Site (for example, OPAIS registration and recertification), Sagebrush follows the Sagebrush P&Ps. To the extent a Site itself performs a function within the scope of the Sagebrush P&Ps relating to a 340B drug of Sagebrush, Sagebrush expects the Site to act in accordance with the Sagebrush P&Ps. Accordingly, the Sagebrush P&Ps serve as a uniform standard across all Sites.

**REQUEST NO. 7**

*For each of the 53 sites, please explain how Sagebrush ensures that 340B drugs are dispensed only to individuals who satisfy the 340B patient definition at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf.*

**RESPONSE TO REQUEST NO. 7**

Sagebrush ensures compliance with the 340B patient definition by adhering to the Sagebrush P&Ps, which address patient eligibility, inventory control, and compliance. Please see SB00105-SB00131

Pursuant to HRSA's 1996 Patient Definition Guidelines (the "1996 Guidelines"), an individual qualifies as a "patient" if: (1) "[t]he covered entity has established a relationship with the individual, such that the covered entity maintains records of the individual's health care"; (2)

**Sagebrush Health**

"[t]he individual receives health care services from a health care professional who is either employed by the covered entity or provides health care under contractual or other arrangements (e.g., referral for consultation) such that responsibility for the care provided remains with the covered entity; and (3) "[t]he individual receives a health care service or range of services from the covered entity which is consistent with the service or range of services for which grant funding . . . has been provided to the entity."

To ensure compliance with the first element of the patient definition, Sagebrush stores and maintains a record of the health care services provided to the individual.  To ensure compliance with the second element of the patient definition, Sagebrush maintains a provider NPI list of employed and contracted health care providers and retains responsibility for the care provided. The Provider Contracts establish that Sagebrush remains responsible for: (1) furnishing the education and screening materials that the Provider uses to provide STI Services; (2) furnishing the supplies for collecting specimens on Patients at the Sites; (3) paying for STI testing performed by any third-party clinical laboratory on a Patient who receives STI Services at a Site; (4) in the event of a confirmed infection following such STI testing, providing or arranging for the provision of treatment for such infection, or referring such infected Patients to other health care providers for treatment for such infection; (5) maintaining its own records of the STI Services, the Provider's professional services, medications prescribed or administered, and such other information to evidence that a Patient is immunocompromised and/or may be at increased risk for STIs, or otherwise to fulfill any reporting requirements under the applicable subaward; and (6) ensuring the foregoing responsibilities are performed in coordination with the professional services provided by the Provider. To ensure compliance with the third element of the patient definition, Sagebrush regularly audits the administering and dispensing of 340B drugs at Sites and contracted pharmacies to verify documentation of services provided. In the event Sagebrush determines that a diversion has occurred or that a Patient has retroactively been deemed ineligible for prescription of 340B drugs, Sagebrush acts in accordance with the Sagebrush P&Ps regarding compliance, material breach, and self-disclosure.

Sagebrush interprets the third element of the patient definition (the "scope of the grant" test) as being applied at the patient level, not the prescription level. Thus, if Sagebrush provides a subaward-supported STI Service to a Patient, Sagebrush has provided that Patient with a "health care service or range of services . . . consistent with the service or range of services for which grant funding . . . has been provided to the entity." There is no requirement, or prescription-level test which examines whether a particular prescription is also consistent with the scope of the covered entity's grant.

Based on this interpretation, Sagebrush maintains that it is not limited to providing its Patients with only those drugs that are indicated for the treatment of STIs. Sagebrush's interpretation was developed based on a reading of FAQ ID 1565 as stated on Apexus, the 340B Prime Vendor's, website: "Is a covered entity grantee limited to using or prescribing drugs that address the services or range of services for which grant funding was received?"  Apexus answered that "[t]he 340B Program does not limit the drugs a covered entity can use or prescribe," so long as the recipient of the drug meets the other criteria of the 1996 Guidelines.

10



**REQUEST NO. 8**

*For each of the 53 sites, please provide a list (preferably in excel format) of the utilized contract pharmacies, including the name and address of each pharmacy.*

**RESPONSE TO REQUEST NO. 8**

Please see SB08135 for a list of contract pharmacies that are currently being utilized to dispense 340B drugs to eligible Patients.

**REQUEST NO. 8(a)**

*For each contract pharmacy, provide the current contract pharmacy agreement that includes the contract pharmacy and the site by name and address.*

**RESPONSE TO REQUEST NO. 8(a)**

SB00132-SB08117 and SB08170-SB08212 include the current contract pharmacy agreements that Sagebrush located after a diligent, good-faith search for the documents. Sagebrush will provide additional agreements to HRSA once identified.

**REQUEST NO. 9**

*For each of the 53 sites, please provide a list (preferably in excel format) of pharmacies (retail/community, infusion, specialty, compounding, mixed-use, etc.) that are not registered as contract pharmacies and are dispensing the site's 340B drugs. For each pharmacy provide:*
  *a. The name and address of the pharmacy.*
  *b. The type of pharmacy (retail/community, infusion, specialty, compounding, mixed-use, etc.).*
  *c. Documentation to demonstrate ownership of the pharmacy (e.g., pharmacy license, business license, certificate of liability insurance).*

**RESPONSE TO REQUEST NO. 9**

None of the 53 Sites utilize pharmacies not registered as contract pharmacies in OPAIS to dispense 340B drugs to Patients treated at those Sites.

**REQUEST NO. 10**

*Please explain how Sagebrush defines and tracks savings generated from the 340B program at each of the 53 sites.*



**RESPONSE TO REQUEST NO. 10**

Sagebrush defines savings generated from the 340B program as the difference between the amount collected from all sources for claims for 340B drugs administered or dispensed to a Patient, and the 340B discount price paid by Sagebrush (the "340B Savings"). This definition matches Apexus's July 20, 2022 guidance titled "Calculating 340B Net Financial Impact and Use of Savings."

When a Provider or contract pharmacy bills and collects payment for Sagebrush's 340B drugs, the Provider or contract pharmacy remits that payment to Sagebrush to reimburse Sagebrush for the purchase of the 340B drugs and administration of its subaward program net of: (1) in the case of the Provider, the amount due to the Provider for STI Services provided by the Provider; and (2) the amount due to the Provider or contract pharmacy for administrative and compliance-related services provided by the Provider or contract pharmacy (the "Net Collection Amount").

Sagebrush tracks 340B Savings, generally on a monthly basis, by requiring Providers and contract pharmacies to submit monthly reports itemizing 340B drugs administered or dispensed to the Patients. The Net Collection Amount is based on the drugs itemized on this report. This amount offsets Sagebrush's acquisition and associated overhead costs to purchase 340B drugs.

**REQUEST NO. 11**

*Please explain how the savings generated from the 340B Program at each of the 53 sites is used to benefit the needs of the community.*

**RESPONSE TO REQUEST NO. 11**

Central to Sagebrush's ability to deliver comprehensive care is the strategic utilization of 340B Savings. With the support of these funds, Sagebrush has set up specialty clinics, expanding its presence to Reno, Nevada; Connecticut; and beyond through strategic collaborations. Through these clinics, Sagebrush provides specialized care tailored to the unique needs of its patients. Moreover, as discussed in the Sagebrush P&Ps (see General Statement of 340B Program Policy & Participation), Sagebrush leverages 340B Savings to ensure that essential medical services are accessible to all, offering free access to STI education, testing and treatment, PrEP, doxyPEP, hepatitis C care visits, and HIV care navigation visits. In the latter part of 2023, recognizing the importance of telehealth, Sagebrush began offering STI Services via telehealth, further expanding access to care while leveraging 340B Savings to offset associated costs. Creating such a program beneficial to the community and deploying Sagebrush's resources to make it sustainable without significant federal funding was only possible due to the 340B program.

Subsidizing care is another cornerstone of Sagebrush's mission. With the support of 340B Savings, Sagebrush subsidizes uncompensated care, guaranteeing that financial constraints do not hinder access to vital medical services. This includes covering staff salaries and enabling Sagebrush to maintain a dedicated team of professionals committed to delivering high-quality



care. Sagebrush's team, comprised of nurse practitioners, medical assistants, program coordinators, care navigators, community engagement specialists, grant directors, data analysts, and pharmacy solution specialists, is supported by 340B Savings, ensuring continuity of care for our Patients.

Sagebrush understands that holistic care extends beyond medical treatment. Thus, Sagebrush uses 340B Savings to implement medication management programs and community health initiatives. These programs not only address the medical needs of Sagebrush's Patients but also encompass broader health and wellness concerns. Sagebrush adopts a comprehensive approach to sexual health, recognizing its interconnectedness with overall well-being, and strives to support the total health of Patients through collaborative and coordinated care models.

At the heart of Sagebrush's mission is expanding services to meet community needs, which is made possible through 340B Savings. By establishing specialty clinics, offering free care, and actively participating in community outreach events, Sagebrush has broadened its impact, reaching more individuals in need of care and support. Sagebrush demonstrates its commitment to community engagement through its regular presence at testing events and community gatherings throughout Nevada and Connecticut, facilitating access to care and promoting health awareness.

As part of its efforts to combat HIV, Sagebrush has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations and during Community Wellness Events held throughout Las Vegas. SB08124 through SB08133 is a copy of Sagebrush's agreement with Walmart regarding these in-store services.

Sagebrush entered into a Memorandum of Understanding with ACCEPT (Access for Community & Cultural Education Programs & Trainings) and Golden Rainbow, an agency supporting HIV patients in Southern Nevada, to provide at no cost (see SB08118 through SB08119):

- Confidential and comprehensive STI testing, including HIV, syphilis, gonorrhea, and chlamydia.

- Consultations, counseling, and education related to STI prevention, transmission, and treatment.

- PrEP services, including initial assessments, prescription, monitoring, and follow-up care for individuals at high risk of acquiring HIV.

- PEP services, including timely assessments, counseling, and initiation of antiretroviral treatment following potential exposure to HIV.

Sagebrush has partnered with Real Choices Women's Center, also based in Nevada, to provide free sexual health services to vulnerable Patients. SB08122 through SB08123 is a copy of

13



Sagebrush's Memorandum of Understanding with Real Choices Women's Center. These services include:

- STI testing and PrEP and PEP services.

- Consultation, counseling, and education related to STI and HIV transmission, prevention, and treatment.

- PrEP services, including initial assessments, prescription, monitoring, and follow-up care for individuals at high risk for acquiring HIV.

- PEP services, including timely assessments, counseling, and initiation of antiretroviral treatment following potential exposure to HIV.

Sagebrush has developed a deep partnership with the LGBTQIA+ Community Center of Southern Nevada, where Sagebrush provides testing, education, prevention, and linkage to care services. SB08120 through SB08121 is a copy of Sagebrush's Memorandum of Understanding with the LGBTQIA+ Community Center of Southern Nevada. The primary goal is to ensure that any Patient testing positive for HIV receives immediate antiretroviral therapy (ART) initiation within seven days of diagnosis.

Sagebrush's prevention teams also provide weekly testing events at the Mexican and Salvadorian Consulates in Las Vegas; the University of Nevada – Reno; Connecticut Capital Community College; Human Resources Agency of New Britain, Connecticut; Walgreens pharmacies, as well as area health fairs, night clubs, and special testing events.

Sagebrush sponsors local organizations that focus on the provision of sexual health education and services, including:

- Sin City Sisters

- AFAN AIDS WALK

- The LGBTQIA+ Community Center of Southern Nevada

- Nevada Partners

- Foundation for Recovery

- Reno Gay Pride

- Carson City Gay pride

14



- Las Vegas Gay pride

- Latinx AIDS Awareness Day

- REACH

- Track B

- Gay Rodeo Las Vegas

- Golden Rainbow

340B Savings serve as a vital source of funding that enables Sagebrush to uphold its commitment to the provision of essential STI Services. Through the strategic allocation of these funds, Sagebrush is able to offer free or subsidized care and services, implement impactful programs, and expand services, reaching out to patient populations which were not previously reachable, ultimately contributing to the improved health and well-being of the communities Sagebrush serves.

***

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,

*Jami Dybik*

Jami Dybik
Authorizing Official
Vice President
Sagebrush Health Services

Copy to:      Douglas Grimm, ArentFox Schiff LLP

# EXHIBIT C



Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



July 3, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

Thank you for Sagebrush's March 4, 2024, response to HRSA's February 2, 2024, letter regarding Sagebrush's compliance with 340B Program requirements. HRSA has reviewed Sagebrush's response and is requesting additional information be submitted.

