UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> XAVIER BECERRA, SECRETARY OF U.S. ) <br> DEPARTMENT OF HEALTH AND HUMAN ) <br> SERVICES, et. al. ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 25-0127 (LLA) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Kimberly Stratton as counsel for Defendants in the above-captioned case.

Dated: January 17, 2025
Washington D.C.

Respectfully submitted,

BRIDGET M. FITZPATRICK,
D.C. Bar #474946
Acting United States Attorney

BRIAN P. HUDAK

Chief, Civil Division

*/s/ Kimberly Stratton*
KIMBERLY STRATTON, P.A. Bar #327725
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-0000
kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*