# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>      *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-127 (LLA) |

## ORDER TO SHOW CAUSE

This matter comes before the court on Plaintiff Sagebrush Health Service's Emergency Motion for Enforcement of Administrative Stay, ECF No. 11. On January 17, 2025, the court entered an administrative stay in this action pending its consideration of Plaintiff's request for a temporary restraining order and preliminary injunction. ECF No. 8. It appearing to the court that Defendants have not complied with the court's administrative stay, it is hereby

**ORDERED** that Defendants shall show cause, in writing, that they are not in contempt of the administrative stay on or before **January 24, 2025 at 5:00 p.m.** Defendants' submission must include sworn statements addressing, at a minimum: (1) the time at which they received actual notice of the administrative stay; and (2) what actions, if any, Defendants have taken in response to the administrative stay.

**SO ORDERED.**

                                               LOREN L. ALIKHAN
                                               United States District Judge

Date: January 22, 2025