UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>        Plaintiff,<br><br>    v.<br><br>DOROTHY FINK, Acting Secretary of Health and Human Services,[1] et al.,<br><br>        Defendants. | Civil Action No. 25-0127 (LLA) |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5, Defendants, including the Department of Health and Human Services (the "Department"), respectfully file this notice to alert the Court that this matter is substantially related to another, earlier-filed, action, *Amgen, Inc. v. Becerra,* Civ. A. No. 24-3571 (JEB) (D.D.C.). As required by Local Civil Rule 40.5(b)(3), a notice materially identical to this one is being filed contemporaneously in *Amgen*, and all parties to both actions are being served by the Electronic Case Filing system.

Plaintiff filed this action on January 16, 2025, asserting claims under the Administrative Procedure Act ("APA") and the Fifth Amendment arising from the Department's decision to terminate twenty Sagebrush Health Services entities' participation in a program that allows eligible entities to purchase certain drugs from manufacturers at a discount pursuant to Section 340B of the Public Health Service Act ("340B Program"), 42 U.S.C. § 256b. *Amgen* is a civil action initiated by multiple plaintiff drug manufacturers under the APA related to Sagebrush Health

---

[1] The current Acting Secretary is substituted for her predecessor pursuant to Federal Rule of Civil Procedure 25(d).

Services' alleged ineligibility to participate in the 340B Program and allegedly impermissible discounted purchases of drugs manufactured by those plaintiffs-manufacturers. The claims in *Amgen* include multiple Sagebrush Health Services entities that are the subject of litigation in the instant action.

Accordingly, Defendants believe that this action and *Amgen* "involve common issues of fact," should be deemed related under Local Civil Rule 40.5(a)(3), and this action should be reassigned to Chief Judge James E. Boasberg, who is presiding over the earlier-filed case. Before filing this notice, the undersigned discussed this issue with Plaintiff's counsel and learned that Plaintiff disagrees that the cases are related. The undersigned also has conferred with counsel for the Eli Lilly and Company in the related action, who agree that the cases are related.

|  |  |
|---|---|
| Dated: January 24, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:     */s/Kimberly A. Stratton*<br>     KIMBERLY A. STRATTON,<br>       P.A. Bar #327725<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 417-4216<br>     kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |