| | |
|---|---|
| **From:** | Stratton, Kimberly (USADC) |
| **To:** | Hulme, James H. |
| **Cc:** | Grimm, Douglas A.; Bonine, Elise L. |
| **Subject:** | RE: 1:25-cv-00127-LLA | Sagebrush Health Services v. Becerra et al |
| **Date:** | Wednesday, January 22, 2025 8:39:00 AM |

Good morning, Mr. Hulme,

After investigation, Defendants are in compliance with the Court's order.  Since issuance of the order, they have not terminated or enforced the termination of the allegedly ineligible clinics, nor have they required plaintiff to repay funds.  The court did not direct Defendants to rescind pre-complaint actions, and any collateral effects that may stem from pre-complaint actions are not attributable to any post-order actions by Defendants. Defendants will address these issues further in their brief due to be filed on Friday.

Kim Stratton | Assistant United States Attorney
Civil Division, U.S. Attorney's Office
601 D Street, NW, Washington, D.C. 20530
Ph: (202) 417-4216 | kimberly.stratton@usdoj.gov

**From:** Hulme, James H. <james.hulme@afslaw.com>
**Sent:** Tuesday, January 21, 2025 3:40 PM
**To:** Stratton, Kimberly (USADC) <KStratton@usa.doj.gov>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Bonine, Elise L. <Elise.Bonine@afslaw.com>
**Subject:** [EXTERNAL] Re: 1:25-cv-00127-LLA | Sagebrush Health Services v. Becerra et al
**Importance:** High

Ms. Stratton,

Please read the Order again:

> "The status quo is the last *uncontested* status which preceded the pending controversy." *Huisha-Huisha v. Mayorkas*, 27 F.4th 718, 733 (D.C. Cir. 2022). Thus, although the HRSA's deadline for terminating the twenty
> allegedly ineligible sites has already passed, a temporary restraining order or preliminary injunction
> would "allow[] the court to restore the status quo ante [if] the continuation of the changed situation
> would inflict irreparable harm on plaintiff." 11A Charles Alan Wright, et al., *Federal Practice
> and Procedure* § 2948 (3d ed. 2024).

> In order to maintain the status quo until Sagebrush's motion is fully briefed, it is hereby **ORDERED** that an **ADMINISTRATIVE STAY** is entered pending further order of the court. During the pendency of the administrative stay, Defendants shall refrain from terminating or enforcing the termination of Sagebrush's allegedly ineligible clinics and from requiring Sagebrush to repay funds allegedly owed to drug manufacturers participating in the 340B Program.

**Thus, FRSA was ordered to preserve the "status quo" – "the last *uncontested* status which preceded the pending controversy."**

The sites must be reactivated immediately.



**James H. Hulme**
PARTNER | **ARENTFOX** SCHIFF LLP
james.hulme@afslaw.com | DIRECT 202.857.6144

---

**From:** Stratton, Kimberly (USADC) <Kimberly.Stratton@usdoj.gov>
**Date:** Tuesday, January 21, 2025 at 3:35 PM
**To:** Hulme, James H. <james.hulme@afslaw.com>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>, Bonine, Elise L. <Elise.Bonine@afslaw.com>
**Subject:** RE: 1:25-cv-00127-LLA | Sagebrush Health Services v. Becerra et al

Good afternoon, Mr. Hulme,

    I'm sure you are aware that the sites were terminated before the complaint was filed. The agency has not taken any further action that I am aware of, but I will investigate and get back to you.

Kim Stratton | Assistant United States Attorney
Civil Division, U.S. Attorney's Office
601 D Street, NW, Washington, D.C. 20530
Ph: (202) 417-4216 | kimberly.stratton@usdoj.gov

---

**From:** Hulme, James H. <james.hulme@afslaw.com>

**Sent:** Tuesday, January 21, 2025 3:20 PM
**To:** Stratton, Kimberly (USADC) <KStratton@usa.doj.gov>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Bonine, Elise L. <Elise.Bonine@afslaw.com>
**Subject:** [EXTERNAL] 1:25-cv-00127-LLA | Sagebrush Health Services v. Becerra et al
**Importance:** High

Dear Ms. Stratton,

My client informs me that the OPA database for HRSA continues to indicate that no sites have been reinstated — contrary to the Friday Court Order. This delay is significantly hindering the ability to provide services to my client's patients. We expect that HRSA will promptly restore the sites. Please confirm that this has been done immediately. Thank you..



**James H. Hulme**
PARTNER | **ARENTFOX** SCHIFF LLP
james.hulme@afslaw.com | DIRECT 202.857.6144
My Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.