| | |
|---|---|
| **From:** | Sosa, Lynn |
| **To:** | Volpe, Josh (HRSA) |
| **Cc:** | Applebee-Cole, Tracey (HRSA); Lewis, Arleen; Diaz, Luis F; Buchelli, Marianne; Greenlee, Delores |
| **Subject:** | [EXTERNAL] RE: HRSA 340B Communication CTDPH and Sagebrush Information |
| **Date:** | Thursday, October 17, 2024 1:52:44 PM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.jpg |
| | image010.jpg |
| | image011.jpg |
| | image012.jpg |
| | image013.jpg |

Hello Mr. Volpe.

I appreciate your patience.  Please see our response to the questions below:

There has never been a subaward agreement between DPH and Sagebrush. HIV test kits are provided, as resources allow, to clinical sites that are interested in providing HIV testing services to their populations. These test kits are purchased using funds from the HIV Prevention and Surveillance grant, CTDPH grant number NU62PS924521 (January 1, 2019-July 31, 2024) and now the new cooperative agreement NU62PS924812 (August 1, 2024-July 31, 2024).  Since 2023, DPH has provided HIV test kits to 38 sites. All sites are required to provide aggregate data on the number of HIV tests administered and provide demographic information on the patients who were tested. This is the same requirement of Sagebrush and is the extent of the relationship between CTDPH and Sagebrush.

Sagebrush placed their first order for 100 HIV test kits on 2/23/2023. A second order for 50 HIV test kits was received on 9/4/2024.  Per the first purchase order for HIV test kits, the test kits were delivered to the Sagebrush location at 1131 West Street #1 Southington, CT.  Our records indicate that 83 HIV tests have been administered between 9/14/23-9/29/24 from the Sagebrush site located at 1131 West St #1, Southington, CT 06489. This is the only site reported by Sagebrush as administering HIV tests to date.

Thank you.

Lynn Sosa



**LYNN SOSA, MD**
DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST
**Infectious Diseases Section**
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

CONFIDENTIALITY NOTICE:  Please do not respond to this email with PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED HEALTH INFORMATION (PHI).  This includes but is not limited to name, phone number, address, date of birth and medical record number.  If you need to relay or exchange PII/PHI, please contact me by phone.  Thank you.

**From:** Volpe, Josh (HRSA) <JVolpe@hrsa.gov>
**Sent:** Tuesday, October 8, 2024 12:48 PM
**To:** Sosa, Lynn <Lynn.Sosa@ct.gov>
**Cc:** Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>; Lewis, Arleen <Arleen.Lewis@ct.gov>; Diaz, Luis F <Luis.Diaz@ct.gov>; Buchelli, Marianne <Marianne.Buchelli@ct.gov>; Greenlee, Delores <Delores.Greenlee@ct.gov>
**Subject:** HRSA 340B Communication CTDPH and Sagebrush Information

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Lynn Sosa,

HRSA is requesting specific information pertaining to Connecticut Department of Health's (CTDPH) agreement with Sagebrush Health Services (Sagebrush), which has three active sites registered to participate in the 340B Drug Pricing Program (340B Program) pursuant to CTDPH's Integrated HIV Surveillance and Prevention Program grant number NU62PS924521.

HRSA has serious concerns about Sagebrush's participation in the 340B Program and has received numerous questions from both Members of Congress and drug manufacturers about Sagebrush's participation in the 340B Program. As a result, HRSA began a compliance review of Sagebrush's eligibility for and participation in the 340B Program. As part of the compliance review, HRSA asked Sagebrush to provide its subaward agreement with CTDPH that identifies each of the three sites. Sagebrush provided its February 28, 2024, and September 3, 2024, email communications with CTDPH. However, the documentation provided by Sagebrush does not identify the three sites by name and address or the start and end dates of grant support provided by CTDPH. The details for each of the three registered sites is listed in the table below.

| 340B ID | Start Date | Name | Address | Nature of Support from Grant NU62PS924521 |
|---------|-----------|------|---------|-------------------------------------------|
| STD068107 | 4/1/23 | Sagebrush Danbury Rd Clinic | 105 Newtown Road, Suite B Danbury, CT 06810 | Rapid HIV test kits |
| STD064891 | 5/9/23 | Sagebrush Southington PrEP Clinic | 1131 West Street, Suite 3A Southington, CT 06489 | Rapid HIV test kits |
| STD06489 | 12/28/22 | Sagebrush Southington Clinic - CT | 1131 West St. Building #1 Southington, CT 06489 | Rapid HIV test kits |

HRSA requests that CTDPH provide the following information for each site listed in the table above:

1. Did the site receive support from CTDPH's grant NU62PS924521 prior to July 31, 2024? If yes, what was the start and end date of the support provided? In addition, please provide the subaward agreement that lists the site by name and address. If a written subaward agreement listing the site by name and address does not exist, please explain CTDPH's relationship with the site.

2. Did the site receive support from CTDPH's grant NU62PS924521 during the period August 1, 2023, through September 3, 2024? If yes, please provide the subaward agreement that lists the site by name and address. If a written subaward agreement listing the site by name and address does not exist, please explain CTDPH's relationship with the site.

3. Does the site currently receive support from CTPDH's grant NU62PS924521? If yes, what is the start and end date of grant support? In addition, please provide the subaward agreement that lists the site by name and address. If a written subaward agreement does not exist, please explain CTDPH's current relationship with the site.

We appreciate your cooperation as we ensure compliance with the requirements of the 340B Program. Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov **by October 15, 2024.**

Thank you,

Josh Volpe, MBA
Operations Branch Chief
340B Program
Office of Pharmacy Affairs
HRSA
301-945-9603
JVolpe@hrsa.gov



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.