| | Agency Ref. #: | **SG 26044** |
|---|---|---|
| State of Nevada | Budget Account: | 3219 |
| | Category: | 09 |
| Department of Health and Human Services | GL: | 8787 |
| **Division of Public & Behavioral Health** | Job Number: | 9397723 |
| (hereinafter referred to as the Department) | | |

**NOTICE OF SUBAWARD**

| **Program Name:** | **Subrecipient's Name:** |
|---|---|
| STD Prevention and Control Program | Sagebrush Health Service |
| Office of Public Health Investigations and Epidemiology | Jamie Wheeler / jamie.wheeler@sagebrushhealth.com |
| Elizabeth Kessler / ekessler@health.nv.gov | |

| **Address:** | **Address:** | | |
|---|---|---|---|
| 4150 Technology Way, Suite #200 | 2435 Fire Mesa Street, Suite 110 | | |
| Carson City, NV 89706-2009 | Las Vegas NV 89128 | | |
| **Subaward Period:** | **Subrecipient's:** | | |
| January 1, 2023, through December 30, 2023 | **EIN:** | 87-2737450 | |
| | **Vendor #:** | T29045099 | |
| | **UEI #:** | SDF1KKAYNGN7 | |

**Purpose of Award:** To provide STD screening, treatment, and prevention services.

**Region(s) to be served:** ☐ Statewide  ☒ Specific county or counties: Clark County

| **Approved Budget Categories:** | | | **FEDERAL AWARD COMPUTATION:** | | | |
|---|---|---|---|---|---|---|
| 1. Personnel | | $0.00 | Total Obligated by this Action: | | $ | 600.00 |
| | | | Cumulative Prior Awards this Budget Period: | | $ | 0.00 |
| 2. Travel | | $0.00 | Total Federal Funds Awarded to Date: | | $ | 600.00 |
| 3. Operating | | $600.00 | Match Required ☐ Y  ☒ N | | $ | 0.00 |
| 4. Equipment | | $0.00 | Amount Required this Action: | | $ | 0.00 |
| | | | Amount Required Prior Awards: | | $ | 0.00 |
| 5. Contractual/Consultant | | $0.00 | Total Match Amount Required: | | | |
| | | | Research and Development (R&D) ☐ Y  ☒ N | | | |
| 6. Training | | $0.00 | | | | |
| 7. Other | | $0.00 | **Federal Budget Period:** | | | |
| **TOTAL DIRECT COSTS** | | **$600.00** | January 1, 2023, through December 30, 2023 | | | |
| 8. Indirect Costs | | $0.00 | **Federal Project Period:** | | | |
| | | | January 1, 2019, through December 30, 2023 | | | |
| **TOTAL APPROVED BUDGET** | | **$600.00** | **FOR AGENCY USE, ONLY** | | | |

| **Source of Funds:** | **% Funds:** | **CFDA:** | **FAIN:** | **Federal Grant #:** | **Grant Award Date by Federal Agency:** |
|---|---|---|---|---|---|
| Centers for Disease Control and Prevention | 100% | 93.977 | NH25PS005179 | 5 NH25PS005179-05-00 | 12/13/22 |

| **Agency Approved Indirect Rate:** 6.7% | **Subrecipient Approved Indirect Rate:** 0% |
|---|---|

**Terms and Conditions:**
In accepting these grant funds, it is understood that:
1. This award is subject to the availability of appropriate funds.
2. Expenditures must comply with any statutory guidelines, the DHHS Grant Instructions and Requirements, and the State Administrative Manual.
3. Expenditures must be consistent with the narrative, goals and objectives, and budget as approved and documented
4. Subrecipient must comply with all applicable Federal regulations
5. Quarterly progress reports are due by the 30th of each month following the end of the quarter, unless specific exceptions are provided in writing by the grant administrator.
6. Financial Status Reports and Requests for Funds must be submitted monthly, unless specific exceptions are provided in writing by the grant administrator.

| **Incorporated Documents:** | | |
|---|---|---|
| Section A: Grant Conditions and Assurances; | Section E: | Audit Information Request; |
| Section B: Description of Services, Scope of Work and Deliverables; | Section F: | Current/Former State Employee Disclaimer; |
| Section C: Budget and Financial Reporting Requirements; | Section G: | DHHS Business Associate Addendum; and |
| Section D: Request for Reimbursement; | | |

| Name | Signature | Date |
|---|---|---|
| Jami Dybak<br>Director of Strategic Operations | *Jami Dybak* | 01/11/23 |
| Lindsey Kinsinger<br>OPHIE Manager | | 1.27.23 |
| for Lisa Sherych<br>Administrator, DPBH | | 1/30/23 |

SB00003

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION A**
**GRANT CONDITIONS AND ASSURANCES**

**General Conditions**

1.  Nothing contained in this Agreement is intended to, or shall be construed in any manner, as creating or establishing the relationship of employer/employee between the parties. The Subrecipient shall at all times remain an "independent contractor" with respect to the services to be performed under this Agreement. The Department of Health and Human Services (hereafter referred to as "Department") shall be exempt from payment of all Unemployment Compensation, FICA, retirement, life and/or medical insurance and Workers' Compensation Insurance as the Subrecipient is an independent entity.

2.  The Subrecipient shall hold harmless, defend and indemnify the Department from any and all claims, actions, suits, charges and judgments whatsoever that arise out of the Subrecipient's performance or nonperformance of the services or subject matter called for in this Agreement.

3.  The Department or Subrecipient may amend this Agreement at any time provided that such amendments make specific reference to this Agreement, and are executed in writing, and signed by a duly authorized representative of both organizations. Such amendments shall not invalidate this Agreement, nor relieve or release the Department or Subrecipient from its obligations under this Agreement.

    *   The Department may, in its discretion, amend this Agreement to conform with federal, state or local governmental guidelines, policies and available funding amounts, or for other reasons. If such amendments result in a change in the funding, the scope of services, or schedule of the activities to be undertaken as part of this Agreement, such modifications will be incorporated only by written amendment signed by both the Department and Subrecipient.

4.  Either party may terminate this Agreement at any time by giving written notice to the other party of such termination and specifying the effective date thereof at least 30 days before the effective date of such termination. Partial terminations of the Scope of Work in Section B may only be undertaken with the prior approval of the Department. In the event of any termination for convenience, all finished or unfinished documents, data, studies, surveys, reports, or other materials prepared by the Subrecipient under this Agreement shall, at the option of the Department, become the property of the Department, and the Subrecipient shall be entitled to receive just and equitable compensation for any satisfactory work completed on such documents or materials prior to the termination.

    *   The Department may also suspend or terminate this Agreement, in whole or in part, if the Subrecipient materially fails to comply with any term of this Agreement, or with any of the rules, regulations or provisions referred to herein; and the Department may declare the Subrecipient ineligible for any further participation in the Department's grant agreements, in addition to other remedies as provided by law. In the event there is probable cause to believe the Subrecipient is in noncompliance with any applicable rules or regulations, the Department may withhold funding.

**Grant Assurances**

A signature on the cover page of this packet indicates that the applicant is capable of and agrees to meet the following requirements, and that all information contained in this proposal is true and correct.

1.  Adopt and maintain a system of internal controls which results in the fiscal integrity and stability of the organization, including the use of Generally Accepted Accounting Principles (GAAP).

2.  Compliance with state insurance requirements for general, professional, and automobile liability; workers' compensation and employer's liability; and, if advance funds are required, commercial crime insurance.

3.  These grant funds will not be used to supplant existing financial support for current programs.

4.  No portion of these grant funds will be subcontracted without prior written approval unless expressly identified in the grant agreement.

5.  Compliance with the requirements of the Civil Rights Act of 1964, as amended, and the Rehabilitation Act of 1973, P.L. 93-112, as amended, and any relevant program-specific regulations, and shall not discriminate against any employee for employment because of race, national origin, creed, color, sex, religion, age, disability or handicap condition (including AIDS and AIDS-related conditions).

6.  Compliance with the Americans with Disabilities Act of 1990 (P.L. 101-136), 42 U.S.C. 12101, as amended, and regulations adopted there under contained in 28 CFR 26.101-36.999 inclusive, and any relevant program-specific regulations.

7.  Compliance with Title 2 of the Code of Federal Regulations (CFR) and any guidance in effect from the Office of Management and Budget (OMB) related (but not limited to) audit requirements for grantees that expend $750,000 or more in Federal awards during the grantee's fiscal year must have an annual audit prepared by an independent auditor in accordance with the terms and requirements of the appropriate circular. **To acknowledge this requirement, Section E of this notice of subaward must be completed.**

8.  Compliance with the Clean Air Act (42 U.S.C. 7401–7671q.) and the Federal Water Pollution Control Act (33 U.S.C. 1251–1387), as amended— Contracts and subgrants of amounts in excess of $150,000 must contain a provision that requires the non-Federal award to agree to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401–7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251–1387). Violations must be reported to the Federal awarding agency and the Regional Office of the Environmental Protection Agency (EPA).

