

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



October 3, 2024

Elizabeth Kessler, Program Manager
Samm Warfel, STD and Hepatitis Program Manager
Nevada Department of Health and Human Services
4150 Technology Way
Carson City, NV 89706

Dear Elizabeth Kessler and Samm Warfel:

HRSA is requesting specific information pertaining to Nevada Department of Health and Human Services' (NHHS) agreement with Sagebrush Health Services (Sagebrush), which has 48 active sites registered to participate in the 340B Drug Pricing Program (340B Program) pursuant to NHHS's Strengthening STD Prevention and Control for Health Department (STD PCHD) grant number NH25PS005179.  In addition, Sagebrush has requested to register an additional site under NHHS's STD PCHD grant and that registration is currently pending.

HRSA has serious concerns about Sagebrush's participation in the 340B Program and has received numerous questions from both Members of Congress and drug manufacturers about Sagebrush's participation in the Program.  As a result, HRSA began a compliance review of Sagebrush's eligibility for and participation in the Program.  As part of the compliance review, HRSA asked Sagebrush to provide its subaward agreement with NHHS that identifies each of the sites listed in the enclosed excel spread sheet.  Sagebrush provided the enclosed subaward (SG-26044) and amendment (SG26044-1) for the period January 1, 2023, through December 30, 2023, and a no-cost extension (SG-26044-2) through January 31, 2024.  However, the documentation provided by Sagebrush does not identify the 48 sites registered with HRSA during the period January 1, 2023, through January 31, 2024.  In addition, the 48 sites are currently registered with HRSA, and the documentation provided does not demonstrate that the 48 sites, have a current agreement with NHHS, since February 1, 2024.  Finally, Sagebrush has not provided a current agreement with NHHS that identifies the one site that is pending registration.

It is HRSA's understanding that NHHS's 340B application process includes a pre-screening form to list all subaward service locations, and after a subaward is executed, the subawardee is responsible for submitting quarterly reports to NHHS.[1]  To assist with HRSA's oversight of Sagebrush, including to verify the sites' eligibility for the 340B Program, HRSA requests that NHHS provide the following information for *each* of the 49 sites listed in the enclosed spreadsheet.

---
[1] https://dpbh.nv.gov/Programs/STD/STD-340B-Resources/

1. Did the site receive support from NHHS's STD PCHD grant number NH25PS005179 during the period January 1, 2023, through January 31, 2024?  If yes, please provide the subaward agreement that lists the site by name and address.  If a written subaward agreement listing the site by name and address does not exist, please explain NHHS's relationship with the site.

2. Does the site currently receive support from NHHS's STD PCHD grant number NH25PS005179, since February 1, 2024?  If yes, please provide the current subaward agreement that lists the site by name and address.  If a written subaward agreement listing the site by name and address does not exist, please explain NHHS's relationship with the site.

Absent documentation from NHHS to demonstrate that it has provided STD PCHD grant support (e.g., funds or in-kind) to each of the 49 sites, the eligibility of these Sagebrush sites to participate in the 340B Program remains in question.  As such, the 48 Sagebrush sites may be terminated from the 340B Program and the pending registration for the one site may be rejected.  In addition, a covered entity that has been terminated from the 340B Program due to ineligibility is responsible to determine the scope of non-compliance and repay affected manufacturers accordingly.

We appreciate your cooperation as we ensure compliance with the requirements of the 340B Program.  Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov  by October 17, 2024.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs


Enclosures:

(1) Sagebrush-340B registration information for 49 NV sites
(2) NHHS subaward SG-26044
(3) NHHS subaward SG26044-1
(4) NHHS subaward SG26044-2