# HRSA correspondence to stakeholders

- HRSA Letter to Sagebrush Regarding Site Termination (PDF - 154 KB)
- HRSA Letter to Sagebrush Regarding Site Eligibility (PDF - 188 KB)
- HRSA Letter to Sanofi Regarding their Rebate Proposal (PDF - 435 KB)
- Updated HRSA Letter to Johnson & Johnson Regarding Their Decision to Proceed With Their Unapproved Rebate Proposal (PDF - 135 KB)
- HRSA Letter to Johnson & Johnson Regarding Their Rebate Proposal (PDF - 192 KB)
- Updated HRSA Letter to Merck Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 77 KB)
- HRSA Letter to AbbVie Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 116 KB)
- HRSA Letter to Amgen Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 116 KB)
- HRSA Letter to UCB Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 36 KB)
- HRSA Letter to Merck Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 36 KB)
- Updated HRSA Letter to Boehringer Ingelheim Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 110 KB)
- HRSA Letter to Boehringer Ingelheim Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 123 KB)
- Updated HRSA Letter to AstraZeneca Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (PDF - 130 KB) (This letter has been vacated by a ruling in the *Sanofi Aventis US LLC v. United States HHS, et al* 58 F.4th 696 (3rd Cir. 2023) litigation, and HHS has been enjoined from enforcing against AstraZeneca its reading of Section 340B as requiring delivery of discounted drugs to an unlimited number of contract pharmacies. For more information, see the 3rd Circuit decision.) (PDF - 320 KB)
- Updated HRSA Letter to Lilly USA, LLC Regarding Sales to Covered Entities through Contract Pharmacy Arrangements