

Clear Search

Hide Search Criteria Export Selected Export All

Page: 1 of 1 Go Page size: 20 Change

Item 1 to 20 of 20

| 340B ID | Entity Type | Name | Sub Name | Address | City | State | Start Date | Term Date | Edit Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1/14/2025 | |
| STD064891 | STD | Sagebrush Health Services | Southington PrEP Clinic | 1131 West Street | Southington | CT | 05/09/2023 | 01/14/2025 | 01/14/2025 |
| STD068107 | STD | Sagebrush Health Services | Danbury Rd Clinic | 105 Newtown Rd | Danbury | CT | 04/01/2023 | 01/14/2025 | 01/14/2025 |
| STD89027 | STD | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | Mesquite | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| STD890481 | STD | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Pahrump | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| STD890521 | STD | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | Henderson | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| STD890529 | STD | Sagebrush Health Services | I4H Clinic Henderson | 2850 W Horizon Ridge | Henderson | NV | 07/01/2024 | 01/14/2025 | 01/14/2025 |
| STD891061 | STD | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | Las Vegas | NV | 01/01/2022 | 01/14/2025 | 01/14/2025 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | STD89118 | STD | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | Las Vegas | NV | 01/01/2022 | 01/14/2025 | 01/14/2025 |
| ☐ | STD89123 | STD | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | Las Vegas | NV | 01/01/2022 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891281 | STD | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | Las Vegas | NV | 01/01/2022 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891284 | STD | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Las Vegas | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891285 | STD | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | Las Vegas | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891286 | STD | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Las Vegas | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891287 | STD | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Las Vegas | NV | 05/08/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891293 | STD | Sagebrush Health Services | I4H Clinic Las Vegas | 7730 West Cheyenne Ave | Las Vegas | NV | 07/01/2024 | 01/14/2025 | 01/14/2025 |
| ☐ | STD89148 | STD | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Las Vegas | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD89149 | STD | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | Las Vegas | NV | 11/29/2022 | 01/14/2025 | 01/14/2025 |
| ☐ | STD891491 | STD | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Las Vegas | NV | 05/01/2023 | 01/14/2025 | 01/14/2025 |
| ☐ | STD89509 | STD | Sagebrush Health Services | I4H Clinic Reno | 6630 S McCarran Blvd | Reno | NV | 07/01/2024 | 01/14/2025 | 01/14/2025 |
| ☐ | STD89511 | STD | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Reno | NV | 10/01/2023 | 01/14/2025 | 01/14/2025 |

|◄ ◄ **1** ► ►|  Page: 1 of 1 Go  Page size: 20 Change                                                             Item 1 to 20 of 20