Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAGEBRUSH HEALTH SERVICES

    Plaintiff

vs.    Civil No.    25-127    (JEB)

XAVIER BECERRA, ET AL    Category  D

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __1/26/2025__ from __Judge Loren L. AliKhan__ to __Chief Judge James Boasberg__ by direction of the Calendar Committee.

(Case Related)

__JUDGE RUDOLPH CONTRERAS__
Chair, Calendar and Case
Management Committee

cc:   Judge Loren L. AliKhan    & Courtroom Deputy
      Chief Judge James Boasberg    & Courtroom Deputy
      Liaison, Calendar and Case Management Committee