IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>      Plaintiff,<br><br>v.<br><br>DOROTHY FINK, Acting Secretary of Health and Human Services, et al.,<br><br>      Defendants. | Civil Action No. 25-127 (LLA) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Sagebrush Health Services hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Dorothy Fink, et al.

Dated: February 21, 2025                               **ARENTFOX SCHIFF LLP**

                                                          By: /s/ James H. Hulme
                                                              James H. Hulme (Bar No. 323014)
                                                              ArentFox Schiff LLP
                                                              1717 K Street, NW
                                                              Washington, DC 20006
                                                              Ph: 202.857.6000
                                                              Fax: 202.857.6395
                                                              james.hulme@afslaw.com
                                                              *Counsel for Plaintiff*