HRSA notes that since the time of the February 2, 2024, letter, Sagebrush terminated two of its Nevada sites (STD890523 and STD891191) effective April 1, 2024, and one of its Connecticut sites (STD06042) effective July 1, 2024, in the Office of Pharmacy Affairs Information System (OPAIS) and stated that the 340B Program was never implemented at these three sites. In addition, HRSA terminated two of Sagebrush's Connecticut sites (STD064892 and STD06488) effective July 1, 2024, for loss of qualifying grant/support. Finally, Sagebrush recertified three of its Connecticut sites (STD06489, STD064891, and STD068107) and 45 of its Nevada sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891061, STD891063, STD891132, STD89117, STD89118, STD891183, STD89123, STD891232, STD891281, STD891284, STD891285, STD891286, STD891287, STD891288, STD891289, STD891291, STD891292, STD89144, STD891148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511). The three Connecticut and 45 Nevada sites that were recertified, remain active in OPAIS as of July 3, 2024.

1. Sagebrush has registered sites in Nevada since January 1, 2022, under grant number NH25PS005179 (Notice of Funding Opportunity number (NOFO) PS19-1901) and sites in Connecticut since December 28, 2022, under grant number NU62PS924521 (NOFO PS18-1802). However, Sagebrush's March 4, 2024, response, did not include a copy of the Notice of Award (NoA) to the Nevada Department of Health and Human Services (NHHS) for grant number NH25PS005179, or a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924521.

    a. Please provide a copy of the current NoA issued to NHHS by the CDC for grant number NH25PS005179 (NOFO PS19-1901).

    b. Please provide a copy of the current NoA issued to CDPH by the CDC for grant number NU62PS924521 (NOFO PS18-1802).

2. In its March 4, 2024, response, Sagebrush provided its agreement with NHHS for grant number NH25PS005179 for the period January 1, 2023, through December 30, 2023, and a no cost extension through January 31, 2024. The NHHS agreement states that the scope of work applies to 19 Sagebrush sites that are listed by name and address, including sites that were terminated in OPAIS. The agreement states that funds may not be subcontracted without prior written approval from NHHS, and Sagebrush did not provide its written approval from NHHS that funds may be subcontracted.

The agreement is between NHHS and Sagebrush located at 2435 Fire Mesa Street, Suite 110, Las Vegas Nevada (STD891284). Of the 19 sites listed in the scope of work in the agreement, three sites (STD891061, STD89118, and STD89123) included in HRSA's February 2, 2024, letter are identified by name and address. However, 43 sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD891132, STD89117, STD891183, STD891191, STD891232, STD891281, STD891285, STD891286, STD891287, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD89148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511) are not identified by name and address.

The NHHS agreement states that NHHS provides Sagebrush $600 for direct operating costs. The budget and financial reporting requirements state that Sagebrush agrees to use the funds for marketing materials ($50 per month for 12 months) to provide outreach and education of 340B patients. In OPAIS, eight of the Nevada sites (STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) list a direct nature of support (dollars received from CDC or an intermediate organization) and an in-kind nature of support (condoms and marketing materials purchased with section 318 funds). The remaining Nevada sites list an in-kind nature of support (condoms and marketing materials purchased with section 318 funds) in OPAIS.

In its March 2, 2024, response, Sagebrush stated that it is updating the terms of its provider contracts (i.e., subcontract agreements) which would be provided to HRSA.

    a. Please provide documentation from NHHS that the funds provided for the period January 1, 2023, through January 31, 2024, were approved to be used to purchase condoms.

    b. Please provide documentation from NHHS that the scope of work for the period January 1, 2023, through January 31, 2024, included the 43 Nevada sites listed above that were not identified in the NHHS agreement. The documentation from NHHS should list the name and address of each of the 43 sites. Please note the 340B ID next to the name and address of each site.

        i. If Sagebrush does not provide the scope of work documentation from NHHS for the 43 sites listed above, but instead provides a statement from NHHS that Sagebrush was allowed to subcontract funds, please provide Sagebrush's subcontract agreement with each of the 43 sites. The agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.

    c. For each site that received dollars (direct support) from grant NH25PS005179 during the period January 1, 2023, through January 31, 2024, provide the name, address, and 340B ID of the site.

    d. For each site that received in-kind support purchased with grant (NH25PS005179) dollars, provide the name, address, and 340B ID of the site, as well as the nature of the support provided.

3. Please provide the current written agreement (e.g., contract, or MOU) between NHHS and Sagebrush for the period starting February 1, 2024. The agreement should list the current grant number and associated NOFO number, amount of federal funds authorized, Sagebrush recipient sites by name and address, as well as the nature, and terms and conditions of the support.

    a. For each Sagebrush site listed in the current NHHS agreement by name and address, please provide the corresponding 340B ID.

    b. If Sagebrush's current agreement with NHHS includes a statement that NHHS allows Sagebrush to subcontract funds, please provide Sagebrush's subcontract agreement with each site that is not listed in the NHHS agreement and has been registered in OPAIS since February 1, 2024. The subcontract agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.

4. In its March 4, 2024, response, Sagebrush stated it has made good faith efforts to memorialize its agreement with CDPH and it will provide the agreement to HRSA when it is finalized. Sagebrush provided a copy of its February 28, 2024, email communication with

CPDH. The email states that CDPH's cooperative agreement with Sagebrush expires July 31, 2024, and CDPH provides in-kind contributions in the form of 100 HIV test kits purchased under grant number NU62PS924521 (NOFO PS18-1802). The email does not include the start date of the agreement and does not include the name and address of Sagebrush's six Connecticut sites (STD06042, STD06488, STD06489, STD064891, STD064892, and STD068107).

    a. Please provide documentation from CDPH that lists the start date of the cooperative agreement that expires July 31, 2024, as well as the name and address of each Sagebrush site included in the agreement. Please note the 340B ID next to the name and address of each Sagebrush site.

    b. Please provide documentation from CDPH that describes whether CDPH allows Sagebrush to subcontract with organizations not listed in the cooperative agreement.

    c. Please provide documentation from CDPH and Sagebrush that describes whether CPDH and Sagebrush intend to extend their agreement beyond July 31, 2024. Include the name, address and 340B ID of each site that will be included in the extended agreement.

    d. If written agreements with CDPH have been finalized, please provide the written agreements.

5. In its March 4, 2024, response, Sagebrush states that it owns 13 (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) of 53 sites and all 53 sites are for-profit entities. Sagebrush did not provide documentation to demonstrate its ownership of the 13 sites.

    a. Please provide documentation to demonstrate the ownership of the 13 sites (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511). Examples of documentation that demonstrate ownership may include documentation from the IRS or a state business license.

6. In its March 4, 2024, response, Sagebrush did not provide documentation to demonstrate that the authorizing official (Jami Dybik) listed in OPAIS for all sites, is authorized to legally enter into an agreement with the federal government on behalf of each site.

    a. Please provide documentation to demonstrate that Jami Dybik is authorized to legally enter into an agreement with the federal government on behalf of each of the 53 sites listed in HRSA's February 2, 2024, letter.

7. In its March 4, 2024, response, Sagebrush provided its February 21, 2024, 340B Program policies and procedures. The policies and procedures state, "340B eligible patients of Sagebrush Health Services Section 318 grant(s) may receive infusion services or medications at non-registered, contracted care sites." In addition, the policies and procedures state, "once an individual meets the 340B definition of a patient, any drug prescribed or ordered by a healthcare professional may be purchased or administered under the 340B Program."

   a. Please define the term "contracted care site".

   b. Please provide a list of all "contracted care sites" where individuals receive infusion services or medications. For each "contracted care site", include the name, address, and 340B ID (if applicable) of the site.

   c. Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written by a provider that does not have an employment, contractual, or other arrangement with Sagebrush.

   d. Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written at a site that is not able to be registered in OPAIS as part of Sagebrush's covered entity under Section 340B(a)(4)(K) of the Public Health Service Act.

8. In its March 4, 2024, response, Sagebrush states that it has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations (Walmart 1584, 2483, 2593, 2838, and 5070). Sagebrush provided its in-store service provider indemnity agreement with Walmart for the period July 27, 2023, through July 27, 2024.

   a. Please provide the 340B ID of the Sagebrush site(s) that provide services at the designated Walmart locations and describe how the Sagebrush site(s) maintain responsibility for the care provided at the Walmart locations.

Please provide Sagebrush's response and supporting documentation by close of business Friday July 19, 2024. Thank you in advance for your prompt response. Please contact Michelle Herzog at (301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT D



August 2, 2024

Chantelle V. Britton
Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

Dear Chantelle V. Britton :

Below please find Sagebrush Health Services' ("Sagebrush") response to the Health Resources & Services Administration's ("HRSA") inquiries and document requests as stated in its July 3, 2024 Letter in response to Sagebrush's comprehensive response to HRSA's initial inquiry, submitted on March 4, 2024. Responsive documents, referenced as enclosures to this letter, will be forwarded to HRSA via email by or before the close of business on Friday, August 2, 2024. As you will, Sagebrush's responses follow HRSA's questions which are indicated in italics.

INTRODUCTION
As previously stated in Sagebrush's comprehensive submission to HRSA on March 4, 2024, Sagebrush is a nonprofit 501(c)(3) organization that is based in Las Vegas, Nevada. Since its inception, Sagebrush's mission has been to provide essential medical services to individuals with infectious diseases, particularly focusing on human immunodeficiency virus ("HIV"). Over the years, Sagebrush has evolved and expanded its services to reach rural and underserved populations.

Sagebrush is a subawardee of multiple grants authorized under Section 318 of the federal Public Health Services Act, including: (1) Award No. 6NH25PS005179-05-03 (NOFO No. CDC-RFAPS19-1901), which was awarded to the Nevada Department of Health and Human Services("NHHS") and pertains to the development and implementation of a national protocol for risk assessment for sexually transmitted infections ("STIs") and/or testing, prevention, and/or education (the "NHHS Subaward"); and (2) Award No. 6NU62PS924521-04-02 (NOFO No. CDC-RFA-PS18-1802), which was awarded to the Connecticut Department of Public Health ("CDPH") and pertains to the development and implementation of comprehensive "HIV" surveillance and prevention programs to prevent new HIV infections and achieve viral suppression for HIV-infected individuals (the "CDPH Subaward"). As a Section 318 subawardee, Sagebrush qualifies as a covered entity under the 340B Drug Pricing Program.

With the support derived from its Section 318 subawards, Sagebrush has developed a comprehensive sexual health care services delivery model. A key component of the model is care collaboration with specialists, including oncology and rheumatology providers, for example (the"Providers"), many of whom treat patients who are immunocompromised or otherwise may be at increased risk of contracting STIs (the "Patients").1 These care collaboration models involve the integration of STI education, screening, testing, and treatment services (the "STI Services") with the specialty medical services provided to the Patients and are within the

1

scope of Sagebrush's subawards. The Patients receive the STI Services at the Providers' clinics or outpatient locations (the "Sites").

The STI Services are delivered under a contract between Sagebrush and the Provider (the "Provider Contract") that ensures compliance with the terms of Sagebrush's applicable subaward. While the specific terms of each Provider Contract vary, the agreements generally:

- Delineate the specific STI Services to be provided at the Provider's Sites, Sagebrush's responsibility and oversight of those services, the maintenance and access of patient medical records, and the types of data collected by Sagebrush to track the care of patients receiving STI Services;

- Set forth the terms by which: (1) Sagebrush makes available 340B drugs purchased and owned by Sagebrush to Patients receiving STI Services at the Provider Sites; and (2) the Provider's in-office administration or dispensing of those drugs, and performance of administrative services related to the management of Sagebrush's 340B drug inventory and to compliance with 340B program requirements;

- Authorize Sagebrush to add the Sites to the applicable subaward, register each Site on the 340B Office of Pharmacy Affairs Information System ("OPAIS"), appoint an authorizing official ("AO") to act on each registered Site's behalf, and perform other duties necessary to ensure compliance with 340B program requirements; and

- Set forth the compensation paid by Sagebrush to the Provider for provision of the STI Services (the "Provider Payment").

Sagebrush utilizes the 340B drugs savings to reinvest in patient care and access. For example, Sagebrush funds the transportation expenses of Patients demonstrating financial need and enables drug co-payment waivers or reductions.

In conclusion, through its subaward-supported activities, Sagebrush: (1) promotes a coordinated, collaborative model of STI and specialty care to distinct patient populations who are or may be at a higher risk of contracting STIs based on disease state, geography, age cohort, and medication management; (2) works to reduce the stigma associated with receiving STI treatment by expanding access to STI Services at specialty provider locations; (3) furthers the collection of data essential to public health activities and the promotion of the Centers for Disease Control & Prevention's ("CDC") recommended education, awareness, screening, diagnosis, care coordination, and treatment for patient materials; (4) provides 340B drugs to patients in connection with the delivery of STI Services; and (5) utilizes the 340B program savings to subsidize the costs of STI Services delivery and provide other community benefits to Patients.