9.  Certification that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency. This certification is made pursuant to regulations

SB00004

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

implementing Executive Order 12549, Debarment and Suspension, 28 C.F.R. pt. 67 § 67.510, as published as pt. VII of May 26, 1988, Federal Register (pp. 19150-19211).

10.  No funding associated with this grant will be used for lobbying.

11.  Disclosure of any existing or potential conflicts of interest relative to the performance of services resulting from this grant award.

12.  Provision of a work environment in which the use of tobacco products, alcohol, and illegal drugs will not be allowed.

13.  An organization receiving grant funds through the Department of Health and Human Services shall not use grant funds for any activity related to the following:

   - Any attempt to influence the outcome of any federal, state or local election, referendum, initiative or similar procedure, through in-kind or cash contributions, endorsements, publicity or a similar activity.

   - Establishing, administering, contributing to or paying the expenses of a political party, campaign, political action committee or other organization established for the purpose of influencing the outcome of an election, referendum, initiative or similar procedure.

   - Any attempt to influence:
     o The introduction or formulation of federal, state or local legislation; or
     o The enactment or modification of any pending federal, state or local legislation, through communication with any member or employee of Congress, the Nevada Legislature or a local governmental entity responsible for enacting local legislation, including, without limitation, efforts to influence State or local officials to engage in a similar lobbying activity, or through communication with any governmental official or employee in connection with a decision to sign or veto enrolled legislation.

   - Any attempt to influence the introduction, formulation, modification or enactment of a federal, state or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity through communication with any officer or employee of the United States Government, the State of Nevada or a local governmental entity, including, without limitation, efforts to influence state or local officials to engage in a similar lobbying activity.

   - Any attempt to influence:
     o The introduction or formulation of federal, state or local legislation;
     o The enactment or modification of any pending federal, state or local legislation; or
     o The introduction, formulation, modification or enactment of a federal, state or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity, **by preparing, distributing or using** publicity or propaganda, or by urging members of the general public or any segment thereof to contribute to or participate in any mass demonstration, march, rally, fundraising drive, lobbying campaign or letter writing or telephone campaign.

   - Legislative liaison activities, including, without limitation, attendance at legislative sessions or committee hearings, gathering information regarding legislation and analyzing the effect of legislation, when such activities are carried on in support of or in knowing preparation for an effort to engage in an activity prohibited pursuant to subsections 1 to 5, inclusive.

   - Executive branch liaison activities, including, without limitation, attendance at hearings, gathering information regarding a rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity and analyzing the effect of the rule, regulation, executive order, program, policy or position, when such activities are carried on in support of or in knowing preparation for an effort to engage in an activity prohibited pursuant to subsections 1 to 5, inclusive.

14.  An organization receiving grant funds through the Department of Health and Human Services may, to the extent and in the manner authorized in its grant, use grant funds for any activity directly related to educating persons in a nonpartisan manner by providing factual information in a manner that is:

   - Made in a speech, article, publication, or other material that is distributed and made available to the public, or through radio, television, cable television or other medium of mass communication; and

   - Not specifically directed at:
     o Any member or employee of Congress, the Nevada Legislature or a local governmental entity responsible for enacting local legislation;
     o Any governmental official or employee who is or could be involved in a decision to sign or veto enrolled legislation; or
     o Any officer or employee of the United States Government, the State of Nevada or a local governmental entity who is involved in introducing, formulating, modifying or enacting a Federal, State or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity.

This provision does not prohibit a subrecipient or an applicant for a grant from providing information that is directly related to the grant or the application for the grant to the granting agency.

To comply with reporting requirements of the Federal Funding and Accountability Transparency Act (FFATA), the sub-grantee agrees to provide the Department with copies of all contracts, sub-grants, and or amendments to either such documents, which are funded by funds allotted in this agreement.

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

SB00005

STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC & BEHAVIORAL HEALTH
NOTICE OF SUBAWARD

## SECTION B

## Description of Services, Scope of Work and Deliverables

Sagebrush Health Services, hereinafter referred to as Subrecipient, agrees to provide the following services and reports according to the identified timeframes:

### Scope of Work for Sagebrush Health Services

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| **Goal 1: Collect, manage, analyze, interpret, and disseminate data on identified cases of chlamydia (CT), gonorrhea (GC), and syphilis (Syph), ensuring timely capture of core epidemiologic variables available.** | | | | |
| 1.1 Through December 2023, report all individuals with suspected or confirmed Sexually Transmitted Diseases (STDs) including chlamydia, gonorrhea, syphilis, and congenital syphilis to the local health department | Submit case report forms to LHD within 1 business day | Ongoing through subaward | # of case reports submitted within 1 business day / total number of positive patients<br><br># of reporting issues | Response to Annual Reporting Compliance Report |
| | Participate in online reporting of case reports. | Ongoing through subaward | Registration for SNHD Electronic Case Reporting | Registration for SNHD Electronic Case Reporting |
| 1.2 Through December 2023, increase the percentage of cases with completed core variables from 0.0% to 100.0%. | Submit case report forms to LHD with completed core variables | Ongoing through subaward | # of cases with completed core variables / total number of cases | Quarterly Reporting Template |
| 1.3 Through December 2023, increase the percentage of syphilis cases with neurological manifestations reported from 0.0% to 100.0%. | Submit case report forms to LHD with completed symptoms | Ongoing through subaward | # of cases with completed symptoms / total number of cases | Quarterly Report Template |
| | Link health department referred patients with neurological manifestations to care | Ongoing through subaward | # of health department patients referred to care / # of health department patients referred | Quarterly Reporting Template |
| 1.4 By December 2023, participate in at least one congenital syphilis case review board. | Attend congenital syphilis case review board | Annually | # of meetings attended | Meeting Registration and Attendance Sheets |

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| **Goal 2: Support disease investigation and intervention among high-priority groups** | | | | |
| 2.1 Through December 2023, increasing number of female syphilis cases with known pregnancy status from 0.0% to 100.0%. | Document pregnancy status for all female syphilis cases | Ongoing through subaward | # of female syphilis cases with pregnancy status documents / total number of female syphilis cases | Quarterly Report |
| 2.2 Through December 2023, complete Risk Assessment for 100% of patients with early syphilis | Complete Risk Assessments for WRA with early syphilis | Ongoing through subaward | Risk Assessment Rate | Quarterly Report |
| | Attend Annual STD/HIV Clinical Update for training on Risk Assessment or complete equivalent training | December 31, 2023 | # of Trainings Attended | Training Completion Certificated |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|
| 2.3 Through December 2023 improve the percentage of patients with early syphilis linked to care | | | |
| Link partners of WRA with early syphilis to care | Ongoing through subaward | Contact Index<br><br>Exam Rate<br><br>Treatment Index<br><br>Disease Intervention Rate | Quarterly Report |

**Goal 3: Promote Expedited Partner Therapy (EPT) (where permissible) to partners of chlamydia and/or gonorrhea cases**

| Objective | | | |
|---|---|---|---|
| | **Activities** | **Due Date** | **Evaluation Measure** | **Documentation Needed** |
| 3.1 By December 2023, develop and implement a protocol for expedited partner therapy (EPT) within the clinic. | Develop an EPT protocol | March 31, 2023 | # of protocols developed | EPT Protocol |
| | Administer EPT to qualifying patients | Ongoing through subaward | # of patients administered EPT | Quarterly Report |

**Goal 4: Promote quality STD specialty care**

| Objective / Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|
| 4.1 By March 31, 2023, register all participating STD clinics with Nevada 2-1-1 | Complete Nevada 2-1-1 registration | March 31, 2023 | # of sites registered / total number of sites | Nevada 2-1-1 Registration Confirmation |
| 4.2 By December 31, 2023, ensure 100% of all STD patients receive treatment consistent with CDC guidelines | Treat all STD patients per CDC Guidelines | Ongoing through subaward | Treatment Metrics within Quarterly Report | Quarterly Report |
| 4.3 By December 31, 2023, ensure 100% are trained on CDC treatment guidelines. | Attend CAPTC clinical update | Annually | # of Clinical Updates Attended | Training Certificate |
| | Complete National STD Curriculum Training | Annually | # of Training Completed | Training Certificate |
| | Develop clinic protocols consistent with most current CDC Treatment Guidelines | Annually | # of Protocols Developed | Clinic Protocol |