## RESPONSES TO HRSA's JULY 3, 2024 REQUESTS

1. *Sagebrush has registered sites in Nevada since January 1, 2022, under grant number NH25PS005179 (Notice of Funding Opportunity number (NOFO) PS19-1901) and sites in Connecticut since December 28, 2022, under grant number NU62PS924521 (NOFO PS18-1802). However, Sagebrush's March 4, 2024, response, did not include a copy of the Notice of Award (NoA) to the Nevada Department of Health and Human Services (NHHS) for grant number NH25PS005179, or a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924521.*

2

     a. *Please provide a copy of the current NoA issued to NHHS by the CDC for grant number NH25PS005179 (NOFO PS19-1901).*

RESPONSE TO REQUEST NO. 1(a)

Please, see the attached NOFO provided by NHHS (See Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901).

     b. *Please provide a copy of the current NoA issued to CDPH by the CDC for grant number NU62PS924521 (NOFO PS18-1802).*

RESPONSE TO REQUEST NO. 1(b)

Sagebrush requested a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924 but a document was not provided by CDPH. In the absence of the NOA from CDPH, we have included an export from HRSA's TAGGS site, listing CDPH as an awardee under grant number NU62PS924521 (See Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health). While CDPH did not provide the document in response to our request, CDPH did extend our award for an additional six-month term, through July 31, 2024 (See Exhibit C: Communication from CDPH).

2. *In its March 4, 2024, response, Sagebrush provided its agreement with NHHS for grant number NH25PS005179 for the period January 1, 2023, through December 30, 2023, and a no cost extension through January 31, 2024. The NHHS agreement states that the scope of work applies to 19 Sagebrush sites that are listed by name and address, including sites that were terminated in OPAIS. The agreement states that funds may not be subcontracted without prior written approval from NHHS, and Sagebrush did not provide its written approval from NHHS that funds may be subcontracted.*

*The agreement is between NHHS and Sagebrush located at 2435 Fire Mesa Street, Suite 110, Las Vegas Nevada (STD891284). Of the 19 sites listed in the scope of work in the agreement, three sites (STD891061, STD89118, and STD89123) included in HRSA's February 2, 2024, letter are identified by name and address. However, 43 sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD891132, STD89117, STD891183, STD891191, STD891232, STD891281, STD891285, STD891286, STD891287, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD89148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511) are not identified by name and address.*

*The NHHS agreement states that NHHS provides Sagebrush $600 for direct operating costs. The budget and financial reporting requirements state that Sagebrush agrees to use the funds for marketing materials ($50 per month for 12 months) to provide outreach and education of 340B patients. In OPAIS, eight of the Nevada sites (STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) list a direct nature of support (dollars received from CDC or an intermediate organization) and an in-kind nature of support (condoms and marketing materials purchased with section 318 funds). The remaining Nevada sites list an in-kind nature of support (condoms and marketing materials*

3

*purchased with section 318 funds) in OPAIS.*
*In its March 2, 2024, response, Sagebrush stated that it is updating the terms of its provider contracts (i.e., subcontract agreements) which would be provided to HRSA.*

    a. *Please provide documentation from NHHS that the funds provided for the period January 1, 2023, through January 31, 2024, were approved to be used to purchase condoms.*

RESPONSE TO REQUEST NO. 2(a)

Sagebrush included in its March 4, 2024 response to HRSA (See Page 7), that grant funds are utilized to provide condoms to sites under the NHHS Subaward. Sagebrush's trainers and clinic staff provide each Site with education, educational resources and protocols regarding CDC treatment guidelines as required under the NHHS Subaward (See Page 8). NHHS has provided materials in-kind to Sagebrush through the entirety of its arrangement to assist in meeting grant scope deliverables. For the period January 1, 2023, through January 31, 2024, Sec. 318 funds were provided for patient outreach, specifically marketing materials to be used for outreach and education of patients and during that timeframe, Sagebrush was reimbursed for materials, event hand-outs, and event registrations. This support was utilized to attract and engage patients, while providing condoms and STI prevention education consistent with the grant scope.

    b. *Please provide documentation from NHHS that the scope of work for the period January 1, 2023, through January 31, 2024, included the 43 Nevada sites listed above that were not identified in the NHHS agreement. The documentation from NHHS should list the name and address of each of the 43 sites. Please note the 340B ID next to the name and address of each site.*

    *If Sagebrush does not provide the scope of work documentation from NHHS for the 43 sites listed above, but instead provides a statement from NHHS that Sagebrush was allowed to subcontract funds, please provide Sagebrush's subcontract agreement with each of the 43 sites. The agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.*

RESPONSE TO REQUEST NO. 2(b)

Sagebrush did not subcontract funds, but instead utilized the support to provide services at these locations. As indicated throughout the March 4, 2024 submission to HRSA, Sagebrush supplied educational resources purchased and secured through direct 318-funding, as well as the in-kind support provided by NHHS in the form of condoms for distribution. Sagebrush registered these sites where these education and outreach activities took place, in collaboration with NHHS. Furthermore, these registrations were reviewed and verified by NHHS upon registration in OPAIS.

    c. *For each site that received dollars (direct support) from grant NH25PS005179 during the period January 1, 2023, through January 31, 2024, provide the name, address, and 340B ID of the site.*

4

RESPONSE TO REQUEST NO. 2(c)

Sagebrush Health Services is the grantee and as a grantee, provides services at sites designated by NHHS. Sagebrush ensures that it provides services at designated sites, consistent with NHHS requirements. Sagebrush maintains and monitors the distribution of Sec. 318 funds consistent with NHHS requirements. Sites approved by NHHS for use of direct funding, and which are registered by Sagebrush with HRSA, are enclosed (See Exhibit D: 2023 NV Direct Funding Sites in OPAIS).

> d. *For each site that received in-kind support purchased with grant (NH25PS005179) dollars, provide the name, address, and 340B ID of the site, as well as the nature of the support provided.*

RESPONSE TO REQUEST NO. 2(d)

Direct funding provided to Sagebrush for the purposes of outreach has been deployed across the entire program. Tangible and experiential/educational resources purchased with grant funds have been utilized by Sagebrush at those sites listed in Exhibit D: 2023 NV Direct Funding Sites in OPAIS, during the time period from January 1, 2023, through January 31, 2024.

> 3. *Please provide the current written agreement (e.g., contract, or MOU) between NHHS and Sagebrush for the period starting February 1, 2024. The agreement should list the current grant number and associated NOFO number, amount of federal funds authorized, Sagebrush recipient sites by name and address, as well as the nature, and terms and conditions of the support.*
>
>> a. *For each Sagebrush site listed in the current NHHS agreement by name and address, please provide the corresponding 340B ID.*

RESPONSE TO REQUEST NO. 3(a)

Sites are not listed in the current NHHS agreement. Rather, Sagebrush works very closely with NHHS, and operates under a collaborative understanding that Sagebrush provides care where NHHS determines it can be most effective at advancing its public health objectives. Sagebrush maintains an active site list in accordance with this understanding and sites registered in OPAIS are approved by NHHS upon registration.

> b. *If Sagebrush's current agreement with NHHS includes a statement that NHHS allows Sagebrush to subcontract funds, please provide Sagebrush's subcontract agreement with each site that is not listed in the NHHS agreement and has been registered in OPAIS since February 1, 2024. The subcontract agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.*

RESPONSE TO REQUEST NO. 3(b)

Please, see Exhibit E: 2024 NV Direct Funding Sites in OPAIS for sites listed as receiving direct funding since

2/1/2024, which was approved by NHHS. See Exhibit F: 2024 NV In-kind funding sites in OPAIS for sites listed as in-kind support since 2/1/2024, also approved by NHHS.

4. *In its March 4, 2024, response, Sagebrush stated it has made good faith efforts to memorialize its agreement with CDPH and it will provide the agreement to HRSA when it is finalized. Sagebrush provided a copy of its February 28, 2024, email communication with CPDH. The email states that CDPH's cooperative agreement with Sagebrush expires July 31, 2024, and CDPH provides in-kind contributions in the form of 100 HIV test kits purchased under grant number NU62PS924521 (NOFO PS18-1802). The email does not include the start date of the agreement and does not include the name and address of Sagebrush's six Connecticut sites (STD06042, STD06488, STD06489, STD064891, STD064892, and STD068107).*

    a. *Please provide documentation from CDPH that lists the start date of the cooperative agreement that expires July 31, 2024, as well as the name and address of each Sagebrush site included in the agreement. Please note the 340B ID next to the name and address of each Sagebrush site.*

RESPONSE TO REQUEST NO.4(a)

CDPH has not provided a document that references the start date of the cooperative agreement expiring July 31st, 2024. As Sagebrush and the CDPH collaboratively registered these sites, and CDPH provided HRSA an approval at time of registration in OPAIS, Sagebrush would refer to the start date approved by CDPH and HRSA at time of registration for each site in OPAIS for the sites listing in Exhibit G: CT sites with start dates approved by CDPH.

    b. *Please provide documentation from CDPH that describes whether CDPH allows Sagebrush to subcontract with organizations not listed in the cooperative agreement.*

RESPONSE TO REQUEST NO. 4(b)

As detailed in the March 4, 2024 responses to HRSA, CDPH provides in-kind contributions under NU62PS924521 to Sagebrush to utilize at the sites registered in OPAIS. CDPH approved these sites at time of registration in OPAIS. No subcontracting of in-kind contributions occurred, as Sagebrush maintained ownership of in-kind contributions under this award.

    c. *Please provide documentation from CDPH and Sagebrush that describes whether CPDH and Sagebrush intend to extend their agreement beyond July 31, 2024. Include the name, address and 340B ID of each site that will be included in the extended agreement.*

RESPONSE TO REQUEST NO. 4(c)

CDPH and Sagebrush are currently working to evaluate our community activities and extend the grant beyond the current funding expiration date.

   d. *If written agreements with CDPH have been finalized, please provide the written*
      *agreements.*

RESPONSE TO REQUEST NO. 4(d)

Not applicable. No such agreement exists at this time.

5. *In its March 4, 2024, response, Sagebrush states that it owns 13 (STD06488, STD06489,*
   *STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123,*
   *STD891281, STD891284, STD891287, and STD89511) of 53 sites and all 53 sites are for-*
   *profit entities. Sagebrush did not provide documentation to demonstrate its ownership of the*
   *13 sites.*

   a. *Please provide documentation to demonstrate the ownership of the 13 sites*
      *(STD06488, STD06489, STD064891, STD064892, STD068107, STD891061,*
      *STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and*
      *STD89511). Examples of documentation that demonstrate ownership may include*
      *documentation from the IRS or a state business license.*

RESPONSE TO REQUEST NO. 5(a)

Sagebrush Health Services, a 501(c)3 does not own any of these clinics. Healthnomic Partners Sonani MD
PLLC, a for-profit entity owns and operates these clinics. Sagebrush Health Services has a contractual
arrangement with Healthnomic Partners Sonani MD PLLC to provide specialty as well as STI services to
patients. Healthnomic Partners Sonani MD PLLC has a DBA for Sagebrush Health Services, which is attached
(See Exhibit H: Certificate of Assumed Name).

6. *In its March 4, 2024, response, Sagebrush did not provide documentation to demonstrate*
   *that the authorizing official (Jami Dybik) listed in OPAIS for all sites, is authorized to*
   *legally enter into an agreement with the federal government on behalf of each site.*

   *Please provide documentation to demonstrate that Jami Dybik is authorized to legally enter into an*
   *agreement with the federal government on behalf of each of the 53 sites listed in HRSA's February 2,*
   *2024, letter.*

RESPONSE TO REQUEST NO. 6(a)

Sagebrush responded in its March 4, 2024 response to HRSA's Question 5 by confirming that Jami Dybik is the
designated, authorized official for Sagebrush. A document was not provided as HRSA only requested confirmation in
Sagebrush's response. The document designating Jami Dybik as the authorized official is enclosed (See Exhibit I:
Designation of Authorizing Official). Since Sagebrush has not subawarded the grant to any individual sites, Jami Dybik
is the Authorizing official for all 53 sites listed.