**Goal 5: Promote CDC-recommended screening, diagnosis, and treatment of STDs among pregnant women.**

| Objective / Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|
| By December 31, 2023, ensure 100% of pregnant patients received recommended syphilis screenings and treatment. | Complete training on screening requirements. | March 31, 2023 | # of training completed | Certificate of completion |
| | Screen all pregnant patients in the first and third trimesters, and delivery. When the clinic is unable to provide care ensure the patient is appropriately referred to care. | Ongoing through subaward | # of pregnant patients screened | Quarterly Report |
| | Initiate treatment of all pregnant syphilis patients as soon as possible. | Ongoing through subaward | # of pregnant patients screened<br><br># of pregnant syphilis cases treated timely | Quarterly Report |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 31, 2023, create a policy to ensure all young women are screened for STDs at their first care visit each year. | Ensure young women are automatically screened for STDs at their first care visit each year | December 31, 2023 | # of policies developed | Screening Policy/Protocol |

**Goal 6: Promote CDC-recommended screening, diagnosis, and treatment of STDs among young adults and adolescents.**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 2023, implement a program to improve condom availability to adolescents. | Create policy/protocol for condom distributions | March 31, 2023 | # of policies/protocols created | Condom Distribution Protocol/Policy |
| | Monitor condom distribution program | Ongoing through subaward | Condom Distribution Metrics | Quarterly Report |

**Goal 7: Promote CDC-recommended screening, diagnosis, and treatment of STDs among male who has sex with males (MSM)**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 2023, implement a program for extra-genital screening for patients at risk for oral and rectal chlamydia and gonorrhea. | Conduct extra-genital testing for STD patients | Ongoing through subaward | TBD by Subrecipient | Quarterly Report |
| By December 31, 2023 increase percent of HIV-negative MSM patients with a history of STDs educated and provided PrEP from 0.0% to 100.0%. | Educate and promote Prep for HIV-negative MSM patients with a history of STDs | Ongoing through subaward | HIV prevention metrics | Quarterly Report |

The Covered Entity acknowledges and approves that the Business Associate will include patients at their infusion-based specialty clinics, such as Infectious Disease, Rheumatology, Neurology, Nephrology, Cardiology, Gastroenterology, Oncology, and other applicable specialties, for use of grant funds and incorporation into their 340B program.

Scope of work applies to the following locations:

| Clinic Name | Address |
|---|---|
| Sagebrush Health Services - Bonanza Clinic | 2345 East Bonanza Road, Las Vegas, NV 89101 |
| Sagebrush Health Services - Shadow Lane Clinic | 701 Shadow Lane, Las Vegas, NV 89106 |
| Sagebrush Health Services - ARI Rainbow | 5980 South Rainbow Boulevard, Las Vegas, NV 89118 |
| Sagebrush Health Services - Stonecreek Clinic | 5915 South Rainbow Boulevard, Las Vegas, NV 89118 |
| Sagebrush Health Services - ARI Henderson | 8440 South Eastern Avenue, Las Vegas, NV 89123 |
| Sagebrush Health Services - Henderson Clinic | 8420 South Eastern Avenue, Las Vegas, NV 89123 |
| Sagebrush Health Services - Fire Mesa Clinic | 2435 Fire Mesa Street, Las Vegas, NV 89128 |
| Sagebrush Health Services - Sun City Clinic | 9300 Sun City Boulevard, Las Vegas, NV 89134 |
| Sagebrush Health Services - Rainbow Clinic | 1321 South Rainbow Boulevard, Las Vegas, NV 89146 |
| Sagebrush Health Services - Eastern Ave Clinic | 3115 South Eastern Avenue, Las Vegas, NV 89169 |
| Sagebrush Health Services - Boulder City | 1252 Wyoming St, Boulder City, NV 89005 |
| Sagebrush Health Services - Southeast Clinic-Neph | 861 Coronado Center Dr., Henderson, NV 89052 |
| Sagebrush Health Services - Henderson Satellite Clinic | 1051 Welness Place, Henderson, NV 89011 |
| Sagebrush Health Services - Northeast Clinic-Neph | 1581 Mount Mariah Dr., Las Vegas, NV 89106 |
| Sagebrush Health Services - Southwest Clinic-Neph | 5815 S. Rainbow Blvd, Las Vegas, NV 89118 |
| Sagebrush Health Services - Dixit Clinic | 2480 Professional Ct., Las Vegas, NV 89128 |
| Sagebrush Health Services - Northwest Clinic-neph | 2450 Fire Mesa St., Las Vegas, NV 89128 |
| Sagebrush Health Services - Hummingbird Medical Group | 5550 Painted Mirage Rd., Las Vegas, NV 89149 |
| Sagebrush Health Services - Central Clinic-neph | 2545 S. Bruce St., Las Vegas, NV 89169 |

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

<u>**SECTION C**</u>

**Budget and Financial Reporting Requirements**

Identify the source of funding on all printed documents purchased or produced within the scope of this subaward, using a statement similar to: "This publication (journal, article, etc.) was supported by the Nevada State Department of Health and Human Services through Grant Number 5 NH25PS005179-05-00 from the Centers for Disease Control and Prevention. Its contents are solely the responsibility of the authors and do not necessarily represent the official views of the Department nor the Centers for Disease Control and Prevention

Any activities performed under this subaward shall acknowledge the funding was provided through the Department by Grant Number 5 NH25PS005179-05-00 from the Centers for Disease Control and Prevention.

Subrecipient agrees to adhere to the following budget:

**BUDGET NARRATIVE**

| Operating | Total: | | $600 |
|---|---|---|---|
| Marketing Materials: $50per/mo. X 12 months $600.00 Justification: *Marketing materials will be used for outreach and education of 340B patients.* | | | |
| **TOTAL DIRECT CHARGES** | | | **$600** |
| | | | |
| **Indirect Charges** | **Indirect Rate:** | **0.000%** | **$0** |
| **Indirect Methodology:** N/A | | | |
| **TOTAL  BUDGET** | Total: | | $600 |

**SB00009**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Form 2

Applicant Name: Sagebrush Health Services
**PROPOSED BUDGET SUMMARY**

A.

PATTERN BOXES ARE FORMULA DRIVEN - DO NOT OVERIDE - SEE INSTRUCTIONS

| FUNDING SOURCES | Funding Source | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Program Income | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| SECURED | | | | | | | | | |
| ENTER TOTAL REQUEST | $600 | | | | | | | | $600 |

**EXPENSE CATEGORY**

| | Funding Source | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Program Income | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Personnel | $0 | | | | | | | | $0 |
| Travel | $0 | | | | | | | | $0 |
| Operating | $600 | | | | | | | | $600 |
| Equipment | $0 | | | | | | | | $0 |
| Contractual/Consultant | $0 | | | | | | | | $0 |
| Training | $0 | | | | | | | | $0 |
| Other Expenses | $0 | | | | | | | | $0 |
| Indirect | $0 | | | | | | | | $0 |

| TOTAL EXPENSE | $600 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $600 |
| These boxes should equal 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Total Indirect Cost | $0 |
|---|---|

| Total Agency Budget | $600 |
|---|---|
| Percent of Subrecipient Budget | 100% |

**B. Explain any items noted as pending:**

**C. Program Income Calculation:**

SB00010

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

- Department of Health and Human Services policy allows no more than 10% flexibility of the total not to exceed amount of the subaward, within the approved Scope of Work/Budget. Subrecipient will obtain written permission to redistribute funds within categories. **Note: the redistribution cannot alter the total not to exceed amount of the subaward. Modifications in excess of 10% require a formal amendment.**

- Equipment purchased with these funds belongs to the federal program from which this funding was appropriated and shall be returned to the program upon termination of this agreement.

- Travel expenses, per diem, and other related expenses must conform to the procedures and rates allowed for State officers and employees. It is the Policy of the Board of Examiners to restrict contractors/ Subrecipients to the same rates and procedures allowed State Employees. The State of Nevada reimburses at rates comparable to the rates established by the US General Services Administration, with some exceptions (State Administrative Manual 0200.0 and 0320.0).

**The Subrecipient agrees:**
To request reimbursement according to the schedule specified below for the actual expenses incurred related to the Scope of Work during the subaward period.

- Total reimbursement through this subaward will not exceed $600;
- Requests for Reimbursement will be accompanied by supporting documentation, including a line item description of expenses incurred;
- Supporting documentation includes quarterly reports and corresponding documentation outlined within said reports
- Additional expenditure detail will be provided upon request from the Department.

Additionally, the Subrecipient agrees to provide:

- A complete financial accounting of all expenditures to the Department within 30 days of the <u>CLOSE OF THE SUBAWARD PERIOD</u>. Any un-obligated funds shall be returned to the Department at that time, or if not already requested, shall be deducted from the final award.
- Any work performed after the BUDGET PERIOD will not be reimbursed.
- If a Request for Reimbursement (RFR) is received after the 45-day closing period, the Department may not be able to provide reimbursement.
- If a credit is owed to the Department after the 45-day closing period, the funds must be returned to the Department within 30 days of identification.