7. *In its March 4, 2024, response, Sagebrush provided its February 21, 2024, 340B Program*
   *policies and procedures. The policies and procedures state, "340B eligible patients of*

7

*Sagebrush Health Services Section 318 grant(s) may receive infusion services or medications at non-registered, contracted care sites." In addition, the policies and procedures state, "once an individual meets the 340B definition of a patient, any drug prescribed or ordered by a healthcare professional may be purchased or administered under the 340B Program."*

    a. *Please define the term "contracted care site".*

RESPONSE TO REQUEST NO. 7(a)

Contracted care sites are clinical locations where care is provided to Sagebrush patients by providers who deliver care under arrangement with Sagebrush (the Covered Entity).

    b. *Please provide a list of all "contracted care sites" where individuals receive infusion services or medications. For each "contracted care site", include the name, address, and 340B ID (if applicable) of the site.*

RESPONSE TO REQUEST NO. 7(b)

A list of contracted care sites at which infusion services or medications are provided to patients is enclosed (See Exhibit J: Contracted Care Sites).

    c. *Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written by a provider that does not have an employment, contractual, or other arrangement with Sagebrush.*

RESPONSE TO REQUEST NO. 7(c)

All 340B-eligible patients receive a service or range of services consistent with the scope of the grant from a provider that has a contractual or other arrangement with the covered entity. Sagebrush maintains a record of care provided by providers under contractual or other arrangement in the patient's medical record, which includes documentation of prescriptions and/or drug therapies where applicable.

    d. *Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written at a site that is not able to be registered in OPAIS as part of Sagebrush's covered entity under Section 340B(a)(4)(K) of the Public Health Service Act.*

RESPONSE TO REQUEST NO. 7(d)

Sagebrush maintains a record of care delivered for each 340B-eligible patient treated by providers under contractual or other arrangement with Sagebrush in the patient's medical record. Included in the record of care is documentation of any prescribed prescriptions and/or drug therapies when such care is indicated.

8

8. *In its March 4, 2024, response, Sagebrush states that it has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations (Walmart 1584, 2483, 2593, 2838, and 5070). Sagebrush provided its in-store service provider indemnity agreement with Walmart for the period July 27, 2023, through July 27, 2024.*

    a. *Please provide the 340B ID of the Sagebrush site(s) that provide services at the designated Walmart locations and describe how the Sagebrush site(s) maintain responsibility for the care provided at the Walmart locations.*

RESPONSE TO REQUEST NO. 8(a)

As a community benefit, Sagebrush provides STI-related screening and/or services under an agreement between Sagebrush and Walmart. If follow-on care is provided, we provide these services from a HRSA-registered site. Free HIV testing and PrEP services in designated Walmart locations were under STD891281.

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,

*Jami Dybik*

Jami Dybik
Authorized Official
Vice President
Sagebrush Health Services

Enclosures: Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901), Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health, Exhibit C: Communication from CDPH, Exhibit D: 2023 NV Direct Funding Sites in OPAIS, Exhibit E: 2024 NV Direct Funding Sites in OPAIS, Exhibit F: 2024 NV In-kind funding sites in OPAIS, Exhibit G: CT sites with start dates approved by CDPH, Exhibit H: Certificate of Assumed Name, Exhibit I: Designation of Authorizing Official, Exhibit J: Contracted Care Sites

## Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901)



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH25PS005179-05-03
FAIN#   NH25PS005179
Federal Award Date: 01/31/2024

### Recipient Information

**1. Recipient Name**
NEVADA DEPARTMENT OF HEALTH AND
HUMAN SERVICES
4150 TECHNOLOGY WAY
Nevada Department of Health and Human Services
CARSON CITY, NV 89706-2026
[NO DATA]

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1886000022B1

**4. Employer Identification Number (EIN)**
886000022

**5. Data Universal Numbering System (DUNS)**
625364849

**6. Recipient's Unique Entity Identifier (UEI)**
F99FYNEGXSH9

**7. Project Director or Principal Investigator**
Ms. Elizabeth Kessler
Program Manager
ekessler@health.nv.gov
775-684-5997

**8. Authorized Official**
Ms. Debi Reynolds
Deputy Administrator / Authorizing Official
GPADesk@health.nv.gov
775-684-4200

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mrs. Donita Hammond
Grants Management Specialist
ukb1@cdc.gov
404-498-2812

### Federal Award Information

**11. Award Number**
6 NH25PS005179-05-03
**12. Unique Federal Award Identification Number (FAIN)**
NH25PS005179
**13. Statutory Authority**
This Program is authorized under section 318 of the Public Health Service Act (42 U.S.C. Section 247c, as amended)
**14. Federal Award Project Title**
Strengthening STD Prevention and Control for Health Department (STD PCHD)

**15. Assistance Listing Number**
93.977
**16. Assistance Listing Program Title**
Preventive Health Services_Sexually Transmitted Diseases Control Grants

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date**    01/01/2023  - End Date 01/31/2025
**20. Total Amount of Federal Funds Obligated by this Action**
     20a. Direct Cost Amount
     20b. Indirect Cost Amount
**21. Authorized Carryover**
**22. Offset**
**23. Total Amount of Federal Funds Obligated this budget period**
**24. Total Approved Cost Sharing or Matching, where applicable**
**25. Total Federal and Non-Federal Approved this Budget Period**
**26. Period of Perfomance Start Date**  01/01/2019  - End Date 01/31/2025
**27. Total Amount of the Federal Award including Approved**
     **Cost Sharing or Matching this Period of Performance**

28. Authorized Treatment of Program Income

## Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health

Award Information | HHS TAGGS



Thursday, August 1, 2024   8/1/2024                                                        Search

**TAGGS** (/)                                                                             Menu ≡



### CONNECTICUT DEPARTMENT OF PUBLIC HEALTH (CT DPH) PS18-1802 INTEGRATED HIV SURVEILLANCE AND PREVENTION PROGRAMS FOR HEALTH DEPARTMENTS.

**Award Number:** NU62PS924521
**ORGANIZATION:** NATIONAL CENTER FOR PREVENTION SERVICES
**OPDIV:** CDC
**AWARD CLASS:** DISCRETIONARY
**AWARD ACTIVITY TYPE:** HEALTH SERVICES

○ Issue Date FY   ○ Funding FY                                                     HIDE AWARD ABSTRACT

The Connecticut Department of Public Health (CTDPH) is requesting funding under Component A to support a high impact, comprehensive HIV Surveillance and Prevention Program focused on activities to reduce new HIV infections, achieve viral load suppression and improve health outcomes for persons living with HIV in accordance with CDC-RFA-PS18-1802: Integrated HIV Surveillance and Prevention Programs for Health Departments. The HIV Surveillance Program is located in the TB, HIV, STD and Viral Hepatitis Section within the Infectious Disease Division. Surveillance funding is requested to support 3.5 FTE and the following activities: Component A: Core Program Case Surveillance: Public health surveillance will be conducted to monitor trends in HIV disease. Case information will be collected about demographics and source of infection. The Program will conduct required elements including: Reporting of all HIV cases, reporting of data to CDC, death ascertainment, risk factor ascertainment, dissemination of findings, maintenance of security and confidentiality policies, inter- and intrastate de-duplication, support complete and electronic laboratory reporting of all CD4 and HIV-related findings, conduct perinatal surveillance activities, collect and submit geocoded data, collect antiretroviral use history, follow up on cases of public health importance, potential acute and transmission clusters and collaborate with CDC as needed. The HIV Prevention Program is also located in the TB, HIV, STD and Viral Hepatitis Section within the Infectious Disease Division. Prevention funding is requested to support 9 FTE and the following activities: Prevention: CTDPH proposes to focus efforts in communities where HIV is most heavily concentrated, increase HIV testing, access to PrEP and expand efforts to prevent HIV using effective evidence-based approaches, and reduce HIV- related disparities. DPH will continue to increase and expand HIV Testing by funding HIV testing in clinical settings and non-clinical settings, providing Outreach, Testing and Linkage (OTL) services in communities most impacted by HIV. PrEP Navigation Services will be integrated into HIV testing services. Syringe Service Programs (SSPs) will be expanded and will include a variety of drug user health related activities for persons who use drugs which increase the risk for HIV and hepatitis C. Component B: Demonstration Project CTDPH is requesting funding to develop an internet-based peer-led PrEP outreach and education program focused on MSM of color. The program will aim to increase screening of HIV-negative persons for PrEP eligibility and needed support services, increase knowledge and acceptability of PrEP among impacted populations, and to increase referral of persons eligible for PrEP to PrEP medical services. NOTE: PLEASE REFER TO CTDPH PROJECT NARRATIVE (PAGES ii-iv) FOR DETAILED INFORMATION.

11

Award Information | HHS TAGGS

| Issue Date FY | Funding FY | Legal Entity Name | Legal Entity Address | Legal Entity City | Legal Entity State | Legal Entity Zip Code | Legal Entity COUNTY | Legal Entity COUNTRY | Assista Listing | Award Code | Budget Year | Action Date | Acti Typ | Action Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue Date FY: 2024 ( Subtotal = $0 ) |
| 2024 | 2023 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| 2024 | 2022 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| 2024 | 2021 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $0 |
| Issue Date FY: 2023 ( Subtotal = $3,972,091 ) |
| 2023 | 2023 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $993,023 |
| 2023 | 2023 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $2,979,068 |
| 2023 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $0 |
| 2023 | 2022 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $0 |
| 2023 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $0 |
| 2023 | 2021 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $3,97: |
| Issue Date FY: 2022 ( Subtotal = $3,972,599 ) |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 5 | 5/12/2022 | A... | $2,820,602 |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 5 | 5/31/2022 | A... | $0 |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 5 | 12/27/2021 | N... | $1,151,997 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 5 | 5/12/2022 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 4 | 11/4/2021 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 5 | 5/31/2022 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 5 | 12/27/2021 | N... | $0 |
| | | | | | | | | | | | | | | Subtotal = $3,97: |
| Issue Date FY: 2021 ( Subtotal = $4,469,420 ) |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 4 | 12/17/2020 | N... | $1,118,202 |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 4 | 3/9/2021 | A... | $3,351,218 |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 4 | 2/25/2021 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $4,46! |
| Issue Date FY: 2020 ( Subtotal = $4,472,957 ) |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 3 | 3/16/2020 | A... | $3,354,715 |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 3 | 12/6/2019 | N... | $1,118,242 |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 3 | 3/4/2020 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $4,47: |
| Issue Date FY: 2019 ( Subtotal = $4,469,514 ) |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 2 | 7/29/2019 | A... | $0 |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 2 | 3/14/2019 | A... | $0 |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 2 | 12/11/2018 | N... | $4,469,514 |
| | | | | | | | | | | | | | | Subtotal = $4,46! |
| Issue Date FY: 2018 ( Subtotal = $4,474,204 ) |

12

Award Information | HHS TAGGS

| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 1 | 3/28/2018 | A... | $993,552 |
|------|------|--------------|-----------------|----------|----|-------|---------|-----|---------|----|---|-----------|------|---------|
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 1 | 12/14/2017 | N... | $993,552 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 04 | 1 | 6/28/2018 | A... | $1,987,100 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 1 | 6/18/2018 | A... | $500,000 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 1 | 3/20/2018 | A... | $0 |

Subtotal = $4,474

Grand Total All Awards = $25,830,785

## Federal Websites

Data.gov (http://www.data.gov/)

Grants.gov (http://www.grants.gov/)

HealthCare.gov (https://www.healthcare.gov/)

System for Award Management (SAM) (http://www.sam.gov)

The White House (http://www.whitehouse.gov/)

U.S. Access Board (http://www.access-board.gov/)

USA.gov (http://www.usa.gov/)

USASpending.gov (http://www.usaspending.gov/)

## Department of Health & Human Services

HHS (http://www.hhs.gov/)

About HHS (http://www.hhs.gov/about/)

HHS Organization Chart (http://www.hhs.gov/about/agencies/orgchart/index.html)

HHS Agencies (https://www.hhs.gov/about/agencies/hhs-agencies-and-offices/index.html)

Programs & Services (https://www.hhs.gov/programs/index.html)

Grants & Funding (http://www.hhs.gov/grants/grants/index.html )

Accessibility (http://www.hhs.gov/Accessibility.html)

Health.gov (http://www.health.gov/)

## HHS Operating Divisions

Administration for Children & Families (ACF) (http://www.acf.hhs.gov/grants)

Administration for Community Living (ACL) (http://www.acl.gov/Funding_Opportunities/Index.aspx)

Administration for Strategic Preparedness and Response (ASPR) (https://aspr.hhs.gov/Pages/Home.aspx)

Agency for Healthcare Research & Quality (AHRQ) (http://www.ahrq.gov/funding/index.html)

13

Agency for Toxic Substances & Disease Registry (ATSDR) (http://www.atsdr.cdc.gov/funding.html)

Centers for Disease Control & Prevention (CDC) (http://www.cdc.gov/grants/index.html)

Centers for Medicare & Medicaid Services (CMS) (http://www.cms.gov/cciio/resources/funding-opportunities/index.html)

Food & Drug Administration (FDA) (http://www.fda.gov/)

Health Resources & Services Administration (HRSA) (http://www.hrsa.gov/grants/index.html)

Indian Health Service (IHS) (http://www.ihs.gov/dgm/)

National Institutes of Health (NIH) (http://grants.nih.gov/grants/oer.htm)

Substance Abuse & Mental Health Services Administration (SAMHSA) (http://www.samhsa.gov/grants)

### HHS Staff Divisions

Office of the Assistant Secretary for Health (OASH) (http://www.hhs.gov/ash/index.html)

Office of the Assistant Secretary for Planning & Evaluation (ASPE) (http://aspe.hhs.gov/)

Office of the National Coordinator for Health Information Technology (ONC) (https://www.healthit.gov/)

### Download A Document Viewer

Download PDF Viewer (http://get.adobe.com/reader/)

---

**U.S. Department of Health & Human Services** | 200 Independence Avenue, S.W. Washington, D.C. 20201

---

# Exhibit C: Communication from CDPH

## Requested information

Sosa, Lynn <Lynn.Sosa@ct.gov>

Wed 2/28/2024 6:11 AM

To:Jami Dybik <jami.dybik@sagebrushhealth.com>
Cc:Buchelli, Marianne <Marianne.Buchelli@ct.gov>;Greenlee, Delores <Delores.Greenlee@ct.gov>;Diaz, Luis F
<Luis.Diaz@ct.gov>;Namias, Mitchell <Mitchell.Namias@ct.gov>

Hello,

This email is being sent to confirm that Sagebrush Health Services receives in kind contributions through a
cooperative agreement with CDC under NOFO PS18-1802, grant number 6 NU62PS924521-04-02, which currently
expires on July 31, 2024. DPH is in the process of applying for a new five year period for this cooperative
agreement which will start on August 1, 2024. The in kind contributions are in the form of HIV test kits purchased
under this grant. To date, Sagebrush Health Services has been provided 100 HIV test kits purchased under this
grant. In total, 65 results from these test kits have been reported to DPH.