**The Department agrees:**
- The STD Prevention and Control Program will provide or accomplish the following items to ensure the successful completing of this project, such as:
  - Providing technical assistance, upon request from the Subrecipient;
  - Providing prior approval of reports or documents to be developed; and
  - Forwarding reports to the Centers for Disease Control and Prevention.
- The Department reserves the right to hold reimbursement under this subaward until any delinquent forms, reports, and expenditure documentation are submitted to and accepted by the Department.

**Both parties agree:**
- The STD Prevention and Control Program reserves the right to conduct a site visit regarding this subaward and deliverables. If deliverables are not met for this subaward period, then the STD Prevention and Control Program is not obligated to issue continuation funding.
- The Subrecipient will, in the performance of the Scope of Work specified in this subaward, perform functions and/or activities that could involve confidential information; therefore, the Subrecipient is requested to fill out Section G, which is specific to this subaward, and will be in effect for the term of this subaward.
- All reports of expenditures and requests for reimbursement processed by the Department are SUBJECT TO AUDIT.
- This subaward agreement may be TERMINATED by either party prior to the date set forth on the Notice of Subaward, provided the termination shall not be effective until <u>30 days</u> after a party has served written notice upon the other party. This agreement may be terminated by mutual consent of both parties or unilaterally by either party without cause. The parties expressly agree that this Agreement shall be terminated immediately if for any reason the Department, state, and/or federal funding ability to satisfy this Agreement is withdrawn, limited, or impaired.

**Financial Reporting Requirements**
- A Request for Reimbursement is due on a <u>quarterly</u> basis, based on the terms of the subaward agreement, no later than the 15th of the month.
- Reimbursement is based on <u>actual</u> expenditures incurred during the period being reported.
- Payment will not be processed without all reporting being current.
- Reimbursement may only be claimed for expenditures approved within the Notice of Subaward.

**SB00011**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| | |
|---|---|
| Agency Ref. #: | **SG 26044** |
| Budget Account: | 3219 |
| GL: | 8787 |
| Draw #: | |

## SECTION D

### Request for Reimbursement

| | |
|---|---|
| **Program Name:** STD Prevention and Control Program Office of Public Health Investigations and Epidemiology Elizabeth Kessler / ekessler@health.nv.gov | **Subrecipient Name:** Sagebrush Health Services |
| **Address:** 4150 Technology Way, Suite #200 Carson City, NV 89706-2009 | **Address:** 2435 Fire Mesa St. Suite 110 Las Vegas, NV 89128 |
| **Subaward Period:** January 1, 2023 through December 30, 2023 | **Subrecipient's:** EIN: 87-2737450 Vendor #: T29045099 |

**FINANCIAL REPORT AND REQUEST FOR REIMBURSEMENT**
(must be accompanied by expenditure report/back-up)

| | Month(s) | | | Calendar year | | |
|---|---|---|---|---|---|---|
| **Approved Budget Category** | **A Approved Budget** | **B Total Prior Requests** | **C Current Request** | **D Year to Date Total** | **E Budget Balance** | **F Percent Expended** |
| 1. Personnel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 2. Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 3. Operating | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 | 0.0% |
| 4. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 6. Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 7. Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 8. Indirect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| **Total** | **$600.00** | **$0.00** | **$0.00** | **$0.00** | **$600.00** | 0.0% |

I, a duty authorized signatory for the applicant, certify to the best of my knowledge and belief that this report is true, complete and accurate; that the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the grant award; and that the amount of this request is not in excess of current needs or, cumulatively for the grant term, in excess of the total approved grant award. I am aware that any false, fictitious or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims, or otherwise. I verify that the cost allocation and backup documentation attached is correct.

| Authorized Signature | Title | Date |
|---|---|---|

**FOR Department USE ONLY**

Is program contact required? _____ Yes _____ No    Contact Person: _____

Reason for contact: _____

Fiscal review/approval date: _____

Scope of Work review/approval date: _____

Chief (as required): _____    _____
                                                                              Date

**SB00012**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION E

**Audit Information Request**

1. Non-Federal entities that **expend** $750,000.00 or more in total federal awards are required to have a single or program-specific audit conducted for that year, in accordance with 2 CFR § 200.501(a).

2. Did your organization expend $750,000 or more in all federal awards during your organization's most recent fiscal year?　　　　☐ YES　　☒ NO

3. When does your organization's fiscal year end?　　　12/31/23

4. What is the official name of your organization?　　　Sagebrush Health Services

5. How often is your organization audited?　　　Quarterly

6. When was your last audit performed?　　　Q3 2022

7. What time-period did your last audit cover?　　　Q1-Q2 2022

8. Which accounting firm conducted your last audit?　　　Mehanna Advisors PLLC

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

SB00013

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION F**

**Current or Former State Employee Disclaimer**

For the purpose of State compliance with NRS 333.705, subrecipient represents and warrants that if subrecipient, or any employee of subrecipient who will be performing services under this subaward, is a current employee of the State or was employed by the State within the preceding 24 months, subrecipient has disclosed the identity of such persons, and the services that each such person will perform, to the issuing Agency. Subrecipient agrees they will not utilize any of its employees who are Current State Employees or Former State Employees to perform services under this subaward without first notifying the Agency and receiving from the Agency approval for the use of such persons. This prohibition applies equally to any subcontractors that may be used to perform the requirements of the subaward.

*The provisions of this section do not apply to the employment of a former employee of an agency of this State who is __not__ receiving retirement benefits under the Public Employees' Retirement System (PERS) during the duration of the subaward.*

Are any current or former employees of the State of Nevada assigned to perform work on this subaward?

YES ☐  If "YES", list the names of any current or former employees of the State and the services that each person will perform.

NO ☒  Subrecipient agrees that if a current or former state employee is assigned to perform work on this subaward at any point after execution of this agreement, they must receive prior approval from the Department.

Name                                          Services

_____              _____

_____              _____

_____              _____

_____              _____

_____              _____

**Subrecipient agrees that any employees listed cannot perform work until approval has been given from the Department.**

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

SB00014

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION G

**Business Associate Addendum**

BETWEEN

**Nevada Department of Health and Human Services**

Hereinafter referred to as the "Covered Entity"

and

**Sagebrush Health Services**

Hereinafter referred to as the "Business Associate"

PURPOSE. In order to comply with the requirements of HIPAA and the HITECH Act, this Addendum is hereby added and made part of the agreement between the Covered Entity and the Business Associate. This Addendum establishes the obligations of the Business Associate and the Covered Entity as well as the permitted uses and disclosures by the Business Associate of protected health information it may possess by reason of the agreement. The Covered Entity and the Business Associate shall protect the privacy and provide for the security of protected health information disclosed to the Business Associate pursuant to the agreement and in compliance with the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 ("HIPAA"), the Health Information Technology for Economic and Clinical Health Act, Public Law 111-5 ("the HITECH Act"), and regulation promulgated there under by the U.S. Department of Health and Human Services (the "HIPAA Regulations") and other applicable laws.

WHEREAS, the Business Associate will provide certain services to the Covered Entity, and, pursuant to such arrangement, the Business Associate is considered a business associate of the Covered Entity as defined in HIPAA, the HITECH Act, the Privacy Rule and Security Rule; and

WHEREAS, Business Associate may have access to and/or receive from the Covered Entity certain protected health information, in fulfilling its responsibilities under such arrangement; and

WHEREAS, the HIPAA Regulations, the HITECH Act, the Privacy Rule and the Security Rule require the Covered Entity to enter into an agreement containing specific requirements of the Business Associate prior to the disclosure of protected health information, as set forth in, but not limited to, 45 CFR Parts 160 & 164 and Public Law 111-5.

THEREFORE, in consideration of the mutual obligations below and the exchange of information pursuant to this Addendum, and to protect the interests of both Parties, the Parties agree to all provisions of this Addendum.

I.      DEFINITIONS. The following terms shall have the meaning ascribed to them in this Section. Other capitalized terms shall have the meaning ascribed to them in the context in which they first appear.