Thank you.

Lynn Sosa, MD
State Epidemiologist
Director of Infectious Diseases
Connecticut Department of Public Health
410 Capitol Avenue, MS #11 TUB
PO Box 340308
Hartford, CT 06134-0308

tel:  860.509.7723
fax:  860.509.7743
email:  lynn.sosa@ct.gov

Please do not respond to this email with any patient identifying information (PII). This includes but is not limited to name,
phone number, address, date of birth and medical record number. If you need to relay or exchange PII, please contact me at
my confidential phone line. Thank you.

15

## Exhibit D: 2023 NV Direct Funding Sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD891061 | 1/1/2022 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | 170 | Las Vegas | NV | 89106 |
| STD891132 | 10/1/2023 | Sagebrush Health Services | Battleborn Health Care | 8379 W Sunset Rd | Suite 210 | Las Vegas | NV | 89113 |
| STD89118 | 1/1/2022 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | 100 | Las Vegas | NV | 89118 |
| STD89123 | 1/1/2022 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | A | Las Vegas | NV | 89123 |
| STD891281 | 1/1/2022 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | #120 | Las Vegas | NV | 89128 |
| STD891284 | 5/1/2023 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Suite 110 | Las Vegas | NV | 89128 |
| STD891286 | 5/1/2023 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Ste 200 | Las Vegas | NV | 89128 |
| STD891287 | 5/8/2023 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Suite 130 | Las Vegas | NV | 89128 |
| STD891288 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Tenaya Way Clinic - Desert Springs | 2801 N Tenaya Way | Ste C | Las Vegas | NV | 89128 |
| STD89144 | 5/1/2023 | Sagebrush Health Services | Summerlin Clinic - KSOSN | 653 N Town Center Drive | Building 2, Suite 70 | Las Vegas | NV | 89144 |
| STD89148 | 5/1/2023 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Suite 130 | Las Vegas | NV | 89148 |
| STD89511 | 10/1/2023 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Suite 202 | Reno | NV | 89511 |
| STD890741 | 5/1/2023 | Sagebrush Health Services | Henderson Clinic - KSOSN | 100 N Green Parkway | Suite #310 | Henderson | NV | 89074 |
| STD890141 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Warm Springs Clinic - Desert Springs | 1371 W Warm Springs Rd | Ste 120 | Henderson | NV | 89014 |
| STD890181 | 10/1/2023 | Sagebrush Health Services | Total Family Care Specialists - Desert Springs | 3280 N Rainbow Blvd | Suite 110 | Las Vegas | NV | 89018 |
| STD89032 | 5/1/2023 | Sagebrush Health Services | North Las Vegas Clinic - KSOSN | 2065 North Las Vegas Blvd | | Las Vegas | NV | 89032 |
| STD890481 | 5/1/2023 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Suite 600 | Pahrump | NV | 89048 |
| STD890521 | 5/1/2023 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | 120 | Henderson | NV | 89052 |
| STD890524 | 10/1/2023 | Sagebrush Health Services | Sun Medical Services - Desert Springs | 2621 W Horizon Ridge Pkwy | Suite 150 | Henderson | NV | 89052 |

16

| STD890526 | 10/1/2023 | Sagebrush Health Services | Anthem Medical Center - Desert Springs | 660 S Green Valley Pkwy | Suite 100 | Henderson | NV | 89052 |
|---|---|---|---|---|---|---|---|---|
| STD891063 | 5/1/2023 | Sagebrush Health Services | Rancho clinic - KSOSN | 500 South Rancho Dr. | Suite #12 | Las Vegas | NV | 89106 |
| STD89117 | 10/1/2023 | Sagebrush Health Services | Body and Mind Health Partners- Desert Springs | 6889 W Charleston Blvd | Suite A | Las Vegas | NV | 89117 |
| STD891183 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Rainbow Clinic- Desert Springs | 6870 S Rainbow Blvd | Suite 107 | Las Vegas | NV | 89118 |
| STD89129 | 5/1/2023 | Sagebrush Health Services | Pointe Plaza Clinic - KSOSN | 7326 W. Cheyenne Ave. | Suite #110 | Las Vegas | NV | 89129 |
| STD891291 | 10/1/2023 | Sagebrush Health Services | Blue Point Medical Group - Desert Springs | 3320 N Buffalo Dr. | Suite 106 | Las Vegas | NV | 89129 |
| STD891292 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Cheyenne Clinic- Desert Springs | 9010 W Cheyenne Ave | | Las Vegas | NV | 89129 |
| STD891482 | 5/1/2023 | Sagebrush Health Services | Southern Hills Clinic - KSOSN | 9280 West Sunset Rd | Suite #438 | Las Vegas | NV | 89148 |
| STD891484 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Apache Clinic - Desert Springs | 6120 S Fort Apache Rd. | | Las Vegas | NV | 89148 |
| STD890523 | 5/1/2023 | Sagebrush Health Services | NV Family Care Center | 861 Coronado Center Dr. | Ste 220 | Henderson | NV | 89052 |
| STD891191 | 10/1/2023 | Sagebrush Health Services | A-P Medical Group | 2110 E Flamingo Rd | | Las Vegas | NV | 89119 |
| STD890142 | 10/1/2023 | Sagebrush Health Services | Forte Family Practice Warm Springs Clinic - Desert Springs | 1535 W Warm Springs Rd | Suite 135 | Henderson | NV | 89014 |
| STD89027 | 5/1/2023 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | #202B | Mesquite | NV | 89027 |
| STD890482 | 5/1/2023 | Sagebrush Health Services | Pahrump Clinic - KSOSN | 330 South Lola Lane | Suite #200 | Pahrump | NV | 89048 |
| STD890525 | 10/1/2023 | Sagebrush Health Services | Gautham G. Reddy MD - Desert Springs | 2540 W. Horizon Ridge Pkwy | | Henderson | NV | 89052 |
| STD890527 | 10/1/2023 | Sagebrush Health Services | Siena Hills Primary Care - Desert Springs | 2789 Sunridge Heights Pkwy | Ste 100 | Henderson | NV | 89052 |
| STD891031 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Rainbow Clinic- Desert Springs | 4845 S Rainbow Blvd | | Las Vegas | NV | 89103 |
| STD891045 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Nellis Clinic- Desert Springs | 2208 S Nellis Blvd | Suite 5 | Las Vegas | NV | 89104 |
| STD891232 | 10/1/2023 | Sagebrush Health Services | Green Valley Primary Care - Desert Springs | 9480 S Eastern Ave | Suite #257 | Las Vegas | NV | 89123 |
| STD891285 | 5/1/2023 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | Las Vegas | NV | 89128 |

17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STD891289 | 10/1/2023 | Sagebrush Health Services | Irfan Tahir MD - Desert Springs | 7170 Smoke Ranch Rd | Suite 110 | Las Vegas | NV | 89128 |
| STD891483 | 5/8/2023 | Sagebrush Health Services | LifeCare Clinic | 6415 S Fort Apache Rd | Ste 175 | Las Vegas | NV | 89148 |
| STD891485 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Fort Apache Clinic- Desert Springs | 5270 S Fort Apache Rd. | Suite 330 | Las Vegas | NV | 89148 |
| STD89149 | 11/29/2022 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | 110 | Las Vegas | NV | 89149 |
| STD891491 | 5/1/2023 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Suite 200 | Las Vegas | NV | 89149 |
| STD891493 | 5/1/2023 | Sagebrush Health Services | Centennial Hills Clinic - KSOSN | 8775 Deer Springs Way | | Las Vegas | NV | 89149 |
| STD89178 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Blue Diamond Clinic- Desert Springs | 7855 Blue Diamond Rd | Suite 102 | Las Vegas | NV | 89178 |
| STD893012 | 10/1/2023 | Sagebrush Health Services | Sanderling Renal Services- Ely Clinic | 701 East 15th Street | | Ely | NV | 89301 |

18

## Exhibit E: 2024 NV Direct Funding Sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD891132 | 10/1/2023 | Sagebrush Health Services | Battleborn Health Care | 8379 W Sunset Rd | Suite 210 | Las Vegas | NV | 89113 |
| STD89118 | 1/1/2022 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | 100 | Las Vegas | NV | 89118 |
| STD891287 | 5/8/2023 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Suite 130 | Las Vegas | NV | 89128 |
| STD89511 | 10/1/2023 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Suite 202 | Reno | NV | 89511 |

## Exhibit F: 2024 NV In-kind funding sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD06489 | 12/28/2022 | Sagebrush Health Services | Southington Clinic - CT | 1131 West St. Building #1 | | Southington | CT | 06489 |
| STD064891 | 5/9/2023 | Sagebrush Health Services | Southington PrEP Clinic | 1131 West Street | Suite 3A | Southington | CT | 06489 |
| STD068107 | 4/1/2023 | Sagebrush Health Services | Danbury Rd Clinic | 105 Newtown Rd | Ste B | Danbury | CT | 06810 |
| STD890141 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Warm Springs Clinic - Desert Springs | 1371 W Warm Springs Rd | Ste 120 | Henderson | NV | 89014 |
| STD890142 | 10/1/2023 | Sagebrush Health Services | Forte Family Practice Warm Springs Clinic - Desert Springs | 1535 W Warm Springs Rd | Suite 135 | Henderson | NV | 89014 |
| STD890181 | 10/1/2023 | Sagebrush Health Services | Total Family Care Specialists - Desert Springs | 3280 N Rainbow Blvd | Suite 110 | Las Vegas | NV | 89018 |
| STD89027 | 5/1/2023 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | #202B | Mesquite | NV | 89027 |
| STD89032 | 5/1/2023 | Sagebrush Health Services | North Las Vegas Clinic - KSOSN | 2065 North Las Vegas Blvd | | Las Vegas | NV | 89032 |
| STD890481 | 5/1/2023 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Suite 600 | Pahrump | NV | 89048 |
| STD890482 | 5/1/2023 | Sagebrush Health Services | Pahrump Clinic - KSOSN | 330 South Lola Lane | Suite #200 | Pahrump | NV | 89048 |
| STD890521 | 5/1/2023 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | 120 | Henderson | NV | 89052 |
| STD890524 | 10/1/2023 | Sagebrush Health Services | Sun Medical Services - Desert Springs | 2621 W Horizon Ridge Pkwy | Suite 150 | Henderson | NV | 89052 |
| STD890525 | 10/1/2023 | Sagebrush Health Services | Gautham G. Reddy MD - Desert Springs | 2540 W. Horizon Ridge Pkwy | | Henderson | NV | 89052 |
| STD890526 | 10/1/2023 | Sagebrush Health Services | Anthem Medical Center - Desert Springs | 660 S Green Valley Pkwy | Suite 100 | Henderson | NV | 89052 |
| STD890527 | 10/1/2023 | Sagebrush Health Services | Siena Hills Primary Care - Desert Springs | 2789 Sunridge Heights Pkwy | Ste 100 | Henderson | NV | 89052 |
| STD890741 | 5/1/2023 | Sagebrush Health Services | Henderson Clinic - KSOSN | 100 N Green Parkway | Suite #310 | Henderson | NV | 89074 |
| STD891031 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Rainbow Clinic- Desert Springs | 4845 S Rainbow Blvd | | Las Vegas | NV | 89103 |