  1.  **Breach** means the unauthorized acquisition, access, use, or disclosure of protected health information which compromises the security or privacy of the protected health information. The full definition of breach can be found in 42 USC 17921 and 45 CFR 164.402.
  2.  **Business Associate** shall mean the name of the organization or entity listed above and shall have the meaning given to the term under the Privacy and Security Rule and the HITECH Act. For full definition refer to 45 CFR 160.103.
  3.  **CFR** stands for the Code of Federal Regulations.
  4.  **Agreement** shall refer to this Addendum and that particular agreement to which this Addendum is made a part.
  5.  **Covered Entity** shall mean the name of the Department listed above and shall have the meaning given to such term under the Privacy Rule and the Security Rule, including, but not limited to 45 CFR 160.103.
  6.  **Designated Record Set** means a group of records that includes protected health information and is maintained by or for a covered entity or the Business Associate that includes, but is not limited to, medical, billing, enrollment, payment, claims adjudication, and case or medical management records. Refer to 45 CFR 164.501 for the complete definition.
  7.  **Disclosure** means the release, transfer, provision of, access to, or divulging in any other manner of information outside the entity holding the information as defined in 45 CFR 160.103.
  8.  **Electronic Protected Health Information** means individually identifiable health information transmitted by electronic media or maintained in electronic media as set forth under 45 CFR 160.103.
  9.  **Electronic Health Record** means an electronic record of health-related information on an individual that is created, gathered, managed, and consulted by authorized health care clinicians and staff. Refer to 42 USC 17921.
  10. **Health Care Operations** shall have the meaning given to the term under the Privacy Rule at 45 CFR 164.501.
  11. **Individual** means the person who is the subject of protected health information and is defined in 45 CFR 160.103.
  12. **Individually Identifiable Health Information** means health information, in any form or medium, including demographic information collected from an individual, that is created or received by a covered entity or a business associate of the covered entity and relates to the past, present, or future care of the individual. Individually identifiable health information is information that identifies the individual directly or there is a reasonable basis to believe the information can be used to identify the individual. Refer to 45 CFR 160.103.
  13. **Parties** shall mean the Business Associate and the Covered Entity.
  14. **Privacy Rule** shall mean the HIPAA Regulation that is codified at 45 CFR Parts 160 and 164, Subparts A, D and E.
  15. **Protected Health Information** means individually identifiable health information transmitted by electronic media, maintained in electronic media, or transmitted or maintained in any other form or medium. Refer to 45 CFR 160.103 for the complete definition.

SB00015

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

16. **Required by Law** means a mandate contained in law that compels an entity to make a use or disclosure of protected health information and that is enforceable in a court of law. This includes but is not limited to: court orders and court-ordered warrants; subpoenas, or summons issued by a court; and statues or regulations that require the provision of information if payment is sought under a government program providing public benefits. For the complete definition refer to 45 CFR 164.103.

17. **Secretary** shall mean the Secretary of the federal Department of Health and Human Services (HHS) or the Secretary's designee.

18. **Security Rule** shall mean the HIPAA regulation that is codified at 45 CFR Parts 160 and 164 Subparts A and C.

19. **Unsecured Protected Health Information** means protected health information that is not rendered unusable, unreadable, or indecipherable to unauthorized individuals through the use of a technology or methodology specified by the Secretary in the guidance issued in Public Law 111-5. Refer to 42 USC 17932 and 45 CFR 164.402.

20. **USC** stands for the United States Code.

II.     OBLIGATIONS OF THE BUSINESS ASSOCIATE.

1. **Access to Protected Health Information.** The Business Associate will provide, as directed by the Covered Entity, an individual or the Covered Entity access to inspect or obtain a copy of protected health information about the Individual that is maintained in a designated record set by the Business Associate or, its agents or subcontractors, in order to meet the requirements of the Privacy Rule, including, but not limited to 45 CFR 164.524 and 164.504(e) (2) (ii) (E). If the Business Associate maintains an electronic health record, the Business Associate or, its agents or subcontractors shall provide such information in electronic format to enable the Covered Entity to fulfill its obligations under the HITECH Act, including, but not limited to 42 USC 17935.

2. **Access to Records.** The Business Associate shall make its internal practices, books and records relating to the use and disclosure of protected health information available to the Covered Entity and to the Secretary for purposes of determining Business Associate's compliance with the Privacy and Security Rule in accordance with 45 CFR 164.504(e)(2)(ii)(H).

3. **Accounting of Disclosures.** Promptly, upon request by the Covered Entity or individual for an accounting of disclosures, the Business Associate and its agents or subcontractors shall make available to the Covered Entity or the individual information required to provide an accounting of disclosures in accordance with 45 CFR 164.528, and the HITECH Act, including, but not limited to 42 USC 17935. The accounting of disclosures, whether electronic or other media, must include the requirements as outlined under 45 CFR 164.528(b).

4. **Agents and Subcontractors.** The Business Associate must ensure all agents and subcontractors to whom it provides protected health information agree in writing to the same restrictions and conditions that apply to the Business Associate with respect to all protected health information accessed, maintained, created, retained, modified, recorded, stored, destroyed, or otherwise held, transmitted, used or disclosed by the agent or subcontractor. The Business Associate must implement and maintain sanctions against agents and subcontractors that violate such restrictions and conditions and shall mitigate the effects of any such violation as outlined under 45 CFR 164.530(f) and 164.530(e)(1).

5. **Amendment of Protected Health Information.** The Business Associate will make available protected health information for amendment and incorporate any amendments in the designated record set maintained by the Business Associate or, its agents or subcontractors, as directed by the Covered Entity or an individual, in order to meet the requirements of the Privacy Rule, including, but not limited to, 45 CFR 164.526.

6. **Audits, Investigations, and Enforcement.** The Business Associate must notify the Covered Entity immediately upon learning the Business Associate has become the subject of an audit, compliance review, or complaint investigation by the Office of Civil Rights or any other federal or state oversight agency. The Business Associate shall provide the Covered Entity with a copy of any protected health information that the Business Associate provides to the Secretary or other federal or state oversight agency concurrently with providing such information to the Secretary or other federal or state oversight agency. The Business Associate and individuals associated with the Business Associate are solely responsible for all civil and criminal penalties assessed as a result of an audit, breach, or violation of HIPAA or HITECH laws or regulations. Reference 42 USC 17937.

7. **Breach or Other Improper Access, Use or Disclosure Reporting.** The Business Associate must report to the Covered Entity, in writing, any access, use or disclosure of protected health information not permitted by the agreement, Addendum or the Privacy and Security Rules. The Covered Entity must be notified immediately upon discovery or the first day such breach or suspected breach is known to the Business Associate or by exercising reasonable diligence would have been known by the Business Associate in accordance with 45 CFR 164.410, 164.504(e)(2)(ii)(C) and 164.308(b) and 42 USC 17921. The Business Associate must report any improper access, use or disclosure of protected health information by: The Business Associate or its agents or subcontractors. In the event of a breach or suspected breach of protected health information, the report to the Covered Entity must be in writing and include the following: a brief description of the incident; the date of the incident; the date the incident was discovered by the Business Associate; a thorough description of the unsecured protected health information that was involved in the incident; the number of individuals whose protected health information was involved in the incident; and the steps the Business Associate is taking to investigate the incident and to protect against further incidents. The Covered Entity will determine if a breach of unsecured protected health information has occurred and will notify the Business Associate of the determination. If a breach of unsecured protected health information is determined, the Business Associate must take prompt corrective action to cure any such deficiencies and mitigate any significant harm that may have occurred to individual(s) whose information was disclosed inappropriately.

8. **Breach Notification Requirements.** If the Covered Entity determines a breach of unsecured protected health information by the Business Associate has occurred, the Business Associate will be responsible for notifying the individuals whose unsecured protected health information was breached in accordance with 42 USC 17932 and 45 CFR 164.404 through 164.406. The Business Associate must provide evidence to the Covered Entity that appropriate notifications to individuals and/or media, when necessary, as specified in 45 CFR 164.404 and 45 CFR 164.406 has occurred. The Business Associate is responsible for all costs associated with notification to individuals, the media or others as well as costs associated with mitigating future breaches. The Business Associate must notify the Secretary of all breaches in accordance with 45 CFR 164.408 and must provide the Covered Entity with a copy of all notifications made to the Secretary.

9. **Breach Pattern or Practice by Covered Entity.** Pursuant to 42 USC 17934, if the Business Associate knows of a pattern of activity or practice of the Covered Entity that constitutes a material breach or violation of the Covered Entity's obligations under the Contract or Addendum, the Business Associate must immediately report the problem to the Secretary.

10. **Data Ownership.** The Business Associate acknowledges that the Business Associate or its agents or subcontractors have no ownership rights with respect to the protected health information it accesses, maintains, creates, retains, modifies, records, stores, destroys, or otherwise holds, transmits, uses or discloses.

11. **Litigation or Administrative Proceedings.** The Business Associate shall make itself, any subcontractors, employees, or agents assisting the Business Associate in the performance of its obligations under the agreement or Addendum, available to the Covered Entity, at no cost

SB00016

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

to the Covered Entity, to testify as witnesses, or otherwise, in the event litigation or administrative proceedings are commenced against the Covered Entity, its administrators or workforce members upon a claimed violation of HIPAA, the Privacy and Security Rule, the HITECH Act, or other laws relating to security and privacy.