20

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STD891045 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Nellis Clinic- Desert Springs | 2208 S Nellis Blvd | Suite 5 | Las Vegas | NV | 89104 |
| STD891061 | 1/1/2022 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | 170 | Las Vegas | NV | 89106 |
| STD891063 | 5/1/2023 | Sagebrush Health Services | Rancho clinic - KSOSN | 500 South Rancho Dr. | Suite #12 | Las Vegas | NV | 89106 |
| STD89117 | 10/1/2023 | Sagebrush Health Services | Body and Mind Health Partners- Desert Springs | 6889 W Charleston Blvd | Suite A | Las Vegas | NV | 89117 |
| STD891183 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Rainbow Clinic- Desert Springs | 6870 S Rainbow Blvd | Suite 107 | Las Vegas | NV | 89118 |
| STD89123 | 1/1/2022 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | A | Las Vegas | NV | 89123 |
| STD891232 | 10/1/2023 | Sagebrush Health Services | Green Valley Primary Care - Desert Springs | 9480 S Eastern Ave | Suite #257 | Las Vegas | NV | 89123 |
| STD891281 | 1/1/2022 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | #120 | Las Vegas | NV | 89128 |
| STD891284 | 5/1/2023 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Suite 110 | Las Vegas | NV | 89128 |
| STD891285 | 5/1/2023 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | Las Vegas | NV | 89128 |
| STD891286 | 5/1/2023 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Ste 200 | Las Vegas | NV | 89128 |
| STD891288 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Tenaya Way Clinic - Desert Springs | 2801 N Tenaya Way | Ste C | Las Vegas | NV | 89128 |
| STD891289 | 10/1/2023 | Sagebrush Health Services | Irfan Tahir MD - Desert Springs | 7170 Smoke Ranch Rd | Suite 110 | Las Vegas | NV | 89128 |
| STD89129 | 5/1/2023 | Sagebrush Health Services | Pointe Plaza Clinic - KSOSN | 7326 W. Cheyenne Ave. | Suite #110 | Las Vegas | NV | 89129 |
| STD891291 | 10/1/2023 | Sagebrush Health Services | Blue Point Medical Group - Desert Springs | 3320 N Buffalo Dr. | Suite 106 | Las Vegas | NV | 89129 |
| STD891292 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Cheyenne Clinic- Desert Springs | 9010 W Cheyenne Ave | | Las Vegas | NV | 89129 |
| STD89144 | 5/1/2023 | Sagebrush Health Services | Summerlin Clinic - KSOSN | 653 N Town Center Drive | Building 2, Suite 70 | Las Vegas | NV | 89144 |
| STD89148 | 5/1/2023 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Suite 130 | Las Vegas | NV | 89148 |
| STD891482 | 5/1/2023 | Sagebrush Health Services | Southern Hills Clinic - KSOSN | 9280 West Sunset Rd | Suite #438 | Las Vegas | NV | 89148 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STD891483 | 5/8/2023 | Sagebrush Health Services | LifeCare Clinic | 6415 S Fort Apache Rd | Ste 175 | Las Vegas | NV | 89148 |
| STD891484 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Apache Clinic - Desert Springs | 6120 S Fort Apache Rd. | | Las Vegas | NV | 89148 |
| STD891485 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Fort Apache Clinic- Desert Springs | 5270 S Fort Apache Rd. | Suite 330 | Las Vegas | NV | 89148 |
| STD89149 | 11/29/2022 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | 110 | Las Vegas | NV | 89149 |
| STD891491 | 5/1/2023 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Suite 200 | Las Vegas | NV | 89149 |
| STD891493 | 5/1/2023 | Sagebrush Health Services | Centennial Hills Clinic - KSOSN | 8775 Deer Springs Way | | Las Vegas | NV | 89149 |
| STD89178 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Blue Diamond Clinic- Desert Springs | 7855 Blue Diamond Rd | Suite 102 | Las Vegas | NV | 89178 |
| STD893012 | 10/1/2023 | Sagebrush Health Services | Sanderling Renal Services- Ely Clinic | 701 East 15th Street | | Ely | NV | 89301 |

22

## Exhibit G: CT sites with start dates approved by CDPH

| 340B ID | Participation Start Date | NOFO Number | Entity Name | Entity Sub-Division Name | Address 2 | InKind Support Description | Support Received To Date |
|---|---|---|---|---|---|---|---|
| STD06489 | 12/28/2022 | PS18-1802 | Sagebrush Health Services | Southington Clinic - CT | 1131 West St. Building #1, Southington, CT 06489 | Rapid HIV Kits | 07/31/2024 |
| STD06488 | 4/1/2023 | PS18-1802 | Sagebrush Health Services | Southbury Clinic - CT | 32 Poverty Rd, Southbury, CT 06488 | Rapid HIV test Kits | 07/31/2024 |
| STD068107 | 4/1/2023 | PS18-1802 | Sagebrush Health Services | Danbury Rd Clinic | 105 Newtown Rd, Ste B, Danbury, CT 06810 | Rapid HIV testing kits | 07/31/2024 |
| STD064892 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Connecticut Home Infusions | 1131 West Street, Suite 1A, Southington, CT 06489 | Rapid HIV Testing Kits | 07/31/2024 |
| STD06042 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Rheumatology Specialists of Connecticut | 543 N Main St, Suite A, Manchester, CT 06042 | Rapid HIV test kits | 07/31/2024 |
| STD064891 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Southington PrEP Clinic | 1131 West Street, Suite 3A, Southington, CT 06489 | Rapid HIV test Kits | 07/31/2024 |

# Exhibit H: Certificate of Assumed Name

FFN #202408011011192 filed 08/01/2024 12:08:29 PM by JAMERSONJ - TR #2313136
Expires: 08/01/2029 - Page 1 of 1 - $25.00 - LYNN MARIE GOYA, CLARK COUNTY CLERK

## REGISTERED BUSINESS ENTITY
*Certificate of Assumed or Fictitious Name*
*Office of the Clark County Clerk*
*Lynn Marie Goya*

Filing Type: ☒New ☐Renewal

*This form is used by a registered business entity to file an assumed or fictitious name under which business will be conducted in Clark County, Nevada. A registered business entity is organized pursuant to the laws of Nevada that has filed formation documents with the Office of the Secretary of State; these entities are required to file an Annual List of Officers or its equivalent. For purposes of this form, these include domestic and foreign-qualified corporations, limited-liability companies, limited partnerships, limited-liability partnerships, and limited-liability limited partnerships.*

**Business Type:** (select only one)
☐ Corporation  ☒ Limited-Liability Company  ☐ Limited Partnership  ☐ Limited-Liability Partnership
☐ Limited-Liability Limited Partnership  ☐ Professional Corporation  ☐ Professional Association

**Assumed or Fictitious Name:** Sagebrush Health Services

**Registered Business Entity:** Healthnomic Partners Sonani MDPLLC
*Exactly as it is registered (or intends to be registered) with the Nevada Secretary of State*

**Business Contact:** 702-843-5273   Compliance@sagebrushhealth.com
*Phone Number*              *Email Address*

**Mailing Address:** 837 W Sunset Rd                                   Ste 210
*Street Address*                                                        *Unit/Apt/Suite/Bldg*

| Las Vegas | NV | 89113 | USA |
|-----------|----|----|------|
| *City* | *State/Province* | *Zip* | *Country* |

**Print Authorized Signer Name:** Rajesh Sonani
*Full Name (first middle last) of the person with signature authority for the registered business entity*

**Authorized Signer Signature:** _Rajesh Sonani_   Date: 8/1/2024

BY SIGNING ABOVE, EACH SIGNER DECLARES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT. A FILED CERTIFICATE FOR AN ASSUMED OR FICTITIOUS NAME UNDER WHICH A BUSINESS IS BEING CONDUCTED IN CLARK COUNTY, NEVADA, IS VALID FOR FIVE (5) YEARS FROM THE FILING DATE.

*Office use only – v7.27.23*

24

# Exhibit I: Designation of Authorizing Official

DocuSign Envelope ID: DE544B6D-098E-4D03-AD1F-427728A3FD5D



## SAGEBRUSH HEALTH SERVICES
## DESIGNATION OF AUTHORIZING OFFICIAL

For purposes of documenting compliance with the requirements of the 340B Drug Pricing Program and registration on the Office of Pharmacy Affairs Information System, Sagebrush Health Services' Authorizing Official is Jami Dybik, Vice President, Sagebrush Health Services. Ms. Dybik has the authority to legally bind Sagebrush Health Services into an agreement with the Federal Government.

**Guru Charan**
Founder and Chief Executive Officer
Sagebrush Health Services

AFDOCS:199547243.1

25

## Exhibit J: Contracted Care Sites

| Clinic | Address | 340B ID |
|--------|---------|---------|
| South Carolina Rheumatology - Sagebrush Health | 1768 Village Park Dr., Orangeburg, SC. 29118 | N/A |
| Arthritis Clinic of Central Utah | 3650 North University Ave, #150, Provo, UT. 84604 | N/A |
| Central Florida Rheumatology Consultants | 915 Harley Strickland Blvd, Orange City, FL. 32763 | N/A |
| Coastal Infusion (Coral Springs) | 815 Coral Ridge Dr, Coral Springs, FL 33071 | N/A |
| Coastal Infusion (Atlantis) | 5511 S. Congress Ave, Suite 115, Atlantis, FL 33462 | N/A |
| Coastal Infusion (Hollywood) | 4700 Sheridan Street, Suite C, Hollywood, FL 33021 | N/A |
| Coastal Rheumatology | 4700 Sheridan Street, Suite C, Hollywood, FL 33021 | N/A |
| Coastal Rheumatology - South Florida Rheumatology | 4700 Sheridan Street, Suite C, Hollywood, FL. 33021 | N/A |
| Genesis Medical Group (Houston - Mossy) | 2255 East Mossy Oaks Drive, Suite 500, Houston, TX. 77389 | N/A |
| Genesis Medical Group (Houston West 20th) | 427 West 20th Street, Suite 220, Houston, TX. 77008 | N/A |
| Livwell Health - Infusion Center of Indiana-SB | 2150 Intelliplex Drive, Ste 134-B, Shelbyville, IN 46176 | N/A |
| Novella Infusion Augusta | 6 E Chestnut St Ste 00. Augusta, ME 04330 | N/A |
| Novella Infusion Bedford | 160 S. River Road, Bedford, NH 03110 | N/A |
| Novella Infusion Beverly | 48 Dunham Ridge, Suite 4150. Beverly, MA 01915 | N/A |
| Novella Infusion Bourne | 1400 MA-28A. Bourne, MA 02532 | N/A |
| Novella Infusion Branford | 163 Cedar Street, Unit 2A, Branford, CT 06405 | N/A |
| Novella Infusion Cambridge | 575 Mount Auburn Street - B102. Cambridge, MA 02138 | N/A |
| Novella Infusion Concord | 171 Pleasant St. Suite 201, Concord, NH 03301 | N/A |
| Novella Infusion Cromwell | 75 Berlin Rd, STE 105, Cromwell, CT 06416 | N/A |
| Novella Infusion Danbury | 27 Hospital Ave, STE 101, Danbury, CT 06810 | N/A |
| Novella Infusion Derry | 14A Tsienneto Rd. Suite 300A, Derry, NH 03038 | N/A |
| Novella Infusion Dorchester | 50 Redfield Street, Suite 208 Boston, MA 02122 | N/A |
| Novella Infusion Duxbury | 95 Tremont St, Suite 3. Duxbury, MA 02332 | N/A |
| Novella Infusion Fall River | 1575 N. Main Street. Fall River, MA 02720 | N/A |
| Novella Infusion Haverhill | 62 Brown Street, Suite 501 Haverhill, MA 01830 | N/A |
| Novella Infusion Lebanon | 195 Mechanic St., Ste 2 Lebanon, NH 03766 | N/A |
| Novella Infusion Lewiston | 963 Sabattus Street, Unit 3 Lewiston, ME 04240 | N/A |
| Novella Infusion Merrimack | 297 Daniel Webster Highway, Suite 2. Merrimack, NH 03054 | N/A |
| Novella Infusion New London | 70 Howard Street, Ste B. New London, CT 06320 | N/A |
| Novella Infusion Portland | 94 Auburn Street, Suite 203 Portland, ME 04103 | N/A |
| Novella Infusion Portsmouth | 875 Greenland Rd, Unit C3 Portsmouth, NH 03801 | N/A |
| Novella Infusion Rockport | 377 Commercial Street, Unit 3. Rockport, ME 04856 | N/A |
| Novella Infusion South Winsor | 22 Morgan Farms Drive, Ste 2. South Windsor, CT 06074 | N/A |
| Novella Infusion Stamford | 144 Morgan St, STE 1, Stamford, CT 06905 | N/A |
| Novella Infusion Taunton | 91 Washington Street, Ste 202. Taunton, MA 02780 | N/A |
| Novella Infusion Waltham | 210 Bear Hill Road, Suite 204. Waltham, MA 02451 | N/A |
| Novella Infusion Waterbury | 1320 W Main Street, Building 2. Waterbury, CT 06708 | N/A |
| Novella Infusion West Springfield | 1275 Elm St, Ste D. West Springfield, MA 01089 | N/A |
| Novella Infusion West Yarmouth | 349 Main Street, Unit C. West Yarmouth, MA 02673 | N/A |
| Novella Infusion Westford | 506 Groton Road, Suite B. Westford, MA 01886 | N/A |