12. **Minimum Necessary.** The Business Associate and its agents and subcontractors shall request, use and disclose only the minimum amount of protected health information necessary to accomplish the purpose of the request, use or disclosure in accordance with 42 USC 17935 and 45 CFR 164.514(d)(3).

13. **Policies and Procedures.** The Business Associate must adopt written privacy and security policies and procedures and documentation standards to meet the requirements of HIPAA and the HITECH Act as described in 45 CFR 164.316 and 42 USC 17931.

14. **Privacy and Security Officer(s).** The Business Associate must appoint Privacy and Security Officer(s) whose responsibilities shall include: monitoring the Privacy and Security compliance of the Business Associate; development and implementation of the Business Associate's HIPAA Privacy and Security policies and procedures; establishment of Privacy and Security training programs; and development and implementation of an incident risk assessment and response plan in the event the Business Associate sustains a breach or suspected breach of protected health information.

15. **Safeguards.** The Business Associate must implement safeguards as necessary to protect the confidentiality, integrity, and availability of the protected health information the Business Associate accesses, maintains, creates, retains, modifies, records, stores, destroys, or otherwise holds, transmits, uses or discloses on behalf of the Covered Entity. Safeguards must include administrative safeguards (e.g., risk analysis and designation of security official), physical safeguards (e.g., facility access controls and workstation security), and technical safeguards (e.g., access controls and audit controls) to the confidentiality, integrity and availability of the protected health information, in accordance with 45 CFR 164.308, 164.310, 164.312, 164.316 and 164.504(e)(2)(ii)(B). Sections 164.308, 164.310 and 164.312 of the CFR apply to the Business Associate of the Covered Entity in the same manner that such sections apply to the Covered Entity. Technical safeguards must meet the standards set forth by the guidelines of the National Institute of Standards and Technology (NIST). The Business Associate agrees to only use or disclose protected health information as provided for by the agreement and Addendum and to mitigate, to the extent practicable, any harmful effect that is known to the Business Associate, of a use or disclosure, in violation of the requirements of this Addendum as outlined under 45 CFR 164.530(e)(2)(f).

16. **Training.** The Business Associate must train all members of its workforce on the policies and procedures associated with safeguarding protected health information. This includes, at a minimum, training that covers the technical, physical and administrative safeguards needed to prevent inappropriate uses or disclosures of protected health information; training to prevent any intentional or unintentional use or disclosure that is a violation of HIPAA regulations at 45 CFR 160 and 164 and Public Law 111-5; and training that emphasizes the criminal and civil penalties related to HIPAA breaches or inappropriate uses or disclosures of protected health information. Workforce training of new employees must be completed within 30 days of the date of hire and all employees must be trained at least annually. The Business Associate must maintain written records for a period of six years. These records must document each employee that received training and the date the training was provided or received.

17. **Use and Disclosure of Protected Health Information.** The Business Associate must not use or further disclose protected health information other than as permitted or required by the agreement or as required by law. The Business Associate must not use or further disclose protected health information in a manner that would violate the requirements of the HIPAA Privacy and Security Rule and the HITECH Act.

III.     PERMITTED AND PROHIBITED USES AND DISCLOSURES BY THE BUSINESS ASSOCIATE. The Business Associate agrees to these general use and disclosure provisions:

1. **Permitted Uses and Disclosures:**
    a. Except as otherwise limited in this Addendum, the Business Associate may use or disclose protected health information to perform functions, activities, or services for, or on behalf of, the Covered Entity as specified in the agreement, provided that such use or disclosure would not violate the HIPAA Privacy and Security Rule or the HITECH Act, if done by the Covered Entity in accordance with 45 CFR 164.504(e) (2) (i) and 42 USC 17935 and 17936.
    b. Except as otherwise limited by this Addendum, the Business Associate may use or disclose protected health information received by the Business Associate in its capacity as a Business Associate of the Covered Entity, as necessary, for the proper management and administration of the Business Associate, to carry out the legal responsibilities of the Business Associate, as required by law or for data aggregation purposes in accordance with 45 CFR 164.504(e)(2)(A), 164.504(e)(4)(i)(A), and 164.504(e)(2)(i)(B).
    c. Except as otherwise limited in this Addendum, if the Business Associate discloses protected health information to a third party, the Business Associate must obtain, prior to making any such disclosure, reasonable written assurances from the third party that such protected health information will be held confidential pursuant to this Addendum and only disclosed as required by law or for the purposes for which it was disclosed to the third party. The written agreement from the third party must include requirements to immediately notify the Business Associate of any breaches of confidentiality of protected health information to the extent it has obtained knowledge of such breach. Refer to 45 CFR 164.502 and 164.504 and 42 USC 17934.
    d. The Business Associate may use or disclose protected health information to report violations of law to appropriate federal and state authorities, consistent with 45 CFR 164.502(j)(1).

2. **Prohibited Uses and Disclosures:**
    a. Except as otherwise limited in this Addendum, the Business Associate shall not disclose protected health information to a health plan for payment or health care operations purposes if the patient has required this special restriction and has paid out of pocket in full for the health care item or service to which the protected health information relates in accordance with 42 USC 17935.
    b. The Business Associate shall not directly or indirectly receive remuneration in exchange for any protected health information, as specified by 42 USC 17935, unless the Covered Entity obtained a valid authorization, in accordance with 45 CFR 164.508 that includes a specification that protected health information can be exchanged for remuneration.

IV.     OBLIGATIONS OF COVERED ENTITY

1. The Covered Entity will inform the Business Associate of any limitations in the Covered Entity's Notice of Privacy Practices in accordance with 45 CFR 164.520, to the extent that such limitation may affect the Business Associate's use or disclosure of protected health information.

*Subaward Packet (BAA)*
*Revised 8/22*
                         Page 15 of 16
              Agency Ref.#: SG 26044

SB00017

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

2. The Covered Entity will inform the Business Associate of any changes in, or revocation of, permission by an individual to use or disclose protected health information, to the extent that such changes may affect the Business Associate's use or disclosure of protected health information.

3. The Covered Entity will inform the Business Associate of any restriction to the use or disclosure of protected health information that the Covered Entity has agreed to in accordance with 45 CFR 164.522 and 42 USC 17935, to the extent that such restriction may affect the Business Associate's use or disclosure of protected health information.

4. Except in the event of lawful data aggregation or management and administrative activities, the Covered Entity shall not request the Business Associate to use or disclose protected health information in any manner that would not be permissible under the HIPAA Privacy and Security Rule and the HITECH Act, if done by the Covered Entity.

V.    TERM AND TERMINATION

1. **Effect of Termination:**
   a. Except as provided in paragraph (b) of this section, upon termination of this Addendum, for any reason, the Business Associate will return or destroy all protected health information received from the Covered Entity or created, maintained, or received by the Business Associate on behalf of the Covered Entity that the Business Associate still maintains in any form and the Business Associate will retain no copies of such information.
   b. If the Business Associate determines that returning or destroying the protected health information is not feasible, the Business Associate will provide to the Covered Entity notification of the conditions that make return or destruction infeasible. Upon a mutual determination that return, or destruction of protected health information is infeasible, the Business Associate shall extend the protections of this Addendum to such protected health information and limit further uses and disclosures of such protected health information to those purposes that make return or destruction infeasible, for so long as the Business Associate maintains such protected health information.
   c. These termination provisions will apply to protected health information that is in the possession of subcontractors, agents, or employees of the Business Associate.

2. **Term.** The Term of this Addendum shall commence as of the effective date of this Addendum herein and shall extend beyond the termination of the contract and shall terminate when all the protected health information provided by the Covered Entity to the Business Associate, or accessed, maintained, created, retained, modified, recorded, stored, or otherwise held, transmitted, used or disclosed by the Business Associate on behalf of the Covered Entity, is destroyed or returned to the Covered Entity, or, if it not feasible to return or destroy the protected health information, protections are extended to such information, in accordance with the termination.

3. **Termination for Breach of Agreement.** The Business Associate agrees that the Covered Entity may immediately terminate the agreement if the Covered Entity determines that the Business Associate has violated a material part of this Addendum.

VI.   MISCELLANEOUS

1. **Amendment.** The parties agree to take such action as is necessary to amend this Addendum from time to time for the Covered Entity to comply with all the requirements of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, Public Law No. 104-191 and the Health Information Technology for Economic and Clinical Health Act (HITECH) of 2009, Public Law No. 111-5.

2. **Clarification.** This Addendum references the requirements of HIPAA, the HITECH Act, the Privacy Rule and the Security Rule, as well as amendments and/or provisions that are currently in place and any that may be forthcoming.