| | | |
|---|---|---|
| Novella Infusion Woburn | 23 Warren Ave, #145. Woburn, MA 01801 | N/A |
| Novella Infusion Worcester | 416 Belmont St, Ste 202. Worcester, MA 01604 | N/A |
| SIA Specialty Infusion LLC - Boca Raton | 2200 Glades Road - Suite 304, Boca Raton, FL 33431 | N/A |
| Triet M Nguyen MD Inc (LivWell) | 4501 Magnolia St, Unit 103, Westminster, CA. 92683 | N/A |
| Parris Group - Lilburn | 5279 Lawrenceville Hwy, Suite A, Lilburn, GA 30047 | N/A |
| Parris Group - Sugarloaf | 4850 Sugarloaf Parkway, Suite 501, Lawrenceville, GA  30044 | N/A |
| Parris Group - Roswell | 1305 Hembree Rd, Suite 101, Roswell, GA 30076 | N/A |
| Parris Group - Dunwoody | 5555 Peachtree Dunwoody, Suite 293, Atlanta, GA  30342 | N/A |

# EXHIBIT E



**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



September 19, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road Suite 210
Las Vegas, NV 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the information submitted in Sagebrush's August 2, 2024, letter. Regarding the following three Sagebrush sites (340B IDs: STD068107, STD064891, and STD06489), Sagebrush provided its February 28, 2024, email communication with Connecticut Department of Public Health (CDPH), which states that Sagebrush's cooperative agreement with CDPH for 100 HIV test kits under NOFO PS18-1802 and grant number 6NU62PS924521-04-02 expired on July 31, 2024.  In addition, HRSA has received documentation from the Centers for Disease Control and Prevention (CDC), which states that the first and only provision of in-kind HIV test kits from CDPH to Sagebrush was for 100 HIV test kits in January 2023.

Sagebrush has not provided documentation to demonstrate that each of the aforementioned sites are currently eligible to participate in the 340B Program as an STD covered entity under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).  Due to Sagebrush's failure to comply with this statutory eligibility requirement and provide documentation to demonstrate that each site is receiving section 318 funding, HRSA will terminate these sites from the 340B Program on September 27, 2024, if Sagebrush is unable to demonstrate its current eligibility, including the submission of documentation to show compliance.

It is Sagebrush's responsibility to determine the scope of noncompliance and repay affected manufacturers for the period of time that Sagebrush is unable to demonstrate that the three sites mentioned in this letter received section 318 funding.

Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov by September 26, 2024.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT F



September 25, 2024

Chantelle V. Britton
Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

Dear Chantelle V. Britton:

Sagebrush is in receipt of your letter dated September 19, 2024. Please, see the below response from Sagebrush Health Services (Sagebrush).

On September 3, 2024, Connecticut Department of Public Health (CDPH) offered Sagebrush an additional 50 HIV and 25 HCV test kits, which Sagebrush accepted on September 4, 2024 for use at the sites associated with 340B IDs STD068107, STD064891, and STD06489. Please, see the attached email in Exhibit A, referencing CDPH's provision of this support.

From the expiration date of the previous funding, July 31, 2024, through September 3, 2024, when Sagebrush was provided additional funding, as referenced above, Sagebrush discontinued purchase and use of 340B medication at 340B IDs STD068107, STD064891, and STD06489 and all contract pharmacies associated with those 340B IDs.

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,


Jami Dybik
Authorized Official
Vice President
Sagebrush Health Services

Enclosures: Exhibit A: Connecticut Department of Public Health In-kind support

1

# Exhibit A: Connecticut Department of Public Health In-kind Support

## RE: Following up

Sosa, Lynn <Lynn.Sosa@ct.gov>

↩ Reply | ↩ Reply All | → Forward | 🗗 | ...

Tue 9/3/2024 6:16 AM

To ● Jami Dybik; ○ Buchelli, Marianne; ○ Greenlee, Delores;
   ○ Diaz, Luis F; ○ Major, Susan
Cc ○ Zafiro Nawaz

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hello Jami,

We appreciate Sagebrush's interest in providing HIV prevention services to their patients, including HIV testing, Hepatitis C (HCV) testing and PrEP. To this end, we are happy to provide rapid HIV and HCV test kits to facilitate this testing, as resources allow. In return, we request that sites receiving test kits report back the number of tests done, the results of each test and basic demographics of the persons tested so we can demonstrate the impact of this testing for the CDC grant that supports purchase of these test kits. No additional agreement is needed.

Our records indicate that since January 1, 2023, 64 HIV tests and 46 HCV tests have been administered to Sagebrush patients using DPH provided test kits. We can offer an additional 50 HIV and 25 HCV test kits at this time. Please let us know if you would like to accept these test kits.

Thank you.

Lynn



**LYNN SOSA, MD**
**DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST**
Infectious Diseases Section
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

**CONFIDENTIALITY NOTICE:** Please do not respond to this email with **PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED HEALTH INFORMATION (PHI)**. This includes but is not limited to name, phone number, address, date of birth and medical record number. If you need to relay or exchange PII/PHI, please contact me by phone. Thank you.

2

# EXHIBIT G



**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



December 20, 2024

Jami Dybik
Vice President
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the documentation provided by Sagebrush in its March 4, 2024, August 2, 2024, and September 26, 2024, letters as well as documentation provided to HRSA by the Centers for Disease Control and Prevention (CDC), Connecticut Department of Public Health (CDPH), and Nevada Department of Health and Human Services (NHHS).

The documentation provided to HRSA demonstrates that certain Sagebrush sites have not been eligible to participate in the 340B Program as STD covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA). Based on the documentation received, the following Sagebrush sites failed to comply with this statutory eligibility requirement and failed to provide documentation to demonstrate receipt of section 318 funding or support during the time periods listed below.

- STD06489 did not receive section 318 funding or support from CDPH prior to February 23, 2023.
- STD068107, STD064891, STD064892, STD06042 and STD06488, did not receive section 318 funding or support from CDPH at any point in time.
- STD891061, STD89118, STD89123, and STD891284 did not receive section 318 funding or support from NHHS after February 1, 2024.
- STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, and STD89511 did not receive section 318 funding or support from NHHS after January 1, 2023.
- STD890141, STD890142, STD890181, STD89032, STD890482, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD89117, STD891183, STD891191, STD891232, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD891482, STD891483, STD891484, STD891485, STD891493, STD89178, STD893012, STD890529, STD891293, and STD89509, did not receive section 318 funding or support from NHHS at any point in time.

Due to Sagebrush's failure to comply with section 340B(a)(4)(K) of the PHSA for these sites, and to the extent that the sites have not yet been terminated, Sagebrush must terminate the 20 ineligible sites currently registered in OPAIS (STD068107, STD064891, STD891061, STD89118, STD89123, STD891284, STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, STD89511, STD890529, STD891293, and STD89509) **by December 27, 2024.**  If Sagebrush does not terminate the sites by December 27, 2024, HRSA will terminate the sites in OPAIS on December 30, 2024.

It is Sagebrush's responsibility to determine the full scope of non-compliance and repay affected manufacturers accordingly for the period of time that the Sagebrush sites did not receive section 318 funding or support.  In order to alert manufacturers to the extent that violations have occurred, Sagebrush is required to contact and work with affected manufacturers regarding repayment. HRSA does not endorse any specific methodology to determine the scope of 340B non-compliance, the amounts owed to the affected manufacturers, or a covered entity's plan to repay the affected manufacturers or to remedy past 340B Program non-compliance.  HRSA defers to affected manufacturers for acceptance of a covered entity's plan to determine the scope of 340B non-compliance and appropriate remedy.

Sagebrush can request to re-register the sites listed in this letter for the 340B Program only after Sagebrush is able to demonstrate that it determined the full scope of noncompliance, repaid affected manufacturers, can demonstrate that it meets the covered entity eligibility requirements set forth in section 340B(a)(4) of the PHSA, and meets all other 340B Program requirements.

Within 60 days of the date of this letter, please provide a statement that Sagebrush has determined the full scope of non-compliance and worked with affected manufacturers regarding repayment.

We appreciate your prompt attention to this matter.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT H

**Sagebrush Health Services**
8379 W. Sunset Rd. Suite 210
Las Vegas, NV 89113
843-814-5177
Jami.Dybik@SagebrushHealth.com

**December 20, 2024**

**Health Resources and Services Administration (HRSA)**
340B Program Compliance Office
5600 Fishers Lane
Rockville, MD 20857

**Re: Response to HRSA Compliance Letter Dated December 20, 2024**

Dear Ms. Britton,

We are in receipt of HRSA's letter dated December 20, 2024, regarding the eligibility of certain Sagebrush sites to participate in the 340B Program as covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA). We appreciate HRSA's attention to this matter but would like to express that Sagebrush Health adamantly disagrees with the findings outlined in the letter.

As per HRSA's claims, the following Sagebrush sites were found to be ineligible for the 340B Program due to a lack of documentation proving receipt of section 318 funding or support during the specified periods:

- **STD06489** – Did not receive section 318 funding or support from CDPH prior to February 23, 2023.
- **STD068107, STD064891, STD064892, STD06042, STD06488** – Did not receive section 318 funding or support from CDPH at any point in time.
- **STD891061, STD89118, STD891284** – Did not receive section 318 funding or support from NHHS after February 1, 2024.
- **STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, STD89511** – Did not receive section 318 funding or support from NHHS after January 1, 2023.
- **STD890141, STD890142, STD890181, STD89032, STD890482, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD89117, STD891183, STD891191, STD891232, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD891482, STD891483, STD891484, STD891485, STD891493, STD89178, STD893012, STD890529, STD891293, and STD89509** - Did not receive section 318 funding or support from NHHS at any point in time.

We have reviewed the documentation and funding records for the sites in question and strongly believe that these claims are inaccurate. Sagebrush Health has maintained continuous receipt of

section 318 funding or support from the appropriate authorities (CDPH and NHHS) throughout the periods mentioned in the letter. In support of this, we have included the relevant and up-to-date documentation proving the receipt of funding for each of the sites listed, demonstrating that they have been and continue to be eligible for the 340B Program.

Given the discrepancies between HRSA's findings and our documentation, we respectfully ask that HRSA withdraw the request for Sagebrush to terminate the listed sites in OPAIS. In light of the discrepancies between HRSA's findings and our supporting documentation, we ask that HRSA extend a one-time, 30-day period to allow us to fully clarify and resolve this matter. Additionally, we kindly request an urgent call with HRSA to discuss the findings in more detail and work collaboratively to reach a resolution that accurately reflects the status of the Sagebrush sites.

We are confident that after reviewing the provided documentation, HRSA will recognize that Sagebrush has consistently complied with the eligibility requirements and that our participation in the 340B Program for these sites should remain intact.

Thank you for your attention to this matter. We look forward to a prompt response and the opportunity to resolve this issue amicably.

Sincerely,


**Jami Dybik**
Vice President
Sagebrush Health Services
843-814-5177
Jami.Dybik@Sagebrushhealth.com

# EXHIBIT I

## McCarthy, Maggie

| | |
|---|---|
| **From:** | Grimm, Douglas A. |
| **Sent:** | Friday, December 20, 2024 3:23 PM |
| **To:** | CBritton@hrsa.gov; MHerzog@hrsa.gov; JVolpe@hrsa.gov |
| **Subject:** | HRSA's December 20, 2024 Letter to Sagebrush Health Services |

Ms. Britton,

ArentFox Schiff is legal counsel for Sagebrush Health Services. I was unable to reach you via telephone and left a voice mail for Josh Volpe. I received a copy of your letter dated today, December 20, addressed to Jami Dybik at Sagebrush. We are in the process of reviewing the letter and conferring with our client regarding its contents. We acknowledge the December 27 deadline by which HRSA directs Sagebrush to terminate the referenced sites in OPAIS. Given the significant implications of your letter, and with the holidays now upon us, we request an extension of the December 27 termination deadline to no earlier than January 31, 2025. This letter is not a waiver of any legal rights available to Sagebrush, all of which Sagebrush reserves.