3. **Indemnification.** Each party will indemnify and hold harmless the other party to this Addendum from and against all claims, losses, liabilities, costs and other expenses incurred as a result of, or arising directly or indirectly out of or in conjunction with:
   a. Any misrepresentation, breach of warranty or non-fulfillment of any undertaking on the part of the party under this Addendum; and
   b. Any claims, demands, awards, judgments, actions, and proceedings made by any person or organization arising out of or in any way connected with the party's performance under this Addendum.

4. **Interpretation.** The provisions of the Addendum shall prevail over any provisions in the agreement that may conflict or appear inconsistent with any provision in this Addendum. This Addendum and the agreement shall be interpreted as broadly as necessary to implement and comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule. The parties agree that any ambiguity in this Addendum shall be resolved to permit the Covered Entity and the Business Associate to comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule.

5. **Regulatory Reference.** A reference in this Addendum to a section of the HITECH Act, HIPAA, the Privacy Rule and Security Rule means the sections as in effect or as amended.

6. **Survival.** The respective rights and obligations of Business Associate under Effect of Termination of this Addendum shall survive the termination of this Addendum.

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

SB00018



Joe Lombardo
Governor

Richard Whitley, MS
Director

**DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**

DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
*Helping people. It's who we are and what we do.*

Lisa Sherych
Administrator

Ihsan Azzam,
Ph.D., M.D.
Chief Medical Officer

---

DATE: January 30, 2023

## MEMORANDUM

TO:             Kitty DeSocio, ASO IV
                Division of Public and Behavioral Health

THROUGH:        Lindsey Kinsinger, OPHIE Manager
                Office of Public Health Investigations and Epidemiology

FROM:           Elizabeth Kessler, STD Program Manager
                Office of Public Health Investigations and Epidemiology

SUBJECT:        REQUEST FOR RETROACTIVE APPROVAL

---

This memorandum requests that the following subgrant SG 26025be approved for a retroactive start date effective January 1, 2023. These subgrants were delayed because the program received federal notice that the Notice of Grant Award (NOGA) would be delayed.

If you have any questions, please contact Elizabeth Kessler at (775) 447-4494 or ekessler@health.nv.gov.

cc:    Contract Unit
       Division of Public and Behavioral Health

---

*Revised 11/19*           4150 Technology Way, Suite 300 ● Carson City, Nevada 89706
                          775-684-4200 ● Fax 775-687-7570 ● dpbh.nv.gov

                                                                    Page 1 of 1

                                                                    **SB00019**



**State of Nevada**
Department of Health and Human Services
## Division of Public & Behavioral Health
(hereinafter referred to as the Department)

| | |
|---|---|
| Agency Ref. #: | **SG 26044-1** |
| Budget Account: | 3219 |
| Category: | 09 |
| GL: | 8787 |
| Job Number: | 9397723 |

## SUBAWARD AMENDMENT #1

| **Program Name:** STD Prevention and Control Program Office of Public Health Investigations and Epidemiology Elizabeth Kessler / ekessler@health.nv.gov | **Subrecipient's Name:** Sagebrush Health Service Jami Dybak / Jami.Dybik@Sagebrushhealth.com |
|---|---|
| **Address:** 4150 Technology Way, Suite #200 Carson City, NV 89706-2009 | **Address:** 8379 Sunset Rd Ste 210 Las Vegas, NV 89113 |
| **Subaward Period:** January 1, 2023, through December 30, 2023 | **Amendment Effective Date:** Upon approval by all parties. |

| This amendment reflects a change to: |
|---|
| ☒ Scope of Work      ☐ Term      ☐ Budget |

| **Reason for Amendment:** To amend the scope of work to expand STD testing services to additional populations. |
|---|

**Required Changes:**

| | |
|---|---|
| **Current Language:** | Total reimbursement through this subaward will not exceed $600.00. See Section B, C and D of the original subaward. |
| **Amended Language:** | Total reimbursement through this subaward will not exceed $600.00. See attached Section B, C and D **revised on June 15, 2023**. |

| Approved Budget Categories | Current Budget | Amended Adjustments | Revised Budget |
|---|---|---|---|
| 1.   Personnel | | | $0.00 |
| 2.   Travel | | | $0.00 |
| 3.   Operating | $600.00 | | $600.00 |
| 4.   Equipment | | | $0.00 |
| 5.   Contractual/Consultant | | | $0.00 |
| 6.   Training | | | $0.00 |
| 7.   Other | | | $0.00 |
| **TOTAL DIRECT COSTS** | $600.00 | $0.00 | $600.00 |
| 8.   Indirect Costs | | | |
| **TOTAL APPROVED BUDGET** | $600.00 | $0.00 | $600.00 |

| **Incorporated Documents:** Section B: Description of Services, Scope of Work and Deliverables **revised on June 15, 2023** Exhibit A: Original Notice of Subaward and all previous amendments |
|---|

*By signing this Amendment, the Authorized Subrecipient Official or their designee, Bureau Chief and DPBH Administrator acknowledge the above as the new standard of practice for the above referenced subaward. Further, the undersigned understand this amendment does not alter, in any substantial way, the non-referenced contents of the original subaward and all of its attachments.*

| Name | Signature | Date |
|---|---|---|
| Jamie Dybak Director of Strategic Operations | *DocuSigned by Jami Dybik* | 7/12/23 |
| Julia Peek Deputy Administrator | *Kagan Griffin* | 7/13/2023 |
| for Cody Phinney Administrator, DPBH | | 7/17/23 |

**SB00021**

STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
NOTICE OF SUBAWARD

SECTION B
Description of Services, Scope of Work and Deliverables
revised on June 15, 2023

Sagebrush Health Services, hereinafter referred to as Subrecipient, agrees to provide the following services and reports according to the identified timeframes:

### Scope of Work for Sagebrush Health Service

**Goal 1: Collect, manage, analyze, interpret, and disseminate data on identified cases of chlamydia (CT), gonorrhea (GC), and syphilis (Syph), ensuring timely capture of core epidemiologic variables available.**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| 1.1 Through December 2023, report all individuals with suspected or confirmed Sexually Transmitted Diseases (STDs) including chlamydia, gonorrhea, syphilis, and congenital syphilis to the local health department | Submit case report forms to LHD within 1 business day | Ongoing through subaward | # of case reports submitted within 1 business day / total number of positive patients<br><br># of reporting issues | Response to Annual Reporting Compliance Report |
| | Participate in online reporting of case reports. | Ongoing through subaward | Registration for SNHD Electronic Case Reporting | Registration for SNHD Electronic Case Reporting |
| 1.2 Through December 2023, increase the percentage of cases with completed core variables from 0.0% to 100.0%. | Submit case report forms to LHD with completed core variables | Ongoing through subaward | # of cases with completed core variables / total number of cases | Quarterly Reporting Template |
| 1.3 Through December 2023, increase the percentage of syphilis cases with neurological manifestations reported from 0.0% to 100.0%. | Submit case report forms to LHD with completed symptoms | Ongoing through subaward | # of cases with completed symptoms / total number of cases | Quarterly Report Template |
| | Link health department referred patients with neurological manifestations to care | Ongoing through subaward | # of health department patients referred to care / # of health department patients referred | Quarterly Reporting Template |
| 1.4 By December 2023, participate in at least one congenital syphilis case review board. | Attend congenital syphilis case review board | Annually | # of meetings attended | Meeting Registration and Attendance Sheets |

**Goal 2: Support disease investigation and intervention among high-priority groups.**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| 2.1 Through December 2023, increasing number of female syphilis cases with known pregnancy status from 0.0% to 100.0%. | Document pregnancy status for all female syphilis cases | Ongoing through subaward | # of female syphilis cases with pregnancy status documents / total number of female syphilis cases | Quarterly Report |
| 2.2 Through December 2023, complete Risk Assessment for 100% of patients with early syphilis | Complete Risk Assessments for WRA with early syphilis | Ongoing through subaward | Risk Assessment Rate | Quarterly Report |
| | Attend Annual STD/HIV Clinical Update for training on Risk Assessment or complete equivalent training | December 31, 2023 | # of Trainings Attended | Training Completion Certificated |
| 2.3 Through December 2023, develop and implement a national protocol for STD risk assessment and/or testing, prevention and/or education focused on short-term visitors and other temporary residents of Nevada. | Perform outreach to short-term visitors and temporary residents and offer risk-reduction education and STD testing. | Ongoing through subaward | # of short-term visitors and temporary residents who receive risk-reduction education and testing. | Quarterly Report |
| | Implement protocols nationally for follow up treatment and ongoing care as needed in visitor's or temporary resident's state of permanent | | | |

Subaward Amendment Packet
Revised 8/22

Agency Ref#: SG 26044-1

**SB00022**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC AND BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| residence. Develop and implement protocols nationally for STD testing, prevention and/or education to Indigenous Communities with a focus on Syphilis testing and treatment. | | | | |

**Goal 3: Promote Expedited Partner Therapy (EPT) [where permissible] to partners of chlamydia and/or gonorrhea cases**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| 3.1 By December 2023, develop and implement a protocol for expedited partner therapy (EPT) within the clinic. | Develop an EPT protocol | March 31, 2023 | # of protocols developed | EPT Protocol |
| | Administer EPT to qualifying patients | Ongoing through subaward | # of patients administered EPT | Quarterly Report |

**Goal 4: Promote quality STD specialty care**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| 4.1 By March 31, 2023, register all participating STD clinics with Nevada 2-1-1. | Complete Nevada 2-1-1 registration | March 31, 2023 | # of sites registered / total number of sites | Nevada 2-1-1 Registration Confirmation |
| 4.2 By December 31, 2023, ensure 100% of all STD patients receive treatment consistent with CDC guidelines | Treat all STD patients per CDC Guidelines | Ongoing through subaward | Treatment Metrics within Quarterly Report | Quarterly Report |
| 4.3 By December 31, 2023, ensure 100% are trained on CDC treatment guidelines. | Attend CAPTC clinical update | Annually | # of Clinical Updates Attended | Training Certificate |
| | Complete National STD Curriculum Training | Annually | # of Training Completed | Training Certificate |
| | Develop clinic protocols consistent with most current CDC Treatment Guidelines | Annually | # of Protocols Developed | Clinic Protocol |

**Goal 5: Promote CDC-recommended screening, diagnosis, and treatment of STDs among pregnant women.**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 31, 2023, ensure 100% of pregnant patients received recommended syphilis screenings and treatment. | Complete training on screening requirements. | March 31, 2023 | # of training completed | Certificate of completion |
| | Screen all pregnant patients in the first and third trimesters, and delivery. When the clinic is unable to provide care ensure the patient is appropriately referred to care. | Ongoing through subaward | # of pregnant patients screened | Quarterly Report |
| | Initiate treatment of all pregnant syphilis patients as soon as possible. | Ongoing through subaward | # of pregnant patients screened / # of pregnant syphilis cases treated timely | Quarterly Report |
| By December 31, 2023, create a policy to ensure all young women are screened for STDs at their first care visit each year. | Ensure young women are automatically screened for STDs at their first care visit each year | December 31, 2023 | # of policies developed | Screening Policy/Protocol |

**Goal 6: Promote CDC-recommended screening, diagnosis, and treatment of STDs among young adults and adolescents.**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 2023, implement a program to improve condom availability to adolescents. | Create policy/protocol for condom distributions | March 31, 2023 | # of policies/protocols created | Condom Distribution Protocol/Policy |
| | Monitor condom distribution program | Ongoing through subaward | Condom Distribution Metrics | Quarterly Report |

STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
NOTICE OF SUBAWARD

**Goal 7: Promote CDC-recommended screening, diagnosis, and treatment of STDs among male who has sex with males (MSM)**

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 2023, implement a program for extra-genital screening for patients at risk for oral and rectal chlamydia and gonorrhea. | Conduct extra-genital testing for STD patients | Ongoing through subaward | TBD by Subrecipient | Quarterly Report |
| By December 31, 2023 Increase percent of HIV-negative MSM patients with a history of STDs educated and provided PreP from 0.0% to 100.0%. | Educate and promote Prep for HIV-negative MSM patients with a history of STDs | Ongoing through subaward | HIV prevention metrics | Quarterly Report |

The Covered Entity acknowledges and approves that the Business Associate will include patients at their infusion-based specialty clinics, such as Infectious Disease, Rheumatology, Neurology, Nephrology, Cardiology, Gastroenterology, Oncology, and other applicable specialties, for use of grant funds and incorporation into their 340B program.

Scope of work applies to the following locations:

| Clinic Name | Address |
|---|---|
| Sagebrush Health Services - Bonanza Clinic | 2345 East Bonanza Road, Las Vegas, NV 89101 |
| Sagebrush Health Services - Shadow Lane Clinic | 701 Shadow Lane, Las Vegas, NV 89106 |
| Sagebrush Health Services - ARI Rainbow | 5980 South Rainbow Boulevard, Las Vegas, NV 89118 |
| Sagebrush Health Services - Stonecreek Clinic | 5915 South Rainbow Boulevard, Las Vegas, NV 89118 |
| Sagebrush Health Services - ARI Henderson | 8440 South Eastern Avenue, Las Vegas, NV 89123 |
| Sagebrush Health Services - Henderson Clinic | 8420 South Eastern Avenue, Las Vegas, NV 89123 |
| Sagebrush Health Services - Fire Mesa Clinic | 2435 Fire Mesa Street, Las Vegas, NV 89128 |
| Sagebrush Health Services - Sun City Clinic | 9300 Sun City Boulevard, Las Vegas, NV 89134 |
| Sagebrush Health Services - Rainbow Clinic | 1321 South Rainbow Boulevard, Las Vegas, NV 89146 |
| Sagebrush Health Services - Eastern Ave Clinic | 3115 South Eastern Avenue, Las Vegas, NV 89169 |
| Sagebrush Health Services - Boulder City | 1252 Wyoming St, Boulder City, NV 89005 |
| Sagebrush Health Services - Southeast Clinic-Neph | 861 Coronado Center Dr., Henderson, NV 89052 |
| Sagebrush Health Services - Henderson Satellite Clinic | 1051 Welness Place, Henderson, NV 89011 |
| Sagebrush Health Services - Northeast Clinic-Neph | 1581 Mount Mariah Dr., Las Vegas, NV 89106 |
| Sagebrush Health Services - Southwest Clinic-Neph | 5815 S. Rainbow Blvd, Las Vegas, NV 89118 |
| Sagebrush Health Services - Dixit Clinic | 2460 Professional Ct., Las Vegas, NV 89128 |
| Sagebrush Health Services - Northwest Clinic-neph | 2450 Fire Mesa St., Las Vegas, NV 89128 |
| Sagebrush Health Services - Hummingbird Medical Group | 5550 Painted Mirage Rd., Las Vegas, NV 89149 |
| Sagebrush Health Services - Central Clinic-neph | 2545 S. Bruce St., Las Vegas, NV 89169 |

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

Subaward Amendment Packet
Revised 8/22

Agency Ref#: SG 26044-1

**SB00024**

State of Nevada
Department of Health and Human Services
# Division of Public & Behavioral Health
(hereinafter referred to as the Department)

| | |
|---|---|
| Agency Ref. #: | **SG 26044-2** |
| Budget Account: | 3219 |
| Category: | 09 |
| GL: | 8787 |
| Job Number: | 9397723 |

# SUBAWARD AMENDMENT #2

| **Program Name:** STD Prevention and Control Program Office of State Epidemiology (OSE) | **Subrecipient Name:** Sagebrush Health Service Jamie Dybak / Jami.dybak@sagebrushhealth.com |
|---|---|
| **Address:** 4150 Technology Way, Suite #300 Carson City, NV 89706-2009 | **Address:** 8379 W Sunset Rd Ste 210 Las Vegas, NV 89113 |
| **Subaward Period:** January 1, 2023 through January 31, 2024. | **Amendment Effective Date:** Upon approval by all parties. |

**This amendment reflects a change to:**

☐ Scope of Work          ☒ Term          ☐ Budget

**Reason for Amendment:** Subgrant period extended for 1 month the mirror no-cost extension authorized by NOA Award No. 6 NH25PS005179-05-02, received on 7/20/2023. No change to scope of work or budget.

**Required Changes:**

   **Current Language:**      Total reimbursement through this subaward will not exceed $600.

   **Amended Language:**      Total reimbursement through this subaward will not exceed $600.

| Approved Budget Categories | Current Budget | Amended Adjustments | Revised Budget |
|---|---|---|---|
| 1.   Personnel | $0.00 | | $0.00 |
| 2.   Travel | $0.00 | | $0.00 |
| 3.   Operating | $600.00 | | $600.00 |
| 4.   Equipment | $0.00 | | $0.00 |
| 5.   Contractual/Consultant | $0.00 | | $0.00 |
| 6.   Training | $0.00 | | $0.00 |
| 7.   Other | $0.00 | | $0.00 |
| **TOTAL DIRECT COSTS** | $600.00 | $0.00 | $600.00 |
| 8.   Indirect Costs | $0.00 | | $0.00 |
| **TOTAL APPROVED BUDGET** | $600.00 | $0.00 | $600.00 |

**Incorporated Documents:**
   Exhibit A:   Original Notice of Subaward and all previous amendments