I appreciate your consideration of my request and prompt response. Happy holidays to you –

Regards,

Douglas



**Douglas A. Grimm**
PARTNER AND HEALTH CARE PRACTICE LEADER | **ARENTFOX SCHIFF LLP**
douglas.grimm@afslaw.com | **DIRECT** 202.857.6370
My Bio | Blog | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

# EXHIBIT J

**McCarthy, Maggie**

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Friday, December 20, 2024 3:44 PM |
| **To:** | Jami Dybik |
| **Cc:** | HRSA 340Bcompliance; Herzog, Michelle  (HRSA); Chelsea Baria; Herzog, Michelle (HRSA); Grimm, Douglas A. |
| **Subject:** | Re: [EXTERNAL] Re: Sagebrush Health Services  - Follow -Up Compliance Letter 12.20.24 |

Jami - I am receipt of this email, letter and documentation. We will pause the date that we requested Sagebrush terminate its sites in our letter dated Dec. 20, 2024, until we have had chance to review this information. We will be back in touch after our review.

Thank you.

> On Dec 20, 2024, at 3:21 PM, Jami Dybik <jami.dybik@sagebrushhealth.com> wrote:

Good Afternoon Chantelle and Michelle,

We have received the letter from HRSA and attached is our response.
I understand it is late in the day on Friday before a holiday week, but your response would be greatly appreciated.

Sincerely,
Jami

**Attached:**
*Response Letter*
*Connecticut Health Department Correspondence re: grant*
*Connecticut Health Department Correspondence re: grant*
*Lynn Sosa Connecticut Health Dept email acknowledging in-kind support for grant funding 2024*
*Lynn Sosa Connecticut Health Dept email discussion explaining health dept does not sign MOUs*
*NV Health Dept Grant Funding 2023 Jan 1 2023- Dec 31 2023*
*NV Health Department Extension Jan 1 2023 - Jan 31 2023*
*NV Health Department Funding 2024 Feb 1 2024 - Jan 31 2025*
*NV Health Dept acknowledgment of new grant number for 2024*
*NV Health Department Site Visit 2023*

Jami Dybik

Vice President

Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com

www.sagebrushhealthcare.org

<Outlook-amhz1kcz.png>

WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

---

**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Friday, December 20, 2024 9:15 AM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Chelsea Baria <chelsea.baria@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter 12.20.24

Caution! External Sender

Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Thursday, September 26, 2024 9:25 AM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>;
Pontell, Sherry (HRSA) <SPontell1@hrsa.gov>; Volpe, Josh (HRSA) <JVolpe@hrsa.gov>; Applebee-Cole,
Tracey (HRSA) <TApplebee-Cole@hrsa.gov>
**Subject:** [EXTERNAL] Re: Sagebrush Health Services - Follow -Up Compliance Letter 9.19.24

Please see the attached response to your letter from September 19th, 2024.

Thank you,
Jami


Jami Dybik

Vice President


Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com

www.sagebrushhealthcare.org



<attachment-2.png>


WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Thursday, September 19, 2024 6:18 AM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Vladimir Abadjiev
<vladimira@sagebrushhealth.com>; Jonathan.Meredith <Jonathan.Meredith@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>;
Pontell, Sherry (HRSA) <spontell1@hrsa.gov>; Volpe, Josh (HRSA) <jvolpe@hrsa.gov>; Applebee-Cole,
Tracey (HRSA) <tapplebee-cole@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter 9.19.24

 Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

---

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Friday, August 2, 2024 4:49 PM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>;
Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>; Volpe, Josh (HRSA) <JVolpe@hrsa.gov>;
Campos, Joshua (HRSA) <JCampos@hrsa.gov>
**Subject:** [EXTERNAL] Re: Sagebrush Health Services - Follow -Up Compliance Letter

Thank you for allowing us the extra time to compile the requested documentation.
Please feel free to contact with any further questions.

Have a wonderful weekend,
Jami

Jami Dybik

Vice President

Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com
www.sagebrushhealthcare.org


<attachment-2.png>


WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.


**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Wednesday, July 3, 2024 12:15 PM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Jonathan.Meredith <Jonathan.Meredith@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>; Applebee-Cole, Tracey (HRSA) <tapplebee-cole@hrsa.gov>; Volpe, Josh (HRSA) <jvolpe@hrsa.gov>; Campos, Joshua (HRSA) <jcampos@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter

Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Monday, March 4, 2024 6:47 PM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Subject:** [EXTERNAL] Sagebrush Health Services

Dear Director Britton and Deputy Director Herzog,


Sagebrush Health Services writes in response to HRSA's February 2, 2024 letter requesting information and documents related to Sagebrush Health Services' activities as part of the 340B Program. Responsive information is contained in the attached .pdf. Responsive documents have been transmitted to HRSA's Secure Email File Transfer (SEFT) workspace. We are available to discuss or provide any additional information at your convenience.

Regards,


Jami Dybik
Authorizing Official

Vice President


Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com
www.sagebrushhealth.com
www.sagebrushhealthcare.org


<attachment-2.png>


WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.


*This email has been scanned by Inbound Shield.*


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

<HRSA Response 12-20-24.docx>
<Connecticut Health Department Email Re NOA April 20203.pdf>
<Connecticut Health Department Grant Acknowledgment.pdf>
<NDPBH Site Visit 2023 SG 26044 Program Monitoring Tool.pdf>
<Notice of Subaward-NV FE 2024 SG-2024-00109.pdf>
<NV 2024 New grant number -.pdf>
<NV Grant Fully Executed 7-13-23 SG 26044-1 Sagebrush Health Service (12-30-23)EXECUTED (1).pdf>
<SG -JAN 24 NV Grant Extention 26044-2 Sagebrush (01.31.2024) EXECUTED.pdf>
<mime-attachment>
<mime-attachment>

# EXHIBIT K

**ArentFox Schiff**

**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC  20006

202.857.6000    **MAIN**
202.857.6395    **FAX**

afslaw.com

January 9, 2025

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources & Services Administration
5600 Fishers Lane
Rockville, Maryland  20857

**Douglas A. Grimm**
Partner, Health Care Practice
Leader
202.857.6370    **DIRECT**
douglas.grimm@afslaw.com

Re:    <u>Sagebrush Health Services</u>

Dear Ms. Britton:

Following on from my December 20, 2024 email to your office, we have reviewed HRSA's letter to Sagebrush Health Services ("<u>Sagebrush</u>") dated December 20, 2024 (the "<u>Letter</u>") and Sagebrush's same-day response. We understand that your office is reviewing Sagebrush's response at this time. In connection with your review, please consider the following, and direct all future communications regarding HRSA's review of Sagebrush's standing in the 340B program to me.

Sagebrush continues to maintain that it is in compliance with all requirements imposed on a Section 318 grantee participating as a covered entity in the 340B program. In order to maintain good standing, Sagebrush has promptly responded to each of HRSA's information requests by providing documents and narratives. Sagebrush remains available to provide any additional documentation or other information that HRSA may request in relation to its audit.

Sagebrush is concerned by HRSA's position as stated in the Letter. Requiring an entity to disenroll itself from the 340B program or otherwise face summary disenrollment by HRSA is not in compliance with HRSA's own policies and procedures as stated in its Program Integrity Materials (the "<u>Policy</u>"). The Letter does not mention the audit or its results. Therefore it is unclear as to whether the Letter triggers the dispute resolution process as provided in the Policy. Based on this lack of clarity, Sagebrush has determined that the Letter does not constitute a Final Report as defined by the Policy and awaits HRSA's reply to Sagebrush's December 20, 2024 response to the Letter. Please let us know if HRSA views its Letter as a Final Report, as Sagebrush is committed to cooperating with HRSA to resolve any findings as expeditiously as possible.

Based on the information exchanged to this point, ArentFox Schiff requests a call with HRSA to review any remaining open documents requests and potentially problematic issues. We are available at HRSA's convenience for such a call. Confirming the conclusions stated above, Sagebrush reserves all available rights provided to it under the Policy and the Administrative Procedure Act, as applicable. 5 U.S.C. §§ 551–559.

**Smart In
Your World®**

ArentFox
Schiff

We look forward to your reply.

Sincerely,

Douglas A. Grimm

# EXHIBIT L



**HRSA**

Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



January 13, 2025

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the additional documentation provided by Sagebrush in its December 20, 2024, response to HRSA's December 20, 2024, letter.

For each Sagebrush site listed in HRSA's December 20, 2024, letter, the documentation provided by Sagebrush does not demonstrate receipt of section 318 funding for purposes of eligibility in the 340B Program. HRSA has also confirmed with Connecticut Department of Public Health and Nevada Department of Health and Human Services that these sites do not receive 318 funding. Moreover, there are a number of other deficiencies in much of the documentation, such as, not being specific to the sites being terminated and not being specific to the time periods covered. As such, HRSA's determination that each of the sites in its December 20, 2024, letter, be terminated from the 340B Program stands.

Due to Sagebrush's continued failure to comply with section 340B(a)(4)(K) of the Public Health Service Act for these sites, and to the extent that the sites have not yet been terminated by Sagebrush as outlined in HRSA's December 20, 2024, letter, HRSA will terminate the sites by close of business January 13, 2025. As stated in that letter, it is Sagebrush's responsibility to determine the full scope of non-compliance and repay affected manufacturers accordingly for the period of time that the Sagebrush sites did not receive section 318 funding.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT M

**McCarthy, Maggie**

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Monday, January 13, 2025 7:28 AM |
| **To:** | Grimm, Douglas A. |
| **Cc:** | HRSA 340Bcompliance; Herzog, Michelle  (HRSA); Jami Dybik; Chelsea Baria |
| **Subject:** | RE: Sagebrush Letter re Audit Process. |

**This Message Is From an External Sender**
This message came from outside ArentFox Schiff LLP. Please treat this email with caution.

Report Suspicious

Dear Douglas Grimm:

I am responding to your January 9, 2025, letter regarding Sagebrush Health Services (Sagebrush) eligibility in the 340B Program. As stated in a compliance letter sent to Sagebrush on February 2, 2024 (and follow-up compliance letters sent on July 3, 2024, and September 19, 2024), HRSA conducted a review of Sagebrush's compliance with 340B Program requirements with a focus on each of Sagebrush sites' receipt of section 318 of the Public Health Service Act (PHSA) grant funding from the Centers for Disease Control and Prevention. This review was not part of a HRSA conducted  audit, but rather is part of ongoing program integrity initiatives and aligns with HRSA's function to oversee and ensure the integrity of the 340B Program.

As stated in its December 20, 2024, letter to Sagebrush, HRSA has reviewed documentation provided by Sagebrush in its March 4, 2024, August 2, 2024, and September 26, 2024, letters (in response to several letters sent by HRSA) as well as documentation provided to HRSA by the Centers for Disease Control and Prevention (CDC), Connecticut Department of Public Health (CDPH), and Nevada Department of Health and Human Services (NHHS).

The documentation provided to HRSA demonstrates that certain Sagebrush sites have not been eligible to participate in the 340B Program as STD covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).

Regarding your request to direct future communication regarding HRSA's review of Sagebrush's standing in the 340B Program to you, we include the covered entity contacts listed in the 340B Office of Pharmacy Affairs Information System (340B OPAIS) in all communications regarding the covered entity and will continue to do so going forward.

We are also close to finalizing our review of the additional documentation submitted by Sagebrush on December 20, 2024, and will respond to that correspondence soon.

Sincerely,


**Chantelle V. Britton, M.P.A., M.S. (she/her)**
Director
Office of Pharmacy Affairs
Office of Special Health Initiatives
Desk: 301-443-4749
Cell: 301-300-2185

1

Case 1:25-cv-00127-JEB    Document 2-2    Filed 01/16/25    Page 90 of 90



   



Sign up for email updates!

---

**From:** Grimm, Douglas A. <douglas.grimm@afslaw.com>
**Sent:** Thursday, January 9, 2025 4:36 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** [EXTERNAL] Sagebrush Letter re Audit Process.

Ms. Britton,

Good afternoon. Please see the attached letter. Thanks very much.

Regards,

Douglas

    **Douglas A. Grimm**
PARTNER AND HEALTH CARE PRACTICE LEADER | **ARENTFOX SCHIFF LLP**
douglas.grimm@afslaw.com | **DIRECT** 202.857.6370
My Bio | Blog | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